SEAN M. KNEAFSEY (SBN 180863)
*skneafsey@kneafseyfriend.com*
MICHELE B. FRIEND (SBN 203865)
*mfriend@kneafseyfriend.com*
SHAUN SWIGER (SBN 232878)
*sswiger@kneafseyfriend.com*
KNEAFSEY & FRIEND LLP
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Telephone: (213) 892-1200
Facsimile:  (213) 892-1208

Of Counsel:

NICHOLAS GROOMBRIDGE
*nicholas.groombridge@weil.com*
PAUL E. TORCHIA
*paul.torchia@weil.com*
ETAI LAHAV
*etai.lahav@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Defendant
ARUBA NETWORKS, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK | No.: CV-09-8441-CAS-(JEMx)<br><br>**DEFENDANT ARUBA NETWORKS, INC.'S ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

1    INTERACTIVE ENTERTAINMENT
     LTD., a Canadian corporation; GUEST-
2    TEK INTERACTIVE
     ENTERTAINMENT INC., a California
3    corporation; LODGENET
     INTERACTIVE CORPORATION, a
4    Delaware corporation; LODGENET
     STAYONLINE, INC., a Delaware
5    corporation; ON COMMAND
     CORPORATION, a Delaware
6    corporation; ARUBA NETWORKS,
     INC., a Delaware corporation;
7    SUPERCLICK, INC., a Washington
     corporation; SUPERCLICK
8    NETWORKS, INC., a Canadian
     corporation,
9
                    Defendants.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Aruba Networks, Inc. ("Aruba") hereby files this answer to Plaintiffs' Complaint for Infringement of United States Patent Nos. 6,130,892, 7,088,727, 7,554,995, 6,636,894, 7,194,554, 6,868,399, and 6,789,110, and responds to each of the numbered paragraphs as follows:

## JURISDICTION AND VENUE

1.    Aruba admits that this action purports to state a claim arising under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq.*, but denies any wrongdoing or liability. Aruba further admits that this Court has subject matter jurisdiction over Plaintiff's claim for patent infringement against Aruba under 28 U.S.C. §§ 1331 and 1338(a).

2.    Aruba denies the allegations of paragraph 2 of the Complaint as they relate to Aruba, except admits that it is subject to personal jurisdiction in this judicial district. The remaining allegations of paragraph 2 of the Complaint are directed towards defendants other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

3.    Aruba does not dispute that for purposes of this action venue is proper in this judicial district.

## THE PARTIES

4.    Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the Complaint and therefore denies those allegations.

5.    Paragraph 5 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

6.    Paragraph 6 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

7.     Paragraph 7 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

8.     Paragraph 8 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

9.     Paragraph 9 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

10.     Paragraph 10 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

11.     Paragraph 11 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

12.     Paragraph 12 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

13.     Aruba admits that it is a Delaware corporation with its principal place of business at 1344 Crossman Avenue, Sunnyvale, CA 94089-1113.

14.     Paragraph 14 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

15.     Paragraph 15 of the Complaint is directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies those allegations.

1

**ALLEGATIONS FOR ALL CLAIMS OF RELIEF**

2    16.    Aruba admits that U.S. Patent No. 6,130,892 ("the '892 patent"),

3  entitled "Nomadic Translator or Router," purports to have issued on October 10,

4  2000, but denies that this patent was duly and legally issued. Aruba admits that a

5  document that purports to be a copy of the '892 patent is attached to the Complaint

6  as Exhibit 1. Aruba admits that a document that purports to be a copy of the Notice

7  of Intent to Issue *Ex Parte* Reexamination Certificate is attached to the Complaint

8  as Exhibit 2. Aruba denies that the '892 patent is valid and enforceable. Aruba lacks

9  knowledge or information sufficient to form a belief as to the truth of the remaining

10  allegations in paragraph 16 of the Complaint and therefore denies those allegations.

11    17.    Aruba admits that U.S. Patent No. 7,088,727 ("the '727 patent"),

12  entitled "System and Method for Establishing Network Connection with Unknown

13  Network and/or User Device," purports to have issued on August 8, 2006, but

14  denies that this patent was duly and legally issued. Aruba admits that a document

15  that purports to be a copy of the '727 patent is attached to the Complaint as Exhibit

16  3. Aruba denies that the '727 patent is valid and enforceable. Aruba lacks

17  knowledge or information sufficient to form a belief as to the truth of the remaining

18  allegations in paragraph 17 of the Complaint and therefore denies those allegations.

19    18.    Aruba admits that U.S. Patent No. 7,554,995 ("the '995 patent"),

20  entitled "System and Method for Establishing Network Connection with Unknown

21  Network and/or User Device," purports to have issued on June 30, 2009, but denies

22  that this patent was duly and legally issued. Aruba admits that a document that

23  purports to be a copy of the '995 patent is attached to the Complaint as Exhibit 4.

24  Aruba denies that the '995 patent is valid and enforceable. Aruba lacks knowledge

25  or information sufficient to form a belief as to the truth of the remaining allegations

26  in paragraph 18 of the Complaint and therefore denies those allegations.

