1   I. Neel Chatterjee (SBN 173985)
    nchatterjee@orrick.com
2   Fabio E. Marino (SBN 183825)
    fmarino@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA  94025
    Telephone:   (650) 614-7400
5   Facsimile:   (650) 614-7401

6   Robert W. Dickerson (SBN 89367)
    rdickerson@orrick.com
7   Benjamin J. Hofileña (SBN 227117)
    bhofilena@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA  90017
    Telephone:   213-629-2020
10  Facsimile:   213-612-2499

11  Attorneys for Defendant and Counterclaimant
    IBAHN CORPORATION

12

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                     WESTERN DIVISION

16

| | |
|---|---|
| 17  NOMADIX, INC., | Case No.  CV-09-08441-DDP (VBKx) |
| 18              Plaintiff, | **IBAHN CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT AND** |
| 19       v. | **COUNTERCLAIMS FOR DECLARATORY JUDGMENT OF** |
| 20  HEWLETT-PACKARD COMPANY, WAYPORT, INC., | **INVALIDITY AND NON-INFRINGEMENT** |
| 21  IBAHN CORPORATION, GUEST-TEK INTERACTIVE | |
| 22  ENTERTAINMENT LTD., GUEST-TEK INTERACTIVE | **JURY TRIAL DEMANDED** |
| 23  ENTERTAINMENT INC., LODGENET INTERACTIVE | |
| 24  CORPORATION, LODGENET STAYONLINE, INC., | Judge: Hon. Dean D. Pregerson |
| 25  ON COMMAND CORPORATION, ARUBA NETWORKS, INC., | |
| 26  SUPERCLICK, INC., SUPERCLICK NETWORKS, INC., | |
| 27              Defendants. | |
| 28 | |

FILED
2010 FEB -9  PM 3:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17  IBAHN CORPORATION,
18              Counterclaimant,
19      v.
20  NOMADIX, INC.,
21              Counter-defendant.
22
23
24
25
26
27
28

IBAHN CORPORATION'S ANSWER, DEFENSES, AND
COUNTERCLAIMS TO COMPLAINT
CV-09-08441-DDP (VBKx)

## IBAHN CORPORATION'S ANSWER, DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT

Defendant iBAHN Corporation ("iBAHN") hereby submits its Answer, including defenses and counterclaims, as to the Complaint for Patent Infringement of Plaintiff Nomadix, Inc. ("Nomadix") as follows:

### JURISDICTION AND VENUE

1.      iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States and that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  iBAHN, however, denies the merits of the claims asserted against it.

2.      For the purposes of this action, iBAHN does not deny that the Court has personal jurisdiction over it.  To the extent any remaining allegations of paragraph 2 are directed to iBAHN, they are denied.  To the extent the allegations of paragraph 2 are directed to other entities, iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 and on that basis denies them.

3.      iBAHN admits that venue is proper in this district as to iBAHN, but denies having committed any wrongful acts upon which venue allegedly is based.  To the extent the allegations of paragraph 3 are directed to other entities, iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 and on that basis denies them.

### PARTIES

4.      iBAHN lacks knowledge or information sufficient to form a belief about the truth of allegations of paragraph 4 and on that basis denies them.

5.      iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 and on that basis denies them.

1    6.    iBAHN lacks knowledge or information sufficient to form a belief

2    as to the truth of the allegations of paragraph 6 and on that basis denies them.

3    7.    iBAHN Corporation admits it is a corporation organized under the

4    laws of the state of Delaware with its principal place of business at 10757 S. River

5    Front Parkway, Suite 300, Salt Lake City, Utah 84095.

6    8.    iBAHN lacks knowledge or information sufficient to form a belief

7    as to the truth of the allegations of paragraph 8 and on that basis denies them.

8    9.    iBAHN lacks knowledge or information sufficient to form a belief

9    as to the truth of the allegations of paragraph 9 and on that basis denies them.

10    10.    iBAHN lacks knowledge or information sufficient to form a belief

11    as to the truth of the allegations of paragraph 10 and on that basis denies them.

12    11.    iBAHN lacks knowledge or information sufficient to form a belief

13    as to the truth of the allegations of paragraph 11 and on that basis denies them.

14    12.    iBAHN lacks knowledge or information sufficient to form a belief

15    as to the truth of the allegations of paragraph 12 and on that basis denies them.

16    13.    iBAHN lacks knowledge or information sufficient to form a belief

17    as to the truth of the allegations of paragraph 13 and on that basis denies them.

18    14.    iBAHN lacks knowledge or information sufficient to form a belief

19    as to the truth of the allegations of paragraph 14 and on that basis denies them.

20    15.    iBAHN lacks knowledge or information sufficient to form a belief

21    as to the truth of the allegations of paragraph 15 and on that basis denies them.

22    **ALLEGATIONS FOR ALL CLAIMS OF RELIEF**

23    16.    iBAHN admits that on its face the United States Patent No. 6,130,892

24    ("the '892 patent") states that it issued on October 10, 2000, and that it is entitled

25    "Nomadic Translator or Router." iBAHN further admits that what appears to be a

26    copy of the '892 patent is attached to the Complaint as Exhibit 1. iBAHN further

27    admits that what appears to be a copy of the Notice of Intent to Issue *Ex Parte*

28    Reexamination Certificate is attached to the Complaint as Exhibit 2. iBAHN lacks

1    knowledge or information sufficient to form a belief about the truth of the

2    remaining allegations of paragraph 16 and therefore denies them.

3          17.   iBAHN admits that on its face the United States Patent No. 7,088,727

4    ("the '727 patent") states that it issued on August 8, 2006, and that it is entitled

5    "System and Method for Establishing Network Connection with Unknown Network

6    and/or User Device." iBAHN further admits that what appears to be a copy of the

7    '727 patent is attached to the Complaint as Exhibit 3. iBAHN lacks knowledge or

8    information sufficient to form a belief about the truth of the remaining allegations

9    of paragraph 17 and therefore denies them.

10          18.   iBAHN admits that on its face the United States Patent No. 7,554,995

11    ("the '995 patent") states that it issued on June 30, 2009, and that it is entitled

12    "System and Method for Establishing Network Connection with Unknown Network

13    and/or User Device." iBAHN further admits that what appears to be a copy of the

14    '995 patent is attached to the Complaint as Exhibit 4. iBAHN lacks knowledge or

15    information sufficient to form a belief about the truth of the remaining allegations

16    of paragraph 18 and therefore denies them.

