John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. <br><br> CV09-08441 DDP (VBKx) <br><br> **NOMADIX, INC.'S ANSWER TO IBAHN CORPORATION'S COUNTERCLAIMS** <br><br> Honorable Dean D. Pregerson |

Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Plaintiff-Counterdefendant Nomadix, Inc. ("Nomadix") hereby answers iBAHN Corporation's ("iBAHN") Counterclaims (Docket No. 70). The numbered paragraphs of this Answer correspond to the numbered paragraphs of iBAHN's Counterclaims.

## COUNTERCLAIMS

## PARTIES

8. Upon information and belief, Nomadix admits the allegations in paragraph 8 of iBAHN's Counterclaims.

9. In response to paragraph 9 of iBAHN's Counterclaims, Nomadix admits that it is a Delaware corporation. Nomadix further admits that its Complaint states that Nomadix has a principal place of business at 1100 Business Center Circle, Suite 100, Newbury Park, California 91320. Except for these specific admissions, Nomadix denies iBAHN's allegations in paragraph 9. Nomadix has a new principal place of business at 30851 Agoura Road, Suite 102, Agoura Hills, California 91301.

## JURISDICTION AND VENUE

10. In response to paragraph 10 of iBAHN's Counterclaims, Nomadix admits that, to the extent that iBAHN has standing to bring its counterclaims, the Court has jurisdiction over the subject matter of iBAHN's counterclaims under 28 U.S.C. §§ 1331, 1367 and 1338(a). Except for this specific admission, Nomadix denies iBAHN's allegations in paragraph 10.

11. Nomadix admits the allegations in paragraph 11 of iBAHN's Counterclaims.

12. Nomadix admits the allegations in paragraph 12 of iBAHN's Counterclaims.

/ / /

/ / /

## COUNT ONE – DECLARATORY JUDGMENT OF NON-INFRINGEMENT

13. In response to paragraph 13 of iBAHN's Counterclaims, Nomadix incorporates by reference its responses to the allegations in paragraphs 8 through 12 of iBAHN's Counterclaims with the same force and effect as if fully set forth here. Nomadix denies the allegations incorporated from paragraphs 1 through 7 of iBAHN's Affirmative and Other Defenses. To the extent that iBAHN intended to incorporate the text from paragraphs 1 through 285 of its Answer or its response to Nomadix's prayer for relief, no response is required because those paragraphs do not state any allegations. To the extent that paragraphs 1 through 285 of iBAHN's Answer and iBAHN's response to Nomadix's prayer for relief state any allegations, Nomadix denies such allegations.

14. Nomadix admits the allegations in paragraph 14 of iBAHN's Counterclaims.

15. In response to paragraph 15 of iBAHN's Counterclaims, Nomadix admits that iBAHN requests a declaration from the Court that iBAHN has not infringed any valid claim of U.S. Patent Nos. 6,130,892, 7,008,727, 7,554,995, 6,636,894 or 6,868,399, but denies that iBAHN is entitled to such a declaration or any other relief. Except for this specific admission, Nomadix denies iBAHN's allegations in paragraph 15.

## COUNT TWO – DECLARATORY JUDGMENT OF INVALIDITY

16. In response to paragraph 16 of iBAHN's Counterclaims, Nomadix incorporates by reference its responses to the allegations in paragraphs 8 through 15 of iBAHN's Counterclaims with the same force and effect as if fully set forth here. Nomadix denies the allegations incorporated from paragraphs 1 through 7 of iBAHN's Affirmative and Other Defenses. To the extent that iBAHN intended to incorporate the text from paragraphs 1 through 285 of its

Answer or its response to Nomadix's prayer for relief, no response is required because those paragraphs do not state any allegations. To the extent that paragraphs 1 through 285 of iBAHN's Answer and iBAHN's response to Nomadix's prayer for relief state any allegations, Nomadix denies such allegations.

17. Nomadix admits the allegations in paragraph 17 of iBAHN's Counterclaims.

18. In response to paragraph 18 of iBAHN's Counterclaims, Nomadix admits that iBAHN requests a declaration from the Court that each of the claims of U.S. Patent Nos. 6,130,892, 7,008,727, 7,554,995, 6,636,894 or 6,868,399 are invalid, but denies that iBAHN is entitled to such a declaration or any other relief. Except for this specific admission, Nomadix denies iBAHN's allegations in paragraph 18.

## EXCEPTIONAL CASE

19. Nomadix denies the allegations in paragraph 19 of iBAHN's Counterclaims.

## RESERVATION OF RIGHTS

20. In response to paragraph 20 of iBAHN's Counterclaims, Nomadix admits that iBAHN states that it reserves its right to supplement with additional defenses as discovery proceeds in this matter. Except for this specific admission, Nomadix denies iBAHN's allegations in paragraph 20.

## PRAYER

iBAHN's prayer does not state any allegations for which a responsive pleading is required. To the extent that it does state such an allegation,

/ / /
/ / /
/ / /
/ / /

Nomadix denies that iBAHN is entitled to any relief and denies any allegations in iBAHN's prayer for which a responsive pleading is required.

                                      Respectfully submitted,

                                      KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 5, 2010       By: *s/ Douglas G. Muehlhauser*
                                      John B. Sganga, Jr.
                                      Douglas G. Muehlhauser
                                      Perry D. Oldham
                                      Mark Lezama
                                      Alan G. Laquer

                                      Attorneys for Plaintiff
                                      NOMADIX, INC.

8640373