I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
Fabio E. Marino (SBN 183825)
fmarino@orrick.com
Qudus B. Olaniran (SBN 267838)
qolaniran@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Robert W. Dickerson (SBN 89367)
rdickerson@orrick.com
Benjamin J. Hofileña (SBN 227117)
bhofilena@orrick.com
Alyssa Caridis (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

Attorneys for Defendant and Counterclaimant
IBAHN CORPORATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV-09-08441 DDP (VBKx) <br><br> **IBAHN CORPORATION'S ANSWER TO NOMADIX, INC.'S COUNTERCLAIMS** <br><br> Judge: Hon. Dean D. Pregerson |

# IBAHN CORPORATION'S ANSWER TO NOMADIX, INC.'S COUNTERCLAIMS

Defendant-Counterclaimant iBAHN Corporation ("iBAHN") hereby submits its Answer to the counterclaims of Plaintiff-Counter-defendant Nomadix, Inc. ("Nomadix") as follows:

## JURISDICTION AND VENUE

1. iBAHN admits that Nomadix purports to bring this claim under the Federal Declaratory Judgement Act, 28 U.S.C. §§ 2201 and 2202 and that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  iBAHN, however, denies the merits of the claims asserted against it.

2. For the purposes of this action, iBAHN admits that the Court has personal jurisdiction over it.

3. iBAHN admits that venue is proper in this district as to iBAHN, but denies having committed any wrongful acts upon which venue allegedly is based.

## PARTIES

4. iBAHN lacks knowledge or information sufficient to form a belief about the truth of allegations of paragraph 4.

5. iBAHN Corporation admits it is a corporation organized under the laws of the state of Delaware with its principal place of business at 10757 S. River Front Parkway, Suite 300, Salt Lake City, Utah 84095.

## FIRST CLAIM FOR RELIEF: DECLARATORY JUDGMENT OF NONINFRINGEMENT

6. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 5.

7. iBAHN admits the allegation in paragraph 7 of Nomadix' Counterclaims.

8. iBAHN admits there is an immediate, real, and justiciable controversy between iBAHN and Nomadix regarding the '754 patent. To the extent paragraph 8 contain any allegations, iBAHN denies the merits of the allegations.

9. iBAHN denies all of the allegations of the paragraph 9 of Nomadix' Counterclaims.

10. iBAHN denies all of the allegations of the paragraph 10 of Nomadix' Counterclaims.

## SECOND CLAIM FOR RELIEF:
## DECLARATORY JUDGMENT OF INVALIDITY

11. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 5 and paragraph 7.

12. iBAHN admits there is an immediate, real, and justiciable controversy between iBAHN and Nomadix regarding the '754 patent. To the extent paragraph 12 contain any allegations, iBAHN denies the merits of the allegations.

13. iBAHN denies all of the allegations of the paragraph 13 of Nomadix' Counterclaims.

14. iBAHN denies all of the allegations of the paragraph 14 of Nomadix' Counterclaims.

## PRAYER FOR RELIEF

These paragraphs set forth the statement of relief requested by Nomadix to which no response is required. To the extent the statement contain any allegations, iBAHN denies the merits of the allegations. iBAHN further denies that Nomadix is entitled to any of the relief it requests against iBAHN.

| | | |
|---|---|---|
| 1 | Dated: May 10, 2010 | Respectfully submitted, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | /s/ Qudus Olaniran |
| 5 | | Qudus B. Olaniran |

I. Neel Chatterjee (SBN 173985)
Fabio E. Marino (SBN 183825)
Qudus B. Olaniran (SBN 267838)
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

Robert W. Dickerson (SBN 89367)
Benjamin J. Hofileña (SBN 227117)
Alyssa M. Caridis (SBN 260103)
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

Attorneys for Defendant and Counterclaimant
iBAHN Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2010, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Qudus Olaniran
Qudus B. Olaniran
Attorney for Defendant and Counterclaimant
iBAHN Corporation