UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., | ) Case No. |
| Plaintiff, | ) CV 09-08441 DDP (VBKx) |
| v. | ) **SCHEDULING ORDER** |
| HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; et al, | ) |
| Defendants. | ) |

Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, must be completed prior to the discovery cut-off date. All discovery motions must be heard prior to the discovery cut-off date. Counsel are ordered to abide by the dates as set forth in the Rule 26 (f) Report.

```
     LAST DAY TO JOIN OTHER PARTIES
     AND TO AMEND THE PLEADINGS 06-21-10

     HEARING RE REDUCTION OF TERMS  09-20-10 at 11:00 a.m.

     STATUS CONFERENCE RE CLAIM CONSTRUCTION 01-13-11 at 9:00 a.m.

     FINAL PRE TRIAL CONFERENCE 01-30-12 at 11:00 a.m.

     8 DAY JURY TRIAL 02-14-12 at 9:00 a.m.
```

Dated: May 19, 2010

_____
DEAN D. PREGERSON
United States District Judge

2