27    19.    Aruba admits that U.S. Patent No. 6,636,894 ("the '894 patent"),

28  entitled "Systems and Methods for Redirecting Users Having Transparent

Computer Access to a Network Using a Gateway Device Having Redirection Capability," purports to have issued on October 21, 2003, but denies that this patent was duly and legally issued. Aruba admits that a document that purports to be a copy of the '894 patent is attached to the Complaint as Exhibit 5. Aruba admits that a document that purports to be a copy of the *Ex Parte* Reexamination Certificate for the '894 patent is attached to the Complaint as Exhibit 6. Aruba denies that the '894 patent is valid and enforceable. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 19 of the Complaint and therefore denies those allegations.

20.    Aruba admits that U.S. Patent No. 7,194,554 ("the '554 patent"), entitled "Systems and Methods for Providing Dynamic Network Authorization Authentication and Accounting," purports to have issued on March 20, 2007, but denies that this patent was duly and legally issued. Aruba admits that a document that purports to be a copy of the '554 patent is attached to the Complaint as Exhibit 7. Aruba denies that the '554 patent is valid and enforceable. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 20 of the Complaint and therefore denies those allegations.

21.    Aruba admits that U.S. Patent No. 6,868,399 ("the '399 patent"), entitled "Systems and Methods for Integrating a Network Gateway Device with Management Systems," purports to have issued on March 15, 2005, but denies that this patent was duly and legally issued. Aruba admits that a document that purports to be a copy of the '399 patent is attached to the Complaint as Exhibit 8. Aruba denies that the '399 patent is valid and enforceable. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 21 of the Complaint and therefore denies those allegations.

22.    Aruba admits that U.S. Patent No. 6,789,110 ("the '110 patent"), entitled "Information and Control Console for Use with a Network Gateway Interface," purports to have issued on September 7, 2004, but denies that this patent

was duly and legally issued. Aruba admits that a document that purports to be a copy of the '110 patent is attached to the Complaint as Exhibit 9. Aruba denies that the '110 patent is valid and enforceable. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 22 of the Complaint and therefore denies those allegations.

23.    Aruba lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Complaint and therefore denies those allegations.

## I.  CLAIMS AGAINST HP
## CLAIM 1: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,130,892 BY HP

24.    Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

25.    Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

26.    The allegations of paragraph 26 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

27.    The allegations of paragraph 27 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

28.    The allegations of paragraph 28 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

29.     The allegations of paragraph 29 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

30.     The allegations of paragraph 30 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

31.     The allegations of paragraph 31 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

32.     The allegations of paragraph 32 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

33.     The allegations of paragraph 33 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 2: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,088,727 BY HP

34.     Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

35.     Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

36.     The allegations of paragraph 36 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to

1   form a belief as to the truth of the remaining allegations in this paragraph and
2   therefore denies those allegations.

3          37.    The allegations of paragraph 37 of the Complaint are directed towards
4   a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
5   form a belief as to the truth of the remaining allegations in this paragraph and
6   therefore denies those allegations.

7          38.    The allegations of paragraph 38 of the Complaint are directed towards
8   a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
9   form a belief as to the truth of the remaining allegations in this paragraph and
10  therefore denies those allegations.

11         39.    The allegations of paragraph 39 of the Complaint are directed towards
12  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
13  form a belief as to the truth of the remaining allegations in this paragraph and
14  therefore denies those allegations.

15         40.    The allegations of paragraph 40 of the Complaint are directed towards
16  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
17  form a belief as to the truth of the remaining allegations in this paragraph and
18  therefore denies those allegations.

19         41.    The allegations of paragraph 41 of the Complaint are directed towards
20  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
21  form a belief as to the truth of the remaining allegations in this paragraph and
22  therefore denies those allegations.

23         42.    The allegations of paragraph 42 of the Complaint are directed towards
24  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
25  form a belief as to the truth of the remaining allegations in this paragraph and
26  therefore denies those allegations.

27         43.    The allegations of paragraph 43 of the Complaint are directed towards
28  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to

form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 3: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,554,995 BY HP

44.    Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

45.    Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

46.    The allegations of paragraph 46 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

47.    The allegations of paragraph 47 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

48.    The allegations of paragraph 48 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

49.    The allegations of paragraph 49 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

50.    The allegations of paragraph 50 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

51.    The allegations of paragraph 51 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

52.    The allegations of paragraph 52 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

53.    The allegations of paragraph 53 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 4: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY HP

54.    Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

55.    Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

56.    The allegations of paragraph 56 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

57.    The allegations of paragraph 57 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

58.    The allegations of paragraph 58 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to

1  form a belief as to the truth of the remaining allegations in this paragraph and
2  therefore denies those allegations.

3        59.    The allegations of paragraph 59 of the Complaint are directed towards
4  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
5  form a belief as to the truth of the remaining allegations in this paragraph and
6  therefore denies those allegations.

7        60.    The allegations of paragraph 60 of the Complaint are directed towards
8  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
9  form a belief as to the truth of the remaining allegations in this paragraph and
10  therefore denies those allegations.

11        61.    The allegations of paragraph 61 of the Complaint are directed towards
12  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
13  form a belief as to the truth of the remaining allegations in this paragraph and
14  therefore denies those allegations.