17          19.   iBAHN admits that on its face the United States Patent No. 6,636,894

18    ("the '894 patent") states that it issued on October 21, 2003, and that it is entitled

19    "Systems and Methods for Redirecting Users Having Transparent Computer Access

20    to a Network Using a Gateway Device Having Redirection Capability." iBAHN

21    further admits that what appears to be a copy of the '894 patent is attached to the

22    Complaint as Exhibit 5. iBAHN further admits that what appears to be a copy of

23    the *Ex Parte* Reexamination Certificate is attached to the Complaint as Exhibit 6.

24    iBAHN lacks knowledge or information sufficient to form a belief about the truth

25    of the remaining allegations of paragraph 19 and therefore denies them.

26          20.   iBAHN admits that on its face the United States Patent No. 7,194,554

27    ("the '554 patent")  states that it issued on March 20, 2007, and that it is entitled

28    "Systems and Methods for Providing Dynamic Network Authorization

Authentication and Accounting." iBAHN further admits that what appears to be a copy of the '554 patent is attached to the Complaint as Exhibit 7. iBAHN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 20 and therefore denies them.

21. iBAHN admits that on its face the United States Patent No. 6,868,399 ("the '399 patent") states that it issued on March 15, 2005, and that it is entitled "Systems and Methods for Integrating a Network Gateway Device with Management Systems." iBAHN further admits that what appears to be a copy of the '399 patent is attached to the Complaint as Exhibit 8. iBAHN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 21 the complaint and therefore denies them.

22. iBAHN admits that on its face the United States Patent No. 6,789,110 ("the '110 patent") states that it issued on September 7, 2004, and that it is entitled "Information and Control Console for Use with a Network Gateway Interface." iBAHN further admits that what appears to be a copy of the '110 patent is attached to the Complaint as Exhibit 9. iBAHN lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 22 and therefore denies them.

23. iBAHN lacks knowledge or information sufficient to form a belief about the truth of allegations of paragraph 23 and on that basis denies them.

## I. CLAIMS AGAINST HP

## CLAIM 1: CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 6,130,892 BY HP

24. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

25. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

26. The allegations of paragraph 26 are not directed to iBAHN, and

therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 and on that basis denies them.

27.   The allegations of paragraph 27 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27 and on that basis denies them.

28.   The allegations of paragraph 28 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28 and on that basis denies them.

29.   The allegations of paragraph 29 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29 and on that basis denies them.

30.   The allegations of paragraph 30 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30 and on that basis denies them.

31.   The allegations of paragraph 31 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31 and on that basis denies them.

32.   The allegations of paragraph 32 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 and on that basis denies them.

33.   The allegations of paragraph 33 are not directed to iBAHN, and

1  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

2  to form a belief as to the truth of the allegations of paragraph 33 and on that basis

3  denies them.

4  ## CLAIM 2: CLAIM FOR INFRINGEMENT OF

5  ## U.S. PATENT NO. 7,088,727 BY HP

6      34.   iBAHN repeats and incorporates by reference its responses to the

7  allegations in paragraphs 1 through 23.

8      35.   iBAHN admits that Nomadix purports to bring this claim under the

9  patent laws of the United States.

10      36.   The allegations of paragraph 36 are not directed to iBAHN, and

11  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

12  to form a belief as to the truth of the allegations of paragraph 36 and on that basis

13  denies them.

14      37.   The allegations of paragraph 37 are not directed to iBAHN, and

15  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16  to form a belief as to the truth of the allegations of paragraph 37 and on that basis

17  denies them.

18      38.   The allegations of paragraph 38 are not directed to iBAHN, and

19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

20  to form a belief as to the truth of the allegations of paragraph 38 and on that basis

21  denies them.

22      39.   The allegations of paragraph 39 are not directed to iBAHN, and

23  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

24  to form a belief as to the truth of the allegations of paragraph 39 and on that basis

25  denies them.

26      40.   The allegations of paragraph 40 are not directed to iBAHN, and

27  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

28  to form a belief as to the truth of the allegations of paragraph 40 and on that basis

1   denies them.

2        41.   The allegations of paragraph 41 are not directed to iBAHN, and

3   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4   to form a belief as to the truth of the allegations of paragraph 41 and on that basis

5   denies them.

6        42.   The allegations of paragraph 42 are not directed to iBAHN, and

7   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8   to form a belief as to the truth of the allegations of paragraph 42 and on that basis

9   denies them.

10       43.   The allegations of paragraph 43 are not directed to iBAHN, and

11  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

12  to form a belief as to the truth of the allegations of paragraph 43 and on that basis

13  denies them.

14          **CLAIM 3: CLAIM FOR INFRINGEMENT OF**

15          **U.S. PATENT NO. 7,554,995 BY HP**

16       44.   iBAHN repeats and incorporates by reference its responses to the

17  allegations in paragraphs 1 through 23.

18       45.   iBAHN admits that Nomadix purports to bring this claim under the

19  patent laws of the United States.

20       46.   The allegations of paragraph 46 are not directed to iBAHN, and

21  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22  to form a belief as to the truth of the allegations of paragraph 46 and on that basis

23  denies them.

24       47.   The allegations of paragraph 47 are not directed to iBAHN, and

25  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

26  to form a belief as to the truth of the allegations of paragraph 47 and on that basis

27  denies them.

28       48.   The allegations of paragraph 48 are not directed to iBAHN, and

- 9 -

therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48 and on that basis denies them.

49.   The allegations of paragraph 49 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 49 and on that basis denies them.

50.   The allegations of paragraph 50 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 50 and on that basis denies them.

51.   The allegations of paragraph 51 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51 and on that basis denies them.

52.   The allegations of paragraph 52 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52 and on that basis denies them.

53.   The allegations of paragraph 53 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53 and on that basis denies them.

## CLAIM 4: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY HP

54.   iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

55.   iBAHN admits that Nomadix purports to bring this claim under the

1    patent laws of the United States.

2        56.   The allegations of paragraph 56 are not directed to iBAHN, and

3    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4    to form a belief as to the truth of the allegations of paragraph 56 and on that basis

5    denies them.

6        57.   The allegations of paragraph 57 are not directed to iBAHN, and

7    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8    to form a belief as to the truth of the allegations of paragraph 57 and on that basis

9    denies them.

10       58.   The allegations of paragraph 58 are not directed to iBAHN, and

11   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

12   to form a belief as to the truth of the allegations of paragraph 58 and on that basis

13   denies them.

14       59.   The allegations of paragraph 59 are not directed to iBAHN, and

15   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16   to form a belief as to the truth of the allegations of paragraph 59 and on that basis

17   denies them.

18       60.   The allegations of paragraph 60 are not directed to iBAHN, and

19   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

20   to form a belief as to the truth of the allegations of paragraph 60 and on that basis

21   denies them.

22       61.   The allegations of paragraph 61 are not directed to iBAHN, and

23   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

24   to form a belief as to the truth of the allegations of paragraph 61 and on that basis

25   denies them.