15        62.    The allegations of paragraph 62 of the Complaint are directed towards
16  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
17  form a belief as to the truth of the remaining allegations in this paragraph and
18  therefore denies those allegations.

19        63.    The allegations of paragraph 63 of the Complaint are directed towards
20  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
21  form a belief as to the truth of the remaining allegations in this paragraph and
22  therefore denies those allegations.

23  **CLAIM 5: CLAIM FOR INFRINGEMENT OF**
24  **U.S. PATENT NO. 7,194,554 BY HP**

25        64.    Aruba incorporates its response to the allegations of paragraphs 1-23
26  of the Complaint herein.

27        65.    Aruba admits that this action purports to arise under the patent laws of
28  the United States, Title 35 of the United States Code.

66.    The allegations of paragraph 66 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

67.    The allegations of paragraph 67 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

68.    The allegations of paragraph 68 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

69.    The allegations of paragraph 69 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

70.    The allegations of paragraph 70 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

71.    The allegations of paragraph 71 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 6: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,868,399 BY HP

72.    Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

73.    Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

74.    The allegations of paragraph 74 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

75.    The allegations of paragraph 75 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

76.    The allegations of paragraph 76 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

77.    The allegations of paragraph 77 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

78.    The allegations of paragraph 78 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

79.    The allegations of paragraph 79 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

80.    The allegations of paragraph 80 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to

1   form a belief as to the truth of the remaining allegations in this paragraph and
2   therefore denies those allegations.

3       81.    The allegations of paragraph 81 of the Complaint are directed towards
4   a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
5   form a belief as to the truth of the remaining allegations in this paragraph and
6   therefore denies those allegations.

7                    **II. CLAIMS AGAINST WAYPORT**
8                  **CLAIM 7: CLAIM FOR INFRINGEMENT OF**
9                  **U.S. PATENT NO. 6,130,892 BY WAYPORT**

10      82.    Aruba incorporates its response to the allegations of paragraphs 1-23
11  of the Complaint herein.

12      83.    Aruba admits that this action purports to arise under the patent laws of
13  the United States, Title 35 of the United States Code.

14      84.    The allegations of paragraph 84 of the Complaint are directed towards
15  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
16  form a belief as to the truth of the remaining allegations in this paragraph and
17  therefore denies those allegations.

18      85.    The allegations of paragraph 85 of the Complaint are directed towards
19  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
20  form a belief as to the truth of the remaining allegations in this paragraph and
21  therefore denies those allegations.

22      86.    The allegations of paragraph 86 of the Complaint are directed towards
23  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to
24  form a belief as to the truth of the remaining allegations in this paragraph and
25  therefore denies those allegations.

26      87.    The allegations of paragraph 87 of the Complaint are directed towards
27  a defendant other than Aruba. Aruba lacks knowledge or information sufficient to

28

form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 8: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,088,727 BY WAYPORT

88.    Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

89.    Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

90.    The allegations of paragraph 90 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

91.    The allegations of paragraph 91 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

92.    The allegations of paragraph 92 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

93.    The allegations of paragraph 93 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 9: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,554,995 BY WAYPORT

94.    Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

95.     Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

96.     The allegations of paragraph 96 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

97.     The allegations of paragraph 97 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

98.     The allegations of paragraph 98 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

99.     The allegations of paragraph 99 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 10: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY WAYPORT

100.    Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

101.    Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

102.    The allegations of paragraph 102 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

103.   The allegations of paragraph 103 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

104.   The allegations of paragraph 104 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

105.   The allegations of paragraph 105 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 11: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,194,554 BY WAYPORT

106.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

107.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

108.   The allegations of paragraph 108 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

109.   The allegations of paragraph 109 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

110.   The allegations of paragraph 110 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

111.  The allegations of paragraph 111 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 12: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,868,399 BY WAYPORT

112.  Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

113.  Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

114.  The allegations of paragraph 114 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

115.  The allegations of paragraph 115 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

116.  The allegations of paragraph 116 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

117.  The allegations of paragraph 117 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

### III. CLAIMS AGAINST IBAHN

### CLAIM 13: CLAIM FOR INFRINGEMENT OF

### U.S. PATENT NO. 6,130,892 BY IBAHN

118.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

119.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

120.   The allegations of paragraph 120 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

121.   The allegations of paragraph 121 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

122.   The allegations of paragraph 122 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

123.   The allegations of paragraph 123 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

124.   The allegations of paragraph 124 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

125.  The allegations of paragraph 125 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 14: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,088,727 BY IBAHN

126.  Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

127.  Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

128.  The allegations of paragraph 128 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

129.  The allegations of paragraph 129 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

130.  The allegations of paragraph 130 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

131.  The allegations of paragraph 131 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

132.  The allegations of paragraph 132 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

133. The allegations of paragraph 133 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 15: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,554,995 BY IBAHN

134. Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

135. Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

136. The allegations of paragraph 136 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

137. The allegations of paragraph 137 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

138. The allegations of paragraph 138 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

139. The allegations of paragraph 139 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

140.   The allegations of paragraph 140 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

141.   The allegations of paragraph 141 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 16: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY IBAHN

142.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

143.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

144.   The allegations of paragraph 144 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

145.   The allegations of paragraph 145 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

146.   The allegations of paragraph 146 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

147.   The allegations of paragraph 147 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

1    sufficient to form a belief as to the truth of the remaining allegations in this
2    paragraph and therefore denies those allegations.