26       62.   The allegations of paragraph 62 are not directed to iBAHN, and

27   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

28   to form a belief as to the truth of the allegations of paragraph 62 and on that basis

IBAHN CORPORATION'S ANSWER, DEFENSES, AND
COUNTERCLAIMS TO COMPLAINT
CV-09-08441-DDP (VBKx)

1  denies them.

2      63.   The allegations of paragraph 63 are not directed to iBAHN, and

3  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4  to form a belief as to the truth of the allegations of paragraph 63 and on that basis

5  denies them.

## CLAIM 5: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,194,554 BY HP

8      64.   iBAHN repeats and incorporates by reference its responses to the

9  allegations in paragraphs 1 through 23.

10     65.   iBAHN admits that Nomadix purports to bring this claim under the

11  patent laws of the United States.

12     66.   The allegations of paragraph 66 are not directed to iBAHN, and

13  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

14  to form a belief as to the truth of the allegations of paragraph 66 and on that basis

15  denies them.

16     67.   The allegations of paragraph 67 are not directed to iBAHN, and

17  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

18  to form a belief as to the truth of the allegations of paragraph 67 and on that basis

19  denies them.

20     68.   The allegations of paragraph 68 are not directed to iBAHN, and

21  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22  to form a belief as to the truth of the allegations of paragraph 68 and on that basis

23  denies them.

24     69.   The allegations of paragraph 69 are not directed to iBAHN, and

25  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

26  to form a belief as to the truth of the allegations of paragraph 69 and on that basis

27  denies them.

28     70.   The allegations of paragraph 70 are not directed to iBAHN, and

1   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

2   to form a belief as to the truth of the allegations of paragraph 70 and on that basis

3   denies them.

4       71.   The allegations of paragraph 71 are not directed to iBAHN, and

5   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

6   to form a belief as to the truth of the allegations of paragraph 71 and on that basis

7   denies them.

8   **CLAIM 6: CLAIM FOR INFRINGEMENT OF**

9   **U.S. PATENT NO. 6,868,399 BY HP**

10      72.   iBAHN repeats and incorporates by reference its responses to the

11  allegations in paragraphs 1 through 23.

12      73.   iBAHN admits that Nomadix purports to bring this claim under the

13  patent laws of the United States.

14      74.   The allegations of paragraph 74 are not directed to iBAHN, and

15  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16  to form a belief as to the truth of the allegations of paragraph 74 and on that basis

17  denies them.

18      75.   The allegations of paragraph 75 are not directed to iBAHN, and

19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

20  to form a belief as to the truth of the allegations of paragraph 75 and on that basis

21  denies them.

22      76.   The allegations of paragraph 76 are not directed to iBAHN, and

23  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

24  to form a belief as to the truth of the allegations of paragraph 76 and on that basis

25  denies them.

26      77.   The allegations of paragraph 77 are not directed to iBAHN, and

27  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

28  to form a belief as to the truth of the allegations of paragraph 77 and on that basis

1   denies them.

2        78.   The allegations of paragraph 78 are not directed to iBAHN, and

3   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4   to form a belief as to the truth of the allegations of paragraph 78 and on that basis

5   denies them.

6        79.   The allegations of paragraph 79 are not directed to iBAHN, and

7   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8   to form a belief as to the truth of the allegations of paragraph 79 and on that basis

9   denies them.

10       80.   The allegations of paragraph 80 are not directed to iBAHN, and

11  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

12  to form a belief as to the truth of the allegations of paragraph 80 and on that basis

13  denies them.

14       81.   The allegations of paragraph 81 are not directed to iBAHN, and

15  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16  to form a belief as to the truth of the allegations of paragraph 81 and on that basis

17  denies them.

18                    **II. CLAIM AGAINST WAYPORT**

19              **CLAIM 7: CLAIM FOR INFRINGEMENT OF**

20            **U.S. PATENT NO. 6,130,892 BY WAYPORT**

21       82.   iBAHN repeats and incorporates by reference its responses to the

22  allegations in paragraphs 1 through 23.

23       83.   iBAHN admits that Nomadix purports to bring this claim under the

24  patent laws of the United States.

25       84.   The allegations of paragraph 84 are not directed to iBAHN, and

26  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

27  to form a belief as to the truth of the allegations of paragraph 84 and on that basis

28  denies them.

IBAHN CORPORATION'S ANSWER, DEFENSES, AND
COUNTERCLAIMS TO COMPLAINT
CV-09-08441-DDP (VBKx)

1         85.   The allegations of paragraph 85 are not directed to iBAHN, and

2   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

3   to form a belief as to the truth of the allegations of paragraph 85 and on that basis

4   denies them.

5         86.   The allegations of paragraph 86 are not directed to iBAHN, and

6   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

7   to form a belief as to the truth of the allegations of paragraph 86 and on that basis

8   denies them.

9         87.   The allegations of paragraph 87 are not directed to iBAHN, and

10   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

11   to form a belief as to the truth of the allegations of paragraph 87 and on that basis

12   denies them.

13             **CLAIM 8: CLAIM FOR INFRINGEMENT OF**

14             **U.S. PATENT NO. 7,088,727 BY WAYPORT**

15         88.   iBAHN repeats and incorporates by reference its responses to the

16   allegations in paragraphs 1 through 23.

17         89.   iBAHN admits that Nomadix purports to bring this claim under the

18   patent laws of the United States.

19         90.   The allegations of paragraph 90 are not directed to iBAHN, and

20   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

21   to form a belief as to the truth of the allegations of paragraph 90 and on that basis

22   denies them.

23         91.   The allegations of paragraph 91 are not directed to iBAHN, and

24   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

25   to form a belief as to the truth of the allegations of paragraph 91 and on that basis

26   denies them.

27         92.   The allegations of paragraph 92 are not directed to iBAHN, and

28   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

1    to form a belief as to the truth of the allegations of paragraph 92 and on that basis
2    denies them.

3        93.    The allegations of paragraph 93 are not directed to iBAHN, and
4    therefore no answer is required.  iBAHN lacks knowledge or information sufficient
5    to form a belief as to the truth of the allegations of paragraph 93 and on that basis
6    denies them.

7              **CLAIM 9: CLAIM FOR INFRINGEMENT OF**
8              **U.S. PATENT NO. 7,554,995 BY WAYPORT**

9        94.    iBAHN repeats and incorporates by reference its responses to the
10   allegations in paragraphs 1 through 23.

11       95.    iBAHN admits that Nomadix purports to bring this claim under the
12   patent laws of the United States.

13       96.    The allegations of paragraph 96 are not directed to iBAHN, and
14   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
15   to form a belief as to the truth of the allegations of paragraph 96 and on that basis
16   denies them.