3        148.   The allegations of paragraph 148 of the Complaint are directed
4    towards a defendant other than Aruba. Aruba lacks knowledge or information
5    sufficient to form a belief as to the truth of the remaining allegations in this
6    paragraph and therefore denies those allegations.

7        149.   The allegations of paragraph 149 of the Complaint are directed
8    towards a defendant other than Aruba. Aruba lacks knowledge or information
9    sufficient to form a belief as to the truth of the remaining allegations in this
10   paragraph and therefore denies those allegations.

11              **CLAIM 17: CLAIM FOR INFRINGEMENT OF**
12              **U.S. PATENT NO. 6,868,399 BY IBAHN**

13       150.   Aruba incorporates its response to the allegations of paragraphs 1-23
14   of the Complaint herein.

15       151.   Aruba admits that this action purports to arise under the patent laws of
16   the United States, Title 35 of the United States Code.

17       152.   The allegations of paragraph 152 of the Complaint are directed
18   towards a defendant other than Aruba. Aruba lacks knowledge or information
19   sufficient to form a belief as to the truth of the remaining allegations in this
20   paragraph and therefore denies those allegations.

21       153.   The allegations of paragraph 153 of the Complaint are directed
22   towards a defendant other than Aruba. Aruba lacks knowledge or information
23   sufficient to form a belief as to the truth of the remaining allegations in this
24   paragraph and therefore denies those allegations.

25       154.   The allegations of paragraph 154 of the Complaint are directed
26   towards a defendant other than Aruba. Aruba lacks knowledge or information
27   sufficient to form a belief as to the truth of the remaining allegations in this
28   paragraph and therefore denies those allegations.

155.   The allegations of paragraph 155 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

156.   The allegations of paragraph 156 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

157.   The allegations of paragraph 157 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## IV. CLAIMS AGAINST GUEST-TEK

## CLAIM 18: CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 6,130,892 BY GUEST-TEK

158.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

159.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

160.   The allegations of paragraph 160 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

161.   The allegations of paragraph 161 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

162.   The allegations of paragraph 162 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

163.   The allegations of paragraph 163 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

164.   The allegations of paragraph 164 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

165.   The allegations of paragraph 165 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

**CLAIM 19: CLAIM FOR INFRINGEMENT OF**

**U.S. PATENT NO. 7,088,727 BY GUEST-TEK**

166.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

167.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

168.   The allegations of paragraph 168 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

169.   The allegations of paragraph 169 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

170. The allegations of paragraph 170 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

171. The allegations of paragraph 171 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

172. The allegations of paragraph 172 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

173. The allegations of paragraph 173 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

**CLAIM 20: CLAIM FOR INFRINGEMENT OF**

**U.S. PATENT NO. 7,554,995 BY GUEST-TEK**

174. Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

175. Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

176. The allegations of paragraph 176 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

177.   The allegations of paragraph 177 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

178.   The allegations of paragraph 178 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

179.   The allegations of paragraph 179 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

180.   The allegations of paragraph 180 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

181.   The allegations of paragraph 181 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 21: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY GUEST-TEK

182.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

183.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

184.   The allegations of paragraph 184 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

1  sufficient to form a belief as to the truth of the remaining allegations in this
2  paragraph and therefore denies those allegations.

3  185.  The allegations of paragraph 185 of the Complaint are directed
4  towards a defendant other than Aruba. Aruba lacks knowledge or information
5  sufficient to form a belief as to the truth of the remaining allegations in this
6  paragraph and therefore denies those allegations.

7  186.  The allegations of paragraph 186 of the Complaint are directed
8  towards a defendant other than Aruba. Aruba lacks knowledge or information
9  sufficient to form a belief as to the truth of the remaining allegations in this
10 paragraph and therefore denies those allegations.

11 187.  The allegations of paragraph 187 of the Complaint are directed
12 towards a defendant other than Aruba. Aruba lacks knowledge or information
13 sufficient to form a belief as to the truth of the remaining allegations in this
14 paragraph and therefore denies those allegations.

15 188.  The allegations of paragraph 188 of the Complaint are directed
16 towards a defendant other than Aruba. Aruba lacks knowledge or information
17 sufficient to form a belief as to the truth of the remaining allegations in this
18 paragraph and therefore denies those allegations.

19 189.  The allegations of paragraph 189 of the Complaint are directed
20 towards a defendant other than Aruba. Aruba lacks knowledge or information
21 sufficient to form a belief as to the truth of the remaining allegations in this
22 paragraph and therefore denies those allegations.

23 **CLAIM 22: CLAIM FOR INFRINGEMENT OF**
24 **U.S. PATENT NO. 6,868,399 BY GUEST-TEK**

25 190.  Aruba incorporates its response to the allegations of paragraphs 1-23
26 of the Complaint herein.

27 191.  Aruba admits that this action purports to arise under the patent laws of
28 the United States, Title 35 of the United States Code.