17       97.    The allegations of paragraph 97 are not directed to iBAHN, and
18   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
19   to form a belief as to the truth of the allegations of paragraph 97 and on that basis
20   denies them.

21       98.    The allegations of paragraph 98 are not directed to iBAHN, and
22   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
23   to form a belief as to the truth of the allegations of paragraph 98 and on that basis
24   denies them.

25       99.    The allegations of paragraph 99 are not directed to iBAHN, and
26   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
27   to form a belief as to the truth of the allegations of paragraph 99 and on that basis
28   denies them.

## CLAIM 10: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY WAYPORT

100. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

101. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

102. The allegations of paragraph 102 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 102 and on that basis denies them.

103. The allegations of paragraph 103 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 103 and on that basis denies them.

104. The allegations of paragraph 104 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 104 and on that basis denies them.

105. The allegations of paragraph 105 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 105 and on that basis denies them.

## CLAIM 11: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,194,554 BY WAYPORT

106. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

107. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

108. The allegations of paragraph 108 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 108 and on that basis denies them.

109. The allegations of paragraph 109 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 109 and on that basis denies them.

110. The allegations of paragraph 110 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 110 and on that basis denies them.

111. The allegations of paragraph 111 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 111 and on that basis denies them.

## CLAIM 12: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,868,399 BY WAYPORT

112. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

113. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

114. The allegations of paragraph 114 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 114 and on that basis denies them.

115. The allegations of paragraph 115 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient

1   to form a belief as to the truth of the allegations of paragraph 115 and on that basis

2   denies them.

3     116. The allegations of paragraph 116 are not directed to iBAHN, and

4   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

5   to form a belief as to the truth of the allegations of paragraph 116 and on that basis

6   denies them.

7     117. The allegations of paragraph 117 are not directed to iBAHN, and

8   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

9   to form a belief as to the truth of the allegations of paragraph 117 and on that basis

10   denies them.

11   ### III. CLAIMS AGAINST IBAHN

12   ### CLAIM 13: CLAIM FOR INFRINGEMENT OF

13   ### U.S. PATENT NO. 6,130,892 BY IBAHN

14     118. iBAHN repeats and incorporates by reference its responses to the

15   allegations in paragraphs 1 through 23.

16     119. iBAHN admits that Nomadix purports to bring this claim under the

17   patent laws of the United States.

18     120. iBAHN denies all of the allegations of paragraph 120 of the complaint.

19     121. iBAHN admits that it received a letter from Nomadix that purports to

20   assert infringement of the '892 patent.  iBAHN denies the remaining allegations of

21   paragraph 121 of the complaint.

22     122. iBAHN denies all of the allegations of paragraph 122 of the complaint.

23     123. iBAHN denies all of the allegations of paragraph 123 of the complaint.

24     124. iBAHN denies all of the allegations of paragraph 124 of the complaint.

25     125. iBAHN denies all of the allegations of paragraph 125 of the complaint.

26   ### CLAIM 14: CLAIM FOR INFRINGEMENT OF

27   ### U.S. PATENT NO. 7,088,727 BY IBAHN

28     126. iBAHN repeats and incorporates by reference its responses to the

1     allegations in paragraphs 1 through 23.

2        127. iBAHN admits that Nomadix purports to bring this claim under the

3     patent laws of the United States.

4        128. iBAHN denies all of the allegations of paragraph 128 of the complaint.

5        129. iBAHN admits that it received a letter from Nomadix that purports to

6     assert infringement of the '727 patent.  iBAHN denies the remaining allegations of

7     paragraph 129 of the complaint.

8        130. iBAHN denies all of the allegations of paragraph 130 of the complaint.

9        131. iBAHN denies all of the allegations of paragraph 131 of the complaint.

10        132. iBAHN denies all of the allegations of paragraph 132 of the complaint.

11        133. iBAHN denies all of the allegations of paragraph 133 of the complaint.

12        **CLAIM 15: CLAIM FOR INFRINGEMENT OF**

13        **U.S. PATENT NO. 7,554,995 BY IBAHN**

14        134. iBAHN repeats and incorporates by reference its responses to the

15     allegations in paragraphs 1 through 23.

16        135. iBAHN admits that Nomadix purports to bring this claim under the

17     patent laws of the United States.

18        136. iBAHN denies all of the allegations of paragraph 136 of the complaint.

19        137. iBAHN admits that it received a letter from Nomadix that purports to

20     assert infringement of the '995 patent.  iBAHN denies the remaining allegations of

21     paragraph 137 of the complaint.

22        138. iBAHN denies all of the allegations of paragraph 138 of the complaint.

23        139. iBAHN denies all of the allegations of paragraph 139 of the complaint.

24        140. iBAHN denies all of the allegations of paragraph 140 of the complaint.

25        141. iBAHN denies all of the allegations of paragraph 141 of the complaint.

26        **CLAIM 16: CLAIM FOR INFRINGEMENT OF**

27        **U.S. PATENT NO. 6,636,894 BY IBAHN**

28        142. iBAHN repeats and incorporates by reference its responses to the

IBAHN CORPORATION'S ANSWER, DEFENSES, AND
COUNTERCLAIMS TO COMPLAINT
CV-09-08441-DDP (VBKx)

1     allegations in paragraphs 1 through 23.

2          143. iBAHN admits that Nomadix purports to bring this claim under the

3     patent laws of the United States.

4          144. iBAHN denies all of the allegations of paragraph 144 of the complaint.

5          145. iBAHN admits that it received a letter from Nomadix that purports to

6     assert infringement of the '894 patent.  iBAHN denies the remaining allegations of

7     paragraph 145 of the complaint.

8          146. iBAHN denies all of the allegations of paragraph 146 of the complaint.

9          147. iBAHN denies all of the allegations of paragraph 147 of the complaint.

10         148. iBAHN denies all of the allegations of paragraph 148 of the complaint.

11         149. iBAHN denies all of the allegations of paragraph 149 of the complaint.

12           **CLAIM 17: CLAIM FOR INFRINGEMENT OF**

13           **U.S. PATENT NO. 6,868,399 BY IBAHN**

14          150. iBAHN repeats and incorporates by reference its responses to the

15     allegations in paragraphs 1 through 23.

16          151. iBAHN admits that Nomadix purports to bring this claim under the

17     patent laws of the United States.

18          152. iBAHN denies all of the allegations of paragraph 152 of the complaint.

19          153. iBAHN admits that it received a letter from Nomadix that purports to

20     assert infringement of the '399 patent.  iBAHN denies the remaining allegations of

21     paragraph 153 of the complaint.