192.   The allegations of paragraph 192 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

193.   The allegations of paragraph 193 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

194.   The allegations of paragraph 194 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

195.   The allegations of paragraph 195 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

196.   The allegations of paragraph 196 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

197.   The allegations of paragraph 197 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 23: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,789,110 BY GUEST-TEK

198.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

199.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

200.   The allegations of paragraph 200 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

201.   The allegations of paragraph 201 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

202.   The allegations of paragraph 202 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

203.   The allegations of paragraph 203 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## V.  CLAIMS AGAINST LODGENET

## CLAIM 24: CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 6,130,892 BY LODGENET

204.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

205.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

206.   The allegations of paragraph 206 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

207.    The allegations of paragraph 207 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

208.    The allegations of paragraph 208 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

209.    The allegations of paragraph 209 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 25:  CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,088,727 BY LODGENET

210.    Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

211.    Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

212.    The allegations of paragraph 212 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

213.    The allegations of paragraph 213 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

214.  The allegations of paragraph 214 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

215.  The allegations of paragraph 215 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 26: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,554,995 BY LODGENET

216.  Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

217.  Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

218.  The allegations of paragraph 218 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

219.  The allegations of paragraph 219 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

220.  The allegations of paragraph 220 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

221.  The allegations of paragraph 221 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

1  sufficient to form a belief as to the truth of the remaining allegations in this

2  paragraph and therefore denies those allegations.

3  ### CLAIM 27: CLAIM FOR INFRINGEMENT OF

4  ### U.S. PATENT NO. 6,636,894 BY LODGENET

5  222.   Aruba incorporates its response to the allegations of paragraphs 1-23

6  of the Complaint herein.

7  223.   Aruba admits that this action purports to arise under the patent laws of

8  the United States, Title 35 of the United States Code.

9  224.   The allegations of paragraph 224 of the Complaint are directed

10  towards a defendant other than Aruba. Aruba lacks knowledge or information

11  sufficient to form a belief as to the truth of the remaining allegations in this

12  paragraph and therefore denies those allegations.

13  225.   The allegations of paragraph 225 of the Complaint are directed

14  towards a defendant other than Aruba. Aruba lacks knowledge or information

15  sufficient to form a belief as to the truth of the remaining allegations in this

16  paragraph and therefore denies those allegations.

17  226.   The allegations of paragraph 226 of the Complaint are directed

18  towards a defendant other than Aruba. Aruba lacks knowledge or information

19  sufficient to form a belief as to the truth of the remaining allegations in this

20  paragraph and therefore denies those allegations.

21  227.   The allegations of paragraph 227 of the Complaint are directed

22  towards a defendant other than Aruba. Aruba lacks knowledge or information

23  sufficient to form a belief as to the truth of the remaining allegations in this

24  paragraph and therefore denies those allegations.

25  ### CLAIM 28: CLAIM FOR INFRINGEMENT OF

26  ### U.S. PATENT NO. 6,868,399 BY LODGENET

27  228.   Aruba incorporates its response to the allegations of paragraphs 1-23

28  of the Complaint herein.

229.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

230.   The allegations of paragraph 230 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

231.   The allegations of paragraph 231 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

232.   The allegations of paragraph 232 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

233.   The allegations of paragraph 233 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## VI.  CLAIM AGAINST ARUBA

## CLAIM 29: CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 6,636,894 BY ARUBA

234.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

235.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

236.   Aruba denies the allegations of paragraph 236 of the Complaint.

237.   Aruba denies the allegations of paragraph 237 of the Complaint.

238.   Aruba denies the allegations of paragraph 238 of the Complaint.

239.   Aruba denies the allegations of paragraph 239 of the Complaint.

## VII.  CLAIMS AGAINST SUPERCLICK

## CLAIM 30: CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 6,130,892 BY SUPERCLICK

240.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

241.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

242.   The allegations of paragraph 242 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth in the remaining allegations in this paragraph and therefore denies those allegations.

243.   The allegations of paragraph 243 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

244.   The allegations of paragraph 244 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

245.   The allegations of paragraph 245 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

246.   The allegations of paragraph 246 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

247.  The allegations of paragraph 247 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

### CLAIM 31:  CLAIM FOR INFRINGEMENT OF
### U.S. PATENT NO. 7,088,727 BY SUPERCLICK

248.  Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

249.  Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

250.  The allegations of paragraph 250 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

251.  The allegations of paragraph 251 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

252.  The allegations of paragraph 252 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

253.  The allegations of paragraph 253 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

254.  The allegations of paragraph 254 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

1  sufficient to form a belief as to the truth of the remaining allegations in this
2  paragraph and therefore denies those allegations.

3  255.  The allegations of paragraph 255 of the Complaint are directed
4  towards a defendant other than Aruba. Aruba lacks knowledge or information
5  sufficient to form a belief as to the truth of the remaining allegations in this
6  paragraph and therefore denies those allegations.

7  **CLAIM 32:  CLAIM FOR INFRINGEMENT OF**
8  **U.S. PATENT NO. 7,554,995 BY SUPERCLICK**

9  256.  Aruba incorporates its response to the allegations of paragraphs 1-23
10  of the Complaint herein.