22          154. iBAHN denies all of the allegations of paragraph 154 of the complaint.

23          155. iBAHN denies all of the allegations of paragraph 155 of the complaint.

24          156. iBAHN denies all of the allegations of paragraph 156 of the complaint.

25          157. iBAHN denies all of the allegations of paragraph 157 of the complaint.

26

27

28

# IV. CLAIMS AGAINST GUEST-TEK

## CLAIM 18: CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 6,130,892 BY GUEST-TEK

158. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

159. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

160. The allegations of paragraph 160 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 160 and on that basis denies them.

161. The allegations of paragraph 161 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 161 and on that basis denies them.

162. The allegations of paragraph 162 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 162 and on that basis denies them.

163. The allegations of paragraph 163 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 163 and on that basis denies them.

164. The allegations of paragraph 164 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 164 and on that basis denies them.

165. The allegations of paragraph 165 are not directed to iBAHN, and

1    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

2    to form a belief as to the truth of the allegations of paragraph 165 and on that basis

3    denies them.

4    **CLAIM 19: CLAIM FOR INFRINGEMENT OF**

5    **U.S. PATENT NO. 7,088,727 BY GUEST-TEK**

6    166. iBAHN repeats and incorporates by reference its responses to the

7    allegations in paragraphs 1 through 23.

8    167. iBAHN admits that Nomadix purports to bring this claim under the

9    patent laws of the United States.

10    168. The allegations of paragraph 168 are not directed to iBAHN, and

11    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

12    to form a belief as to the truth of the allegations of paragraph 168 and on that basis

13    denies them.

14    169. The allegations of paragraph 169 are not directed to iBAHN, and

15    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16    to form a belief as to the truth of the allegations of paragraph 169 and on that basis

17    denies them.

18    170. The allegations of paragraph 170 are not directed to iBAHN, and

19    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

20    to form a belief as to the truth of the allegations of paragraph 170 and on that basis

21    denies them.

22    171. The allegations of paragraph 171 are not directed to iBAHN, and

23    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

24    to form a belief as to the truth of the allegations of paragraph 171 and on that basis

25    denies them.

26    172. The allegations of paragraph 172 are not directed to iBAHN, and

27    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

28    to form a belief as to the truth of the allegations of paragraph 172 and on that basis

1   denies them.

2        173. The allegations of paragraph 173 are not directed to iBAHN, and

3   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4   to form a belief as to the truth of the allegations of paragraph 173 and on that basis

5   denies them.

6        **CLAIM 20: CLAIM FOR INFRINGEMENT OF**

7        **U.S. PATENT NO. 7,554,995 BY GUEST-TEK**

8        174. iBAHN repeats and incorporates by reference its responses to the

9   allegations in paragraphs 1 through 23.

10       175. iBAHN admits that Nomadix purports to bring this claim under the

11  patent laws of the United States.

12       176. The allegations of paragraph 176 are not directed to iBAHN, and

13  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

14  to form a belief as to the truth of the allegations of paragraph 176 and on that basis

15  denies them.

16       177. The allegations of paragraph 177 are not directed to iBAHN, and

17  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

18  to form a belief as to the truth of the allegations of paragraph 177 and on that basis

19  denies them.

20       178. The allegations of paragraph 178 are not directed to iBAHN, and

21  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22  to form a belief as to the truth of the allegations of paragraph 178 and on that basis

23  denies them.

24       179. The allegations of paragraph 179 are not directed to iBAHN, and

25  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

26  to form a belief as to the truth of the allegations of paragraph 179 and on that basis

27  denies them.

28       180. The allegations of paragraph 180 are not directed to iBAHN, and

1   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

2   to form a belief as to the truth of the allegations of paragraph 180 and on that basis

3   denies them.

4          181.  The allegations of paragraph 181 are not directed to iBAHN, and

5   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

6   to form a belief as to the truth of the allegations of paragraph 181 and on that basis

7   denies them.

8          ## CLAIM 21: CLAIM FOR INFRINGEMENT OF

9          ## U.S. PATENT NO. 6,636,894 BY GUEST-TEK

10         182.  iBAHN repeats and incorporates by reference its responses to the

11  allegations in paragraphs 1 through 23.

12         183.  iBAHN admits that Nomadix purports to bring this claim under the

13  patent laws of the United States.

14         184.  The allegations of paragraph 184 are not directed to iBAHN, and

15  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16  to form a belief as to the truth of the allegations of paragraph 184 and on that basis

17  denies them.

18         185.  The allegations of paragraph 185 are not directed to iBAHN, and

19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

20  to form a belief as to the truth of the allegations of paragraph 185 and on that basis

21  denies them.

22         186.  The allegations of paragraph 186 are not directed to iBAHN, and

23  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

24  to form a belief as to the truth of the allegations of paragraph 186 and on that basis

25  denies them.

26         187.  The allegations of paragraph 187 are not directed to iBAHN, and

27  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

28  to form a belief as to the truth of the allegations of paragraph 187 and on that basis

1   denies them.

2       188.  The allegations of paragraph 188 are not directed to iBAHN, and

3   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4   to form a belief as to the truth of the allegations of paragraph 188 and on that basis

5   denies them.

6       189.  The allegations of paragraph 189 are not directed to iBAHN, and

7   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8   to form a belief as to the truth of the allegations of paragraph 189 and on that basis

9   denies them.

10              **CLAIM 22: CLAIM FOR INFRINGEMENT OF**

11          **U.S. PATENT NO. 6,868,399 BY GUEST-TEK**

12      190.  iBAHN repeats and incorporates by reference its responses to the

13   allegations in paragraphs 1 through 23.

14      191.  iBAHN admits that Nomadix purports to bring this claim under the

15   patent laws of the United States.

16      192.  The allegations of paragraph 192 are not directed to iBAHN, and

17   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

18   to form a belief as to the truth of the allegations of paragraph 192 and on that basis

19   denies them.

20      193.  The allegations of paragraph 193 are not directed to iBAHN, and

21   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22   to form a belief as to the truth of the allegations of paragraph 193 and on that basis

23   denies them.

24      194.  The allegations of paragraph 194 are not directed to iBAHN, and

25   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

26   to form a belief as to the truth of the allegations of paragraph 194 and on that basis

27   denies them.

28      195.  The allegations of paragraph 195 are not directed to iBAHN, and

IBAHN CORPORATION'S ANSWER, DEFENSES, AND
COUNTERCLAIMS TO COMPLAINT
CV-09-08441-DDP (VBKx)

1   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
2   to form a belief as to the truth of the allegations of paragraph 195 and on that basis
3   denies them.

4        196.  The allegations of paragraph 196 are not directed to iBAHN, and
5   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
6   to form a belief as to the truth of the allegations of paragraph 196 and on that basis
7   denies them.