11  257.  Aruba admits that this action purports to arise under the patent laws of
12  the United States, Title 35 of the United States Code.

13  258.  The allegations of paragraph 258 of the Complaint are directed
14  towards a defendant other than Aruba. Aruba lacks knowledge or information
15  sufficient to form a belief as to the truth of the remaining allegations in this
16  paragraph and therefore denies those allegations.

17  259.  The allegations of paragraph 259 of the Complaint are directed
18  towards a defendant other than Aruba. Aruba lacks knowledge or information
19  sufficient to form a belief as to the truth of the remaining allegations in this
20  paragraph and therefore denies those allegations.

21  260.  The allegations of paragraph 260 of the Complaint are directed
22  towards a defendant other than Aruba. Aruba lacks knowledge or information
23  sufficient to form a belief as to the truth of the remaining allegations in this
24  paragraph and therefore denies those allegations.

25  261.  The allegations of paragraph 261 of the Complaint are directed
26  towards a defendant other than Aruba. Aruba lacks knowledge or information
27  sufficient to form a belief as to the truth of the remaining allegations in this
28  paragraph and therefore denies those allegations.

262.   The allegations of paragraph 262 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

263.   The allegations of paragraph 263 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## CLAIM 33:  CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY SUPERCLICK

264.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

265.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

266.   The allegations of paragraph 266 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

267.   The allegations of paragraph 267 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

268.   The allegations of paragraph 268 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

269.   The allegations of paragraph 269 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

1  sufficient to form a belief as to the truth of the remaining allegations in this
2  paragraph and therefore denies those allegations.

3  270.  The allegations of paragraph 270 of the Complaint are directed
4  towards a defendant other than Aruba. Aruba lacks knowledge or information
5  sufficient to form a belief as to the truth of the remaining allegations in this
6  paragraph and therefore denies those allegations.

7  271.  The allegations of paragraph 271 of the Complaint are directed
8  towards a defendant other than Aruba. Aruba lacks knowledge or information
9  sufficient to form a belief as to the truth of the remaining allegations in this
10  paragraph and therefore denies those allegations.

11  **CLAIM 34:  CLAIM FOR INFRINGEMENT OF**
12  **U.S. PATENT NO. 7,194,554 BY SUPERCLICK**

13  272.  Aruba incorporates its response to the allegations of paragraphs 1-23
14  of the Complaint herein.

15  273.  Aruba admits that this action purports to arise under the patent laws of
16  the United States, Title 35 of the United States Code.

17  274.  The allegations of paragraph 274 of the Complaint are directed
18  towards a defendant other than Aruba. Aruba lacks knowledge or information
19  sufficient to form a belief as to the truth of the remaining allegations in this
20  paragraph and therefore denies those allegations.

21  275.  The allegations of paragraph 275 of the Complaint are directed
22  towards a defendant other than Aruba. Aruba lacks knowledge or information
23  sufficient to form a belief as to the truth of the remaining allegations in this
24  paragraph and therefore denies those allegations.

25  276.  The allegations of paragraph 276 of the Complaint are directed
26  towards a defendant other than Aruba. Aruba lacks knowledge or information
27  sufficient to form a belief as to the truth of the remaining allegations in this
28  paragraph and therefore denies those allegations.

277.   The allegations of paragraph 277 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

**CLAIM 35:  CLAIM FOR INFRINGEMENT OF**

**U.S. PATENT NO. 6,868,399 BY SUPERCLICK**

278.   Aruba incorporates its response to the allegations of paragraphs 1-23 of the Complaint herein.

279.   Aruba admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code.

280.   The allegations of paragraph 280 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

281.   The allegations of paragraph 281 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

282.   The allegations of paragraph 282 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

283.   The allegations of paragraph 283 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

284.   The allegations of paragraph 284 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

285.   The allegations of paragraph 285 of the Complaint are directed towards a defendant other than Aruba. Aruba lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies those allegations.

## AFFIRMATIVE AND OTHER DEFENSES

286.   In addition to the defenses described below, Aruba expressly reserves the right to allege additional defenses as they become known through the course of discovery.

## FIRST DEFENSE – NON-INFRINGEMENT

287.   Aruba has not infringed, directly or indirectly, any valid asserted claim of the '894 patent.

## SECOND DEFENSE – INVALIDITY

288.   Each of the claims of the '894 patent is invalid for failure to meet the conditions of patentability set forth in 35 U.S.C. §§ 101, *et seq.*, including, but without limitation, §§ 102, 103 and 112.

## THIRD DEFENSE – FAILURE TO GIVE NOTICE

289.   To the extent Plaintiff seeks damages for alleged infringement prior to its giving actual or constructive notice of the '894 patent to Aruba, the relief it seeks is barred by 35 U.S.C. § 287.

## FOURTH DEFENSE – LACHES

290.   Plaintiff's claims for relief against Aruba are barred in whole or in part by the equitable doctrine of laches.

## FIFTH DEFENSE – ADEQUATE REMEDY AT LAW

291.   Plaintiff is not entitled to injunctive relief because any alleged injury to Plaintiff is not immediate or irreparable and Plaintiff has an adequate remedy at law.