8        197.  The allegations of paragraph 197 are not directed to iBAHN, and
9   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
10  to form a belief as to the truth of the allegations of paragraph 197 and on that basis
11  denies them.

12          **CLAIM 23: CLAIM FOR INFRINGEMENT OF**
13          **U.S. PATENT NO. 6,789,110 BY GUEST-TEK**

14       198.  iBAHN repeats and incorporates by reference its responses to the
15  allegations in paragraphs 1 through 23.

16       199.  iBAHN admits that Nomadix purports to bring this claim under the
17  patent laws of the United States.

18       200.  The allegations of paragraph 200 are not directed to iBAHN, and
19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
20  to form a belief as to the truth of the allegations of paragraph 200 and on that basis
21  denies them.

22       201.  The allegations of paragraph 201 are not directed to iBAHN, and
23  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
24  to form a belief as to the truth of the allegations of paragraph 201 and on that basis
25  denies them.

26       202.  The allegations of paragraph 202 are not directed to iBAHN, and
27  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
28  to form a belief as to the truth of the allegations of paragraph 202 and on that basis

1    denies them.

2        203. The allegations of paragraph 203 are not directed to iBAHN, and

3    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4    to form a belief as to the truth of the allegations of paragraph 203 and on that basis

5    denies them.

6                    **V. CLAIMS AGAINST LODGENET**

7              **CLAIM 24: CLAIM FOR INFRINGEMENT OF**

8              **U.S. PATENT NO. 6,130,892 BY LODGENET**

9        204. iBAHN repeats and incorporates by reference its responses to the

10   allegations in paragraphs 1 through 23.

11       205. iBAHN admits that Nomadix purports to bring this claim under the

12   patent laws of the United States.

13       206. The allegations of paragraph 206 are not directed to iBAHN, and

14   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

15   to form a belief as to the truth of the allegations of paragraph 206 and on that basis

16   denies them.

17       207. The allegations of paragraph 207 are not directed to iBAHN, and

18   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

19   to form a belief as to the truth of the allegations of paragraph 207 and on that basis

20   denies them.

21       208. The allegations of paragraph 208 are not directed to iBAHN, and

22   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

23   to form a belief as to the truth of the allegations of paragraph 208 and on that basis

24   denies them.

25       209. The allegations of paragraph 209 are not directed to iBAHN, and

26   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

27   to form a belief as to the truth of the allegations of paragraph 209 and on that basis

28   denies them.

IBAHN CORPORATION'S ANSWER, DEFENSES, AND COUNTERCLAIMS TO COMPLAINT
CV-09-08441-DDP (VBKx)

## CLAIM 25: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,088,727 BY LODGENET

210.  iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

211.  iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

212.  The allegations of paragraph 212 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 212 and on that basis denies them.

213.  The allegations of paragraph 213 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 213 and on that basis denies them.

214.  The allegations of paragraph 214 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 214 and on that basis denies them.

215.  The allegations of paragraph 215 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 215 and on that basis denies them.

## CLAIM 26: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,554,995 BY LODGENET

216.  iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

217.  iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

218. The allegations of paragraph 218 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 218 and on that basis denies them.

219. The allegations of paragraph 219 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 219 and on that basis denies them.

220. The allegations of paragraph 220 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 220 and on that basis denies them.

221. The allegations of paragraph 221 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 221 and on that basis denies them.

## CLAIM 27 CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 6,636,894 BY LODGENET

222. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

223. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

224. The allegations of paragraph 224 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 224 and on that basis denies them.

225. The allegations of paragraph 225 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient

1   to form a belief as to the truth of the allegations of paragraph 225 and on that basis

2   deny them.

3       226. The allegations of paragraph 226 are not directed to iBAHN, and

4   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

5   to form a belief as to the truth of the allegations of paragraph 226 and on that basis

6   deny them.

7       227. The allegations of paragraph 227 are not directed to iBAHN, and

8   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

9   to form a belief as to the truth of the allegations of paragraph 227 and on that basis

10  deny them.

11          **CLAIM 28 CLAIM FOR INFRINGEMENT OF**

12          **U.S. PATENT NO. 6,868,399 BY LODGENET**

13      228. iBAHN repeats and incorporates by reference its responses to the

14  allegations in paragraphs 1 through 23.

15      229. iBAHN admits that Nomadix purports to bring this claim under the

16  patent laws of the United States.

17      230. The allegations of paragraph 230 are not directed to iBAHN, and

18  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

19  to form a belief as to the truth of the allegations of paragraph 230 and on that basis

20  deny them.

21      231. The allegations of paragraph 231 are not directed to iBAHN, and

22  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

23  to form a belief as to the truth of the allegations of paragraph 231 and on that basis

24  deny them.

25      232. The allegations of paragraph 232 are not directed to iBAHN, and

26  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

27  to form a belief as to the truth of the allegations of paragraph 232 and on that basis

28  deny them.

233. The allegations of paragraph 233 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 233 and on that basis denies them.

## VI. CLAIM AGAINST ARUBA

## CLAIM 29 CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 6,636,894 BY ARUBA

234. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

235. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

236. The allegations of paragraph 236 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 236 and on that basis denies them.

237. The allegations of paragraph 237 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 237 and on that basis denies them.

238. The allegations of paragraph 238 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 238 and on that basis denies them.

239. The allegations of paragraph 239 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 239 and on that basis denies them.

# VII. CLAIMS AGAINST SUPERCLICK
## CLAIM 30 CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,130,891 BY SUPERCLICK

240. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

241. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

242. The allegations of paragraph 242 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 242 and on that basis denies them.

243. The allegations of paragraph 243 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 243 and on that basis denies them.

244. The allegations of paragraph 244 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 244 and on that basis denies them.

245. The allegations of paragraph 245 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 245 and on that basis denies them.

246. The allegations of paragraph 246 are not directed to iBAHN, and therefore no answer is required. iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 246 and on that basis denies them.

247. The allegations of paragraph 247 are not directed to iBAHN, and

1  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
2  to form a belief as to the truth of the allegations of paragraph 247 and on that basis
3  denies them.

4  **CLAIM 31 CLAIM FOR INFRINGEMENT OF**
5  **U.S. PATENT NO. 7,088,727 BY SUPERCLICK**

6      248.  iBAHN repeats and incorporates by reference its responses to the
7  allegations in paragraphs 1 through 23.

8      249.  iBAHN admits that Nomadix purports to bring this claim under the
9  patent laws of the United States.

10      250.  The allegations of paragraph 250 are not directed to iBAHN, and
11  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
12  to form a belief as to the truth of the allegations of paragraph 250 and on that basis
13  denies them.