## SIXTH DEFENSE – GOVERNMENT SALES

292.   Plaintiff's claims for relief and prayer for damages against Aruba are limited by 28 U.S.C. § 1498(a).

## SEVENTH DEFENSE – EQUITABLE ESTOPPEL

293.   The '894 patent is limited and/or unenforceable by reason of equitable estoppel.

## DENIAL OF PLAINTIFF'S PRAYER FOR RELIEF

294.   Aruba denies that Plaintiff is entitled to an award of any relief at all or the relief sought in its prayer for relief as against Aruba. Aruba has not infringed, directly, indirectly, contributorily or by inducement, literally or equivalently, or otherwise, the asserted claims of the patents-in-suit. Plaintiff's prayer as against Aruba should be denied in its entirety and with prejudice.

## COUNTERCLAIMS

## JURISDICTION AND VENUE

295.   This Court has subject-matter jurisdiction over Aruba's patent counterclaims, which arise under the patent laws of the United States, pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

296.   This Court has personal jurisdiction over Nomadix, at least because Nomadix filed its Complaint for patent infringement in this Court, in response to which these counterclaims are filed.

297.   Venue is established in this district pursuant to 28 U.S.C. §§ 1391 and 1400. Venue is also established in this Court because Nomadix has consented to the propriety of venue in this Court by filing its claims for patent infringement in this Court, in response to which Aruba files these counterclaims.

## THE PARTIES

298.   Aruba is a corporation organized under the laws of the State of Delaware with its principal place of business at 1344 Crossman Avenue, Sunnyvale, California 94089-1113. Aruba was founded in 2002 and went public in

2007. Aruba delivers an enterprise mobility solution that enables secure access to data, voice and video applications across wireless and wireline enterprise networks.

299.  According to the Complaint, Nomadix, Inc.("Nomadix") is a Delaware corporation having its principal place of business at 1100 Business Center Circle, Suite 100, Newbury Park, California 91320.

## COUNT 1

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

300.  Aruba incorporates herein Paragraphs 1 through 293 and 295 through 299 above.

301.  An actual and justiciable controversy exists between Aruba and Nomadix with respect to the asserted claims of the '894  patent because Nomadix has brought this action against Aruba alleging that Aruba infringes claims of the '894 patent, which allegation Aruba denies. Absent a declaration of noninfringement, Nomadix will continue wrongfully to assert claims of the '894 patent against Aruba, and thereby cause Aruba irreparable injury and damage.

302.  Aruba has not infringed, and does not infringe, the asserted claims of the '894 patent, either directly or indirectly, literally or under the doctrine of equivalents, or otherwise, and Aruba is entitled to a declaration to that effect.

## COUNT 2

## DECLARATORY JUDGMENT OF INVALIDITY

303.  Aruba incorporates herein Paragraphs 1 through 293 and 295 through 299 above.

304.  An actual and justiciable controversy exists between Aruba and Nomadix with respect to the asserted claims of the '894 patent because Nomadix has brought this action against Aruba alleging that Aruba infringes claims of the '894 patent, which allegation Aruba denies. Absent a declaration of invalidity, Nomadix will continue wrongfully to assert claims of the '894 patent against Aruba, and thereby cause Aruba irreparable injury and damage.

305. Each of the claims of the '894 patent is invalid for failure to meet the conditions of patentability set forth in 35 U.S.C. §§ 101, *et seq.*, including, but without limitation, §§ 102, 103, 112.

## DEMAND FOR A JURY TRIAL

306. Aruba requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Aruba seeks the following relief:

A. That the Court enter judgment for Aruba against Nomadix on its Complaint as against Aruba;

B. That Nomadix take nothing by its Complaint as against Aruba;

C. That the Court dismiss each of Nomadix's claims against Aruba with prejudice;

D. That each and every claim of the '894 patent be declared not infringed and/or invalid;

E. That pursuant to 35 U.S.C. § 285 and/or other applicable laws, Nomadix's conduct in commencing and pursuing its claims of patent infringement be found to render this an exceptional case and that Aruba be awarded its attorneys' fees incurred in connection with this action;

F. That the Court award Aruba its costs of suit; and

G. That Aruba be awarded such other and further relief as the Court deems just and proper.

1

## **DEMAND FOR JURY TRIAL**

2         Pursuant to Fed. R. Civ. P. 38 and Local Rule 38-1 of the Local Civil Rules

3    of the United States District Court for the Central District of California, Aruba

4    hereby demands a trial by jury on all issues so triable raised in its Answer to the

5    Complaint.

6    DATED:  February 9, 2010           Respectfully submitted,

7                                  KNEAFSEY & FRIEND LLP

8

9                   By:       */s/ Sean M. Kneafsey*

10                             Sean M. Kneafsey (SBN 180863)
                         Michele B. Friend (SBN 203865)

11                             Shaun Swiger (SBN 232878)
                         800 Wilshire Blvd., Suite 710

12                             Los Angeles, California 90017
                         Telephone: (213) 892-1200

13                             Facsimile:  (213) 892-1208

14                             skneafsey@kneafseyfriend.com
                         mfriend@kneafseyfriend.com

15                             sswiger@kneafseyfriend.com

16

17                             Of Counsel:

18                             Nicholas Groombridge

19                             Paul E. Torchia
                         Etai Lahav

20                             WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue

21                             New York, New York 10153

22                             Telephone: (212) 310-8000
                         Facsimile:  (212) 310-8007

23                             nicholas.groombridge@weil.com

24                             paul.torchia@weil.com
                         etai.lahav@weil.com

25

26                             **COUNSEL FOR DEFENDANT**

27                             **ARUBA NETWORKS, INC.**

28

1

**PROOF OF SERVICE**

2

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

4

5

     I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 800 Wilshire Blvd., Suite 710, Los Angeles, California 90017.