14      251.  The allegations of paragraph 251 are not directed to iBAHN, and
15  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
16  to form a belief as to the truth of the allegations of paragraph 251 and on that basis
17  denies them.

18      252.  The allegations of paragraph 252 are not directed to iBAHN, and
19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
20  to form a belief as to the truth of the allegations of paragraph 252 and on that basis
21  denies them.

22      253.  The allegations of paragraph 253 are not directed to iBAHN, and
23  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
24  to form a belief as to the truth of the allegations of paragraph 253 and on that basis
25  denies them.

26      254.  The allegations of paragraph 254 are not directed to iBAHN, and
27  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
28  to form a belief as to the truth of the allegations of paragraph 254 and on that basis

1    denies them.

2        255. The allegations of paragraph 255 are not directed to iBAHN, and

3    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4    to form a belief as to the truth of the allegations of paragraph 255 and on that basis

5    denies them.

6            **CLAIM 32 CLAIM FOR INFRINGEMENT OF**

7            **U.S. PATENT NO. 7,554,995 BY SUPERCLICK**

8        256. iBAHN repeats and incorporates by reference its responses to the

9    allegations in paragraphs 1 through 23.

10       257. iBAHN admits that Nomadix purports to bring this claim under the

11   patent laws of the United States.

12       258. The allegations of paragraph 258 are not directed to iBAHN, and

13   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

14   to form a belief as to the truth of the allegations of paragraph 258 and on that basis

15   denies them.

16       259. The allegations of paragraph 259 are not directed to iBAHN, and

17   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

18   to form a belief as to the truth of the allegations of paragraph 259 and on that basis

19   denies them.

20       260. The allegations of paragraph 260 are not directed to iBAHN, and

21   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22   to form a belief as to the truth of the allegations of paragraph 260 and on that basis

23   denies them.

24       261. The allegations of paragraph 261 are not directed to iBAHN, and

25   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

26   to form a belief as to the truth of the allegations of paragraph 261 and on that basis

27   denies them.

28       262. The allegations of paragraph 262 are not directed to iBAHN, and

1   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
2   to form a belief as to the truth of the allegations of paragraph 262 and on that basis
3   denies them.

4        263.  The allegations of paragraph 263 are not directed to iBAHN, and
5   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
6   to form a belief as to the truth of the allegations of paragraph 263 and on that basis
7   denies them.

8        **CLAIM 33: CLAIM FOR INFRINGEMENT OF**
9        **U.S. PATENT NO. 6,636,894 BY SUPERCLICK**

10       264.  iBAHN repeats and incorporates by reference its responses to the
11  allegations in paragraphs 1 through 23.

12       265.  iBAHN admits that Nomadix purports to bring this claim under the
13  patent laws of the United States.

14       266.  The allegations of paragraph 266 are not directed to iBAHN, and
15  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
16  to form a belief as to the truth of the allegations of paragraph 266 and on that basis
17  denies them.

18       267.  The allegations of paragraph 267 are not directed to iBAHN, and
19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
20  to form a belief as to the truth of the allegations of paragraph 267 and on that basis
21  denies them.

22       268.  The allegations of paragraph 268 are not directed to iBAHN, and
23  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
24  to form a belief as to the truth of the allegations of paragraph 268 and on that basis
25  denies them.

26       269.  The allegations of paragraph 269 are not directed to iBAHN, and
27  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
28  to form a belief as to the truth of the allegations of paragraph 269 and on that basis

1    denies them.

2        270. The allegations of paragraph 270 are not directed to iBAHN, and

3    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4    to form a belief as to the truth of the allegations of paragraph 270 and on that basis

5    denies them.

6        271. The allegations of paragraph 271 are not directed to iBAHN, and

7    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8    to form a belief as to the truth of the allegations of paragraph 271 and on that basis

9    denies them.

10    ## CLAIM 34: CLAIM FOR INFRINGEMENT OF

11    ## U.S. PATENT NO. 7,194,554 BY SUPERCLICK

12        272. iBAHN repeats and incorporates by reference its responses to the

13    allegations in paragraphs 1 through 23.

14        273. iBAHN admits that Nomadix purports to bring this claim under the

15    patent laws of the United States.

16        274. The allegations of paragraph 274 are not directed to iBAHN, and

17    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

18    to form a belief as to the truth of the allegations of paragraph 274 and on that basis

19    denies them.

20        275. The allegations of paragraph 275 are not directed to iBAHN, and

21    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22    to form a belief as to the truth of the allegations of paragraph 275 and on that basis

23    denies them.

24        276. The allegations of paragraph 276 are not directed to iBAHN, and

25    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

26    to form a belief as to the truth of the allegations of paragraph 276 and on that basis

27    denies them.

28        277. The allegations of paragraph 277 are not directed to iBAHN, and

1  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

2  to form a belief as to the truth of the allegations of paragraph 277 and on that basis

3  denies them.

4  <u>**CLAIM 35: CLAIM FOR INFRINGEMENT OF**</u>

5  <u>**U.S. PATENT NO. 6,868,399 BY SUPERCLICK**</u>

6      278.  iBAHN repeats and incorporates by reference its responses to the

7  allegations in paragraphs 1 through 23.

8      279.  iBAHN admits that Nomadix purports to bring this claim under the

9  patent laws of the United States.

10      280.  The allegations of paragraph 280 are not directed to iBAHN, and

11  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

12  to form a belief as to the truth of the allegations of paragraph 280 and on that basis

13  denies them.

14      281.  The allegations of paragraph 281 are not directed to iBAHN, and

15  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16  to form a belief as to the truth of the allegations of paragraph 281 and on that basis

17  denies them.

18      282.  The allegations of paragraph 282 are not directed to iBAHN, and

19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

20  to form a belief as to the truth of the allegations of paragraph 282 and on that basis

21  denies them.

22      283.  The allegations of paragraph 283 are not directed to iBAHN, and

23  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

24  to form a belief as to the truth of the allegations of paragraph 283 and on that basis

25  denies them.

26      284.  The allegations of paragraph 284 are not directed to iBAHN, and

27  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

28  to form a belief as to the truth of the allegations of paragraph 284 and on that basis

1   denies them.

2        285.  The allegations of paragraph 285 are not directed to iBAHN, and

3   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4   to form a belief as to the truth of the allegations of paragraph 285 and on that basis

5   denies them.

6                              **PRAYER FOR RELIEF**

7        These paragraphs set forth the statement of relief requested by the

8   Plaintiff to which no response is required.  To the extent the statement is directed to

9   iBAHN, iBAHN denies that it has infringed and/or induced or contributed to the

10  infringement of any claims of the '892, '727, '995, '894, or '399 patents.  iBAHN

11  further denies that Plaintiff is entitled to any of the relief it requests against iBAHN.