6

7

     On February 9, 2010, I served the foregoing: **DEFENDANT ARUBA NETWORKS, INC.'S ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT** on the following interested parties in this action:

8

*See Attached Service List*

9

10

11

12

**[X]**   **(BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

13

14

15

**[ X ]**   **(BY COURT E-SERVICE)** I caused the foregoing documents to be filed with the Clerk of the Court for the U.S. District Court, Central District of California, using the Electronic Case Filing ("ECF") system of the Court. The attorneys listed above have consented to receive service by electronic means and were served a "Notice of Electronic Filing" sent by the ECF system.

16

17

**[ ]**   **(BY OVERNIGHT MAIL)** by placing the document listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

18

19

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

20

Executed on February 9, 2010**,** in Los Angeles, California.

21

22

         _/s/ Sean M. Kneafsey_____

23

24

25

26

27

28

1

*SERVICE LIST*

2

3 Alan Grayson Laquer, Esq.                       Kevin D. Conneely, Esq.
  Knobbe Martens Olson & Bear LLP                 Erik M. Drange, Esq.
4 2040 Main Street 14th Floor                     Gabriel K. Holloway, Esq.
  Irvine, CA 92614                                Michael G. Taylor, Esq.
5 949-760-0404                                    Leonard Street & Deinard
  949-760-9502 (fax)                              150 South Fifth Street Suite 2300
6 alan.laquer@kmob.com                            Minneapolis, MN 55402
  *Attorneys for Plaintiff, Nomadix, Inc.*        612-335-1829
7                                                 612-335-1657 (fax)
                                                  kevin.conneely@leonard.com
                                                  erik.drange@leonard.com
8                                                 gabriel.holloway@leonard.com
                                                  michael.taylor@leonard.com
9                                                 *Attorneys for Defendants, Lodgenet Interactive*
                                                  *Corporation, Lodgenet Stayonline, Inc., and On*
10                                                *Command Corporation*

11 Mark Lezama, Esq.                              Anthony B Leuin, Esq.
   Douglas G. Muenhlauser, Esq.                   Shartsis Friese LLP
12 Perry D. Oldham, Esq.                          1 Maritime Plaza 18th Floor
   John B. Sganga, Jr., Esq.                      San Francisco, CA 94111
13 Knobbe Martens Olson and Bear LLP              415-421-6500
   2040 Main Street 14th Floor                    415-421-2922 (fax)
14 Irvine, CA 92614                               aleuin@sflaw.com
   949-760-0404                                   *Attorneys for Defendants, Lodgenet Interactive*
15 949 760 9502 (fax)                             *Corporation, Lodgenet Stayonline, Inc., and On*
   mark.lezama@kmob.com                           *Command Corporation*
16 litigation@kmob.com
   perry.oldman@kmob.com
17 john.sganga@kmob.com
   *Attorneys for Plaintiff, Nomadix, Inc.*

18

19 Michael K. Plimack, Esq.                       Dale M. Heist, Esq.
   Covington & Burling LLP                        Ruben H. Munoz, Esq.
20 One Front Street                               Woodcock & Washburn
   San Francisco, CA 94111                        Cira Centre 2929 Arch St.
21 415-591-6000                                   12th Floor
   415-591-6091 (fax)                             Philadelphia, PA 19104
22 mplimack@cov.com                               215-568-3100
                                                  215-568-3439 (fax)
23 Michael P Wickey, Esq.                         heist@woodcock.com
   Covington & Burling LLP                        *Attorneys for Defendanst, Guest-Tek*
24 333 Twin Dolphin Drive Suite 700               *Interactive Entertainment, Inc., and Guest-Tek*
   Redwood Shores, CA 94065                       *Interactive Entertainment, Ltd.*
25 650-632-4700
   650-632-4800 (fax)
26 mwickey@cov.com
   *Attorneys for Defendant, Hewlett-Packard*
27 *Company*

28

1

Paul D Tripodi, II, Esq.
Sidley Austin LLP

2

555 West 5th Street Suite 4000
Los Angeles, CA 90013

3

213-896-6000
213-896-6600 (fax)

4

ptripodi@sidley.com
*Attorneys for Defendant Wayport, Inc.*

5

Michael J. Swope, Esq.
Woodcock Washburn LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104
206-332-1380
206-624-7317 (fax)
*Attorneys for Defendanst, Guest-Tek*
*Interactive Entertainment, Inc., and Guest-Tek*
*Interactive Entertainment, Ltd.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3