12                      **AFFIRMATIVE AND OTHER DEFENSES**

13       Subject to the responses above, iBAHN alleges and asserts the following

14  defenses in response to the allegations, undertaking the burden of proof only as to

15  those defenses deemed affirmative defenses by law, regardless of how such

16  defenses are denominated herein.  In addition to the defenses described below,

17  subject to its responses above, iBAHN reserves the right to modify, amend, and/or

18  expand upon these defenses as discovery proceeds, and to allege additional

19  defenses that become known through the course of discovery.

20                      **First Defense: Noninfringement**

21       1.   iBAHN has not and does not willfully or otherwise infringe, contribute

22  to the infringement of, or actively induce others to infringe, any claim of the '892,

23  '727, '995, '894, or '399 patents.

24                        **Second Defense: Invalidity**

25       2.   The '892, '727, '995, '894, or '399 patents are invalid for failing to

26  comply with one or more requirements of the patent laws of the United States,

27  including, but not limited to, the conditions for patentability set forth in 35 U.S.C.

28  §§ 101, 102, 103 and 112.

IBAHN CORPORATION'S ANSWER, DEFENSES, AND
COUNTERCLAIMS TO COMPLAINT
CV-09-08441-DDP (VBKx)

### Defense: Estoppel

3.   On information and belief, Plaintiff is estopped by representations or actions taken during the prosecution of the '892, '727, '995, '894, or '399 patents, which limits the literal and equivalent scope of the claims of those patents under the doctrines of prosecution disclaimer and prosecution history estoppel.

### Defense: Laches

4.   On information and belief, Plaintiff's claims are barred in whole or in part from asserting the '892, '727, '995, '894, or '399 patents against iBAHN by the doctrine of laches, or waiver, or both.

### Defense: Unclean Hands

5.   On information and belief, the claims of the '892, '727, '995, '894, or '399 patents are unenforceable due to unclean hands.

### Defense: Limitation on Damages

6.   On information and belief, Plaintiff's alleged damages are limited and/or barred under 35 U.S.C. §§ 286 and/or 287.

### Defense: 28 U.S.C. 1498

7.   To the extent that certain products accused of infringing the '892, '727, '995, '894, or '399 patents are used by and/or manufactured for the United States Government, Plaintiff's claims against iBAHN with respect to such products may not be pursued and are subject to other limitations pursuant to 28 U.S.C. § 1498.

## COUNTERCLAIMS

iBAHN asserts counterclaims against Plaintiff as follows:

## PARTIES

8.   iBAHN Corporation is an entity organized under the laws of the state of Delaware with its principal place of business at 10757 S. River Front Parkway, Suite 300, Salt Lake City, Utah 84095.

9.     According to the Complaint, Nomadix is a Delaware corporation having its principal place of business at 1100 Business Center Circle, Suite 100, Newbury Park, California 91320.

## JURISDICTION AND VENUE

10.    Subject to iBAHN's defenses and denials, iBAHN alleges that the Court has jurisdiction over the subject matter of these Counterclaims under, without limitation, 28 U.S.C. §§ 1331, 1367, 1338(a), 2201 and 2202.

11.    The Court has personal jurisdiction over Plaintiff.

12.    Venue as to these counterclaims is proper in this district because Plaintiff has submitted to this Court's jurisdiction by the filing of the Complaint in this action.

## COUNT ONE - DECLARATORY JUDGMENT OF NON-INFRINGEMENT

13.    iBAHN incorporates here the foregoing admissions, denials, and allegations.

14.    Based on the filing by Plaintiff of this suit and iBAHN's defenses, an actual controversy has arisen and now exists between the parties as to whether iBAHN infringes, contributes to the infringement of, or induces infringement of any valid claim of the '892, '727, '995, '894, or '399 patents.

15.    Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.,* iBAHN requests a declaration from the Court that iBAHN has not infringed any valid claim of the '892, '727, '995, '894, or '399 patents, either directly, contributorily, or by inducement or either literally under the doctrine of equivalents.

## COUNT TWO - DECLARATORY JUDGMENT OF INVALIDITY

16.    iBAHN incorporates here the foregoing admissions, denials, and allegations.

17.    Based on the filing by Plaintiff of this suit and iBAHN's defenses, an actual controversy has arisen and now exists between the parties as to the validity

- 41 -

1    of each of the claims of the '892, '727, '995, '894, or '399 patents.

2          18.    Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201

3    *et seq.*, iBAHN requests a declaration from the Court that each of the claims of the

4    '892, '727, '995, '894, or '399 patents are invalid for failure to comply with the

5    provisions of the patent laws, 35 U.S.C. § 100 *et seq.*, including but not limited to

6    one or more of 35 U.S.C. §§ 101, 102, 103, and/or 112.

7                              **EXCEPTIONAL CASE**

8          19.    To the extent this is an exceptional case under 35 U.S.C. § 285,

9    iBAHN is entitled to recover from Plaintiff iBAHN's attorneys' fees and costs

10   incurred in connection with this action.

11                            **RESERVATION OF RIGHTS**

12         20.    iBAHN hereby reserves its right to supplement with additional

13   defenses as discovery proceeds in this matter.

14                                  **PRAYER**

15   WHEREFORE, iBAHN prays for judgment as follows:

16         1.    A judgment that Nomadix take nothing by its Complaint, and that its

17   Complaint against iBAHN be dismissed with prejudice;

18         2.    A judgment in favor of iBAHN on all of its Counterclaims;

19         3.    A declaration that iBAHN has not infringed, either directly or

20   indirectly, any valid and enforceable claim of the '892, '727, '995, '894, or '399

21   patents;

22         4.    A declaration that the '892, '727, '995, '894, or '399 patents are

23   invalid and/or unenforceable;

24         5.    A declaration that this case is exceptional and an award to iBAHN of

25   its reasonable costs and expenses, including attorneys' fees and expert witness fees;

26         6.    Such other and further relief as the Court may deem proper.

27

28

IBAHN CORPORATION'S ANSWER, DEFENSES, AND
COUNTERCLAIMS TO COMPLAINT
CV-09-08441-DDP (VBKx)

# DEMAND FOR JURY TRIAL

iBAHN respectfully demands a jury trial of all issues triable to a jury in this action.


Dated:    February 9, 2010              Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


_Ben Hofileña_

Benjamin J. Hofileña


I. Neel Chatterjee (SBN 173985)
Fabio E. Marino (SBN 183825)
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

Robert W. Dickerson (SBN 89367)
Benjamin J. Hofileña (SBN 227117)
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

Attorneys for Defendant and Counterclaimant
IBAHN CORPORATION