1  I. Neel Chatterjee (SBN 173985)
   nchatterjee@orrick.com
2  Fabio E. Marino (SBN 183825)
   fmarino@orrick.com
3  Qudus B. Olaniran (SBN 267838)
   olaniran@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:   (650) 614-7400
6  Facsimile:    (650) 614-7401

7  Robert W. Dickerson (SBN 89367)
   rdickerson@orrick.com
8  Benjamin J. Hofileña (SBN 227117)
   bhofilena@orrick.com
9  Alyssa M. Caridis (SBN 260103)
   acaridis@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
11 Los Angeles, CA  90017
   Telephone:  213-629-2020
12 Facsimile:    213-612-2499

13 Attorneys for Defendant and Counterclaimant
   iBAHN CORPORATION
14

15          IN THE UNITED STATES DISTRICT COURT

16        FOR THE CENTRAL DISTRICT OF CALIFORNIA

17               WESTERN DIVISION

| | |
|---|---|
| 18 NOMADIX, INC., | Case No.  CV-09-08441-DDP (VBKx) |
| 19           Plaintiff, | **IBAHN CORPORATION'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |
| 20        v. | |
| 21 HEWLETT-PACKARD COMPANY et al., | **DEMAND FOR JURY TRIAL** |
| 22           Defendants. | |
| 23 | |
| 24 | Judge: Hon. Dean D. Pregerson |
| 25 | |
| 26 AND RELATED COUNTERCLAIMS | |

27

28

## IBAHN CORPORATION'S ANSWER AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

Defendant iBAHN Corporation ("iBAHN") hereby submits its Answer and defenses as to the Amended Complaint for Patent Infringement of Plaintiff Nomadix, Inc. ("Nomadix") as follows:

### JURISDICTION AND VENUE

1.      iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States and that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  iBAHN, however, denies the merits of the claims asserted against it.

2.      For the purposes of this action, iBAHN does not deny that the Court has personal jurisdiction over it.  To the extent any remaining allegations of paragraph 2 are directed to iBAHN, they are denied.  To the extent the allegations of paragraph 2 are directed to other entities, iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2.

3.      iBAHN admits that venue is proper in this district as to iBAHN, but denies having committed any wrongful acts upon which venue allegedly is based.  To the extent the allegations of paragraph 3 are directed to other entities, iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3.

### PARTIES

4.      iBAHN lacks knowledge or information sufficient to form a belief about the truth of allegations of paragraph 4.

5.      iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5.

1       6.    iBAHN lacks knowledge or information sufficient to form a belief

2   as to the truth of the allegations of paragraph 6.

3       7.    iBAHN Corporation admits it is a corporation organized under the

4   laws of the state of Delaware with its principal place of business at 10757 S. River

5   Front Parkway, Suite 300, Salt Lake City, Utah 84095.

6       8.    iBAHN lacks knowledge or information sufficient to form a belief

7   as to the truth of the allegations of paragraph 8.

8       9.    iBAHN lacks knowledge or information sufficient to form a belief

9   as to the truth of the allegations of paragraph 9.

10       10.    iBAHN lacks knowledge or information sufficient to form a belief

11   as to the truth of the allegations of paragraph 10.

12       11.    iBAHN lacks knowledge or information sufficient to form a belief

13   as to the truth of the allegations of paragraph 11.

14       12.    iBAHN lacks knowledge or information sufficient to form a belief

15   as to the truth of the allegations of paragraph 12.

16       13.    iBAHN lacks knowledge or information sufficient to form a belief

17   as to the truth of the allegations of paragraph 13.

18       14.    iBAHN lacks knowledge or information sufficient to form a belief

19   as to the truth of the allegations of paragraph 14.

20       15.    iBAHN lacks knowledge or information sufficient to form a belief

21   as to the truth of the allegations of paragraph 15.

22   **ALLEGATIONS FOR ALL CLAIMS OF RELIEF**

23       16.    iBAHN admits that on its face the United States Patent No. 6,130,892

24   ("the '892 patent") states that it issued on October 10, 2000, and that it is entitled

25   "Nomadic Translator or Router."  iBAHN further admits that what appears to be a

26   copy of the '892 patent is attached to the Complaint as Exhibit 1.  iBAHN further

27   admits that what appears to be a copy of the Notice of Intent to Issue *Ex Parte*

28   Reexamination Certificate is attached to the Complaint as Exhibit 2.  iBAHN lacks

1    knowledge or information sufficient to form a belief about the truth of the

2    remaining allegations of paragraph 16.

3         17.   iBAHN admits that on its face the United States Patent No. 7,088,727

4    ("the '727 patent") states that it issued on August 8, 2006, and that it is entitled

5    "System and Method for Establishing Network Connection with Unknown Network

6    and/or User Device."  iBAHN further admits that what appears to be a copy of the

7    '727 patent is attached to the Complaint as Exhibit 3.  iBAHN lacks knowledge or

8    information sufficient to form a belief about the truth of the remaining allegations

9    of paragraph 17.

10        18.   iBAHN admits that on its face the United States Patent No. 7,554,995

11   ("the '995 patent") states that it issued on June 30, 2009, and that it is entitled

12   "System and Method for Establishing Network Connection with Unknown Network

13   and/or User Device."  iBAHN further admits that what appears to be a copy of the

14   '995 patent is attached to the Complaint as Exhibit 4.  iBAHN lacks knowledge or

15   information sufficient to form a belief about the truth of the remaining allegations

16   of paragraph 18.

17        19.   iBAHN admits that on its face the United States Patent No. 6,636,894

18   ("the '894 patent") states that it issued on October 21, 2003, and that it is entitled

19   "Systems and Methods for Redirecting Users Having Transparent Computer Access

20   to a Network Using a Gateway Device Having Redirection Capability."  iBAHN

21   further admits that what appears to be a copy of the '894 patent is attached to the

22   Complaint as Exhibit 5.  iBAHN further admits that what appears to be a copy of

23   the *Ex Parte* Reexamination Certificate is attached to the Complaint as Exhibit 6.

24   iBAHN lacks knowledge or information sufficient to form a belief about the truth

25   of the remaining allegations of paragraph 19.

26        20.   iBAHN admits that on its face the United States Patent No. 7,194,554

27   ("the '554 patent")  states that it issued on March 20, 2007, and that it is entitled

28   "Systems and Methods for Providing Dynamic Network Authorization

IBAHN CORPORATION'S ANSWER AND DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT
CV-09-08441-DDP (VBKx)

1  Authentication and Accounting."  iBAHN further admits that what appears to be a

2  copy of the '554 patent is attached to the Complaint as Exhibit 7.  iBAHN lacks

3  knowledge or information sufficient to form a belief about the truth of the

4  remaining allegations of paragraph 20.

5       21.   iBAHN admits that on its face the United States Patent No. 6,868,399

6  ("the '399 patent") states that it issued on March 15, 2005, and that it is entitled

7  "Systems and Methods for Integrating a Network Gateway Device with

8  Management Systems."  iBAHN further admits that what appears to be a copy of

9  the '399 patent is attached to the Complaint as Exhibit 8.  iBAHN lacks knowledge

10  or information sufficient to form a belief about the truth of the remaining

11  allegations of paragraph 21 the complaint.

12       22.   iBAHN admits that on its face the United States Patent No. 6,789,110

13  ("the '110 patent") states that it issued on September 7, 2004, and that it is entitled

14  "Information and Control Console for Use with a Network Gateway Interface."

15  iBAHN further admits that what appears to be a copy of the '110 patent is attached

16  to the Complaint as Exhibit 9.  iBAHN lacks knowledge or information sufficient to

17  form a belief about the truth of the remaining allegations of paragraph 22.

18       23.   iBAHN lacks knowledge or information sufficient to form a belief

19  about the truth of allegations of paragraph 23.

20                    **I. CLAIMS AGAINST HP**

21            **CLAIM 1: CLAIM FOR INFRINGEMENT OF**

22             **U.S. PATENT NO. 6,130,892 BY HP**

23       24.   iBAHN repeats and incorporates by reference its responses to the

24  allegations in paragraphs 1 through 23.

25       25.   iBAHN admits that Nomadix purports to bring this claim under the

26  patent laws of the United States.

27       26.   The allegations of paragraph 26 are not directed to iBAHN, and

28  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

IBAHN CORPORATION'S ANSWER AND DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT
CV-09-08441-DDP (VBKx)

1    to form a belief as to the truth of the allegations of paragraph 26.

2          27.   The allegations of paragraph 27 are not directed to iBAHN, and

3    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4    to form a belief as to the truth of the allegations of paragraph 27.

5          28.   The allegations of paragraph 28 are not directed to iBAHN, and

6    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

7    to form a belief as to the truth of the allegations of paragraph 28.

8          29.   The allegations of paragraph 29 are not directed to iBAHN, and

9    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

10    to form a belief as to the truth of the allegations of paragraph 29.

11          30.   The allegations of paragraph 30 are not directed to iBAHN, and

12    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

13    to form a belief as to the truth of the allegations of paragraph 30.

14          31.   The allegations of paragraph 31 are not directed to iBAHN, and

15    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16    to form a belief as to the truth of the allegations of paragraph 31.

17          32.   The allegations of paragraph 32 are not directed to iBAHN, and

18    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

19    to form a belief as to the truth of the allegations of paragraph 32.

20          33.   The allegations of paragraph 33 are not directed to iBAHN, and

21    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22    to form a belief as to the truth of the allegations of paragraph 33.

## CLAIM 2: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,088,727 BY HP

25          34.   iBAHN repeats and incorporates by reference its responses to the

26    allegations in paragraphs 1 through 23.

27          35.   iBAHN admits that Nomadix purports to bring this claim under the

28    patent laws of the United States.

36.    The allegations of paragraph 36 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36.

37.    The allegations of paragraph 37 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37.

38.    The allegations of paragraph 38 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38.

39.    The allegations of paragraph 39 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39.

40.    The allegations of paragraph 40 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40.

41.    The allegations of paragraph 41 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41.

42.    The allegations of paragraph 42 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42.

43.    The allegations of paragraph 43 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 43.

## CLAIM 3: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,554,995 BY HP

44.    iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

45.    iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

46.    The allegations of paragraph 46 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 46.

47.    The allegations of paragraph 47 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 47.

48.    The allegations of paragraph 48 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48.

49.    The allegations of paragraph 49 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 49.

50.    The allegations of paragraph 50 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 50.

51.    The allegations of paragraph 51 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51.

52.    The allegations of paragraph 52 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52.

53.    The allegations of paragraph 53 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53.

## CLAIM 4: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY HP

IBAHN CORPORATION'S ANSWER AND DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT
CV-09-08441-DDP (VBKx)

1    54.   iBAHN repeats and incorporates by reference its responses to the
2    allegations in paragraphs 1 through 23.

3    55.   iBAHN admits that Nomadix purports to bring this claim under the
4    patent laws of the United States.

5    56.   The allegations of paragraph 56 are not directed to iBAHN, and
6    therefore no answer is required.  iBAHN lacks knowledge or information sufficient
7    to form a belief as to the truth of the allegations of paragraph 56.

8    57.   The allegations of paragraph 57 are not directed to iBAHN, and
9    therefore no answer is required.  iBAHN lacks knowledge or information sufficient
10   to form a belief as to the truth of the allegations of paragraph 57.

11   58.   The allegations of paragraph 58 are not directed to iBAHN, and
12   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
13   to form a belief as to the truth of the allegations of paragraph 58.

14   59.   The allegations of paragraph 59 are not directed to iBAHN, and
15   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
16   to form a belief as to the truth of the allegations of paragraph 59.

17   60.   The allegations of paragraph 60 are not directed to iBAHN, and
18   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
19   to form a belief as to the truth of the allegations of paragraph 60.

20   61.   The allegations of paragraph 61 are not directed to iBAHN, and
21   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
22   to form a belief as to the truth of the allegations of paragraph 61.

23   62.   The allegations of paragraph 62 are not directed to iBAHN, and
24   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
25   to form a belief as to the truth of the allegations of paragraph 62.

26   63.   The allegations of paragraph 63 are not directed to iBAHN, and
27   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
28   to form a belief as to the truth of the allegations of paragraph 63.

## CLAIM 5: CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 7,194,554 BY HP

64.   iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

65.   iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

66.   The allegations of paragraph 66 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66.

67.   The allegations of paragraph 67 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 67.

68.   The allegations of paragraph 68 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 68.

69.   The allegations of paragraph 69 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69.

70.   The allegations of paragraph 70 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 70.

71.   The allegations of paragraph 71 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 71.

## CLAIM 6: CLAIM FOR INFRINGEMENT OF

## U.S. PATENT NO. 6,868,399 BY HP

72.   iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

1      73.   iBAHN admits that Nomadix purports to bring this claim under the

2  patent laws of the United States.

3      74.   The allegations of paragraph 74 are not directed to iBAHN, and

4  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

5  to form a belief as to the truth of the allegations of paragraph 74.

6      75.   The allegations of paragraph 75 are not directed to iBAHN, and

7  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8  to form a belief as to the truth of the allegations of paragraph 75.

9      76.   The allegations of paragraph 76 are not directed to iBAHN, and

10  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

11  to form a belief as to the truth of the allegations of paragraph 76.

12      77.   The allegations of paragraph 77 are not directed to iBAHN, and

13  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

14  to form a belief as to the truth of the allegations of paragraph 77.

15      78.   The allegations of paragraph 78 are not directed to iBAHN, and

16  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

17  to form a belief as to the truth of the allegations of paragraph 78.

18      79.   The allegations of paragraph 79 are not directed to iBAHN, and

19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

20  to form a belief as to the truth of the allegations of paragraph 79.

21      80.   The allegations of paragraph 80 are not directed to iBAHN, and

22  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

23  to form a belief as to the truth of the allegations of paragraph 80.

24      81.   The allegations of paragraph 81 are not directed to iBAHN, and

25  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

26  to form a belief as to the truth of the allegations of paragraph 81.

27      **II. CLAIM AGAINST WAYPORT**

28      **CLAIM 7: CLAIM FOR INFRINGEMENT OF**

IBAHN CORPORATION'S ANSWER AND DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT
CV-09-08441-DDP (VBKx)

1

## U.S. PATENT NO. 6,130,892 BY WAYPORT

2   82.   iBAHN repeats and incorporates by reference its responses to the

3   allegations in paragraphs 1 through 23.

4   83.   iBAHN admits that Nomadix purports to bring this claim under the

5   patent laws of the United States.

6   84.   The allegations of paragraph 84 are not directed to iBAHN, and

7   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8   to form a belief as to the truth of the allegations of paragraph 84.

9   85.   The allegations of paragraph 85 are not directed to iBAHN, and

10   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

11   to form a belief as to the truth of the allegations of paragraph 85.

12   86.   The allegations of paragraph 86 are not directed to iBAHN, and

13   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

14   to form a belief as to the truth of the allegations of paragraph 86.

15   87.   The allegations of paragraph 87 are not directed to iBAHN, and

16   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

17   to form a belief as to the truth of the allegations of paragraph 87.

18   ## CLAIM 8: CLAIM FOR INFRINGEMENT OF

19   ## U.S. PATENT NO. 7,088,727 BY WAYPORT

20   88.   iBAHN repeats and incorporates by reference its responses to the

21   allegations in paragraphs 1 through 23.

22   89.   iBAHN admits that Nomadix purports to bring this claim under the

23   patent laws of the United States.

24   90.   The allegations of paragraph 90 are not directed to iBAHN, and

25   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

26   to form a belief as to the truth of the allegations of paragraph 90.

27   91.   The allegations of paragraph 91 are not directed to iBAHN, and

28   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

IBAHN CORPORATION'S ANSWER AND DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT
CV-09-08441-DDP (VBKx)

1   to form a belief as to the truth of the allegations of paragraph 91.

2          92.   The allegations of paragraph 92 are not directed to iBAHN, and

3   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4   to form a belief as to the truth of the allegations of paragraph 92.

5          93.   The allegations of paragraph 93 are not directed to iBAHN, and

6   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

7   to form a belief as to the truth of the allegations of paragraph 93.

8                    **CLAIM 9: CLAIM FOR INFRINGEMENT OF**

9                    **U.S. PATENT NO. 7,554,995 BY WAYPORT**

10         94.   iBAHN repeats and incorporates by reference its responses to the

11   allegations in paragraphs 1 through 23.

12         95.   iBAHN admits that Nomadix purports to bring this claim under the

13   patent laws of the United States.

14         96.   The allegations of paragraph 96 are not directed to iBAHN, and

15   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16   to form a belief as to the truth of the allegations of paragraph 96.

17         97.   The allegations of paragraph 97 are not directed to iBAHN, and

18   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

19   to form a belief as to the truth of the allegations of paragraph 97.

20         98.   The allegations of paragraph 98 are not directed to iBAHN, and

21   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22   to form a belief as to the truth of the allegations of paragraph 98.

23         99.   The allegations of paragraph 99 are not directed to iBAHN, and

24   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

25   to form a belief as to the truth of the allegations of paragraph 99.

26                   **CLAIM 10: CLAIM FOR INFRINGEMENT OF**

27                   **U.S. PATENT NO. 6,636,894 BY WAYPORT**

28         100.  iBAHN repeats and incorporates by reference its responses to the

1    allegations in paragraphs 1 through 23.

2        101. iBAHN admits that Nomadix purports to bring this claim under the

3    patent laws of the United States.

4        102. The allegations of paragraph 102 are not directed to iBAHN, and

5    therefore no answer is required. iBAHN lacks knowledge or information sufficient

6    to form a belief as to the truth of the allegations of paragraph 102.

7        103. The allegations of paragraph 103 are not directed to iBAHN, and

8    therefore no answer is required. iBAHN lacks knowledge or information sufficient

9    to form a belief as to the truth of the allegations of paragraph 103.

10       104. The allegations of paragraph 104 are not directed to iBAHN, and

11   therefore no answer is required. iBAHN lacks knowledge or information sufficient

12   to form a belief as to the truth of the allegations of paragraph 104.

13       105. The allegations of paragraph 105 are not directed to iBAHN, and

14   therefore no answer is required. iBAHN lacks knowledge or information sufficient

15   to form a belief as to the truth of the allegations of paragraph 105.

16              ## CLAIM 11: CLAIM FOR INFRINGEMENT OF

17              ## U.S. PATENT NO. 7,194,554 BY WAYPORT

18       106. iBAHN repeats and incorporates by reference its responses to the

19   allegations in paragraphs 1 through 23.

20       107. iBAHN admits that Nomadix purports to bring this claim under the

21   patent laws of the United States.

22       108. The allegations of paragraph 108 are not directed to iBAHN, and

23   therefore no answer is required. iBAHN lacks knowledge or information sufficient

24   to form a belief as to the truth of the allegations of paragraph 108.

25       109. The allegations of paragraph 109 are not directed to iBAHN, and

26   therefore no answer is required. iBAHN lacks knowledge or information sufficient

27   to form a belief as to the truth of the allegations of paragraph 109.

28       110. The allegations of paragraph 110 are not directed to iBAHN, and

1    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

2    to form a belief as to the truth of the allegations of paragraph 110.

3         111.  The allegations of paragraph 111 are not directed to iBAHN, and

4    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

5    to form a belief as to the truth of the allegations of paragraph 111.

6              **CLAIM 12: CLAIM FOR INFRINGEMENT OF**

7              **U.S. PATENT NO. 6,868,399 BY WAYPORT**

8         112.  iBAHN repeats and incorporates by reference its responses to the

9    allegations in paragraphs 1 through 23.

10        113.  iBAHN admits that Nomadix purports to bring this claim under the

11   patent laws of the United States.

12        114.  The allegations of paragraph 114 are not directed to iBAHN, and

13   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

14   to form a belief as to the truth of the allegations of paragraph 114.

15        115.  The allegations of paragraph 115 are not directed to iBAHN, and

16   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

17   to form a belief as to the truth of the allegations of paragraph 115.

18        116.  The allegations of paragraph 116 are not directed to iBAHN, and

19   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

20   to form a belief as to the truth of the allegations of paragraph 116.

21        117.  The allegations of paragraph 117 are not directed to iBAHN, and

22   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

23   to form a belief as to the truth of the allegations of paragraph 117.

24             **III. CLAIMS AGAINST IBAHN**

25             **CLAIM 13: CLAIM FOR INFRINGEMENT OF**

26             **U.S. PATENT NO. 6,130,892 BY IBAHN**

27        118.  iBAHN repeats and incorporates by reference its responses to the

28   allegations in paragraphs 1 through 23.

IBAHN CORPORATION'S ANSWER AND DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT
CV-09-08441-DDP (VBKx)

119. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

120. iBAHN denies all of the allegations of paragraph 120 of the complaint.

121. iBAHN admits that it received a letter from Nomadix that purports to assert infringement of the '892 patent. iBAHN denies the remaining allegations of paragraph 121 of the complaint.

122. iBAHN denies all of the allegations of paragraph 122 of the complaint.

123. iBAHN denies all of the allegations of paragraph 123 of the complaint.

124. iBAHN denies all of the allegations of paragraph 124 of the complaint.

125. iBAHN denies all of the allegations of paragraph 125 of the complaint.

## CLAIM 14: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,088,727 BY IBAHN

126. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

127. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

128. iBAHN denies all of the allegations of paragraph 128 of the complaint.

129. iBAHN admits that it received a letter from Nomadix that purports to assert infringement of the '727 patent. iBAHN denies the remaining allegations of paragraph 129 of the complaint.

130. iBAHN denies all of the allegations of paragraph 130 of the complaint.

131. iBAHN denies all of the allegations of paragraph 131 of the complaint.

132. iBAHN denies all of the allegations of paragraph 132 of the complaint.

133. iBAHN denies all of the allegations of paragraph 133 of the complaint.

## CLAIM 15: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,554,995 BY IBAHN

134. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

135. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

136. iBAHN denies all of the allegations of paragraph 136 of the complaint.

137. iBAHN admits that it received a letter from Nomadix that purports to assert infringement of the '995 patent. iBAHN denies the remaining allegations of paragraph 137 of the complaint.

138. iBAHN denies all of the allegations of paragraph 138 of the complaint.

139. iBAHN denies all of the allegations of paragraph 139 of the complaint.

140. iBAHN denies all of the allegations of paragraph 140 of the complaint.

141. iBAHN denies all of the allegations of paragraph 141 of the complaint.

## CLAIM 16: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY IBAHN

142. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

143. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

144. iBAHN denies all of the allegations of paragraph 144 of the complaint.

145. iBAHN admits that it received a letter from Nomadix that purports to assert infringement of the '894 patent. iBAHN denies the remaining allegations of paragraph 145 of the complaint.

146. iBAHN denies all of the allegations of paragraph 146 of the complaint.

147. iBAHN denies all of the allegations of paragraph 147 of the complaint.

148. iBAHN denies all of the allegations of paragraph 148 of the complaint.

149. iBAHN denies all of the allegations of paragraph 149 of the complaint.

## CLAIM 17: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,868,399 BY IBAHN

150. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

151. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

152. iBAHN denies all of the allegations of paragraph 152 of the complaint.

153. iBAHN admits that it received a letter from Nomadix that purports to assert infringement of the '399 patent.  iBAHN denies the remaining allegations of paragraph 153 of the complaint.

154. iBAHN denies all of the allegations of paragraph 154 of the complaint.

155. iBAHN denies all of the allegations of paragraph 155 of the complaint.

156. iBAHN denies all of the allegations of paragraph 156 of the complaint.

157. iBAHN denies all of the allegations of paragraph 157 of the complaint.

## IV. CLAIMS AGAINST GUEST-TEK
## CLAIM 18: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,130,892 BY GUEST-TEK

158. iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

159. iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

160. The allegations of paragraph 160 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 160.

161. The allegations of paragraph 161 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 161.

162. The allegations of paragraph 162 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 162.

163. The allegations of paragraph 163 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient

1   to form a belief as to the truth of the allegations of paragraph 163.

2       164. The allegations of paragraph 164 are not directed to iBAHN, and

3   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4   to form a belief as to the truth of the allegations of paragraph 164.

5       165. The allegations of paragraph 165 are not directed to iBAHN, and

6   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

7   to form a belief as to the truth of the allegations of paragraph 165.

8       **CLAIM 19: CLAIM FOR INFRINGEMENT OF**

9       **U.S. PATENT NO. 7,088,727 BY GUEST-TEK**

10       166. iBAHN repeats and incorporates by reference its responses to the

11   allegations in paragraphs 1 through 23.

12       167. iBAHN admits that Nomadix purports to bring this claim under the

13   patent laws of the United States.

14       168. The allegations of paragraph 168 are not directed to iBAHN, and

15   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16   to form a belief as to the truth of the allegations of paragraph 168.

17       169. The allegations of paragraph 169 are not directed to iBAHN, and

18   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

19   to form a belief as to the truth of the allegations of paragraph 169.

20       170. The allegations of paragraph 170 are not directed to iBAHN, and

21   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22   to form a belief as to the truth of the allegations of paragraph 170.

23       171. The allegations of paragraph 171 are not directed to iBAHN, and

24   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

25   to form a belief as to the truth of the allegations of paragraph 171.

26       172. The allegations of paragraph 172 are not directed to iBAHN, and

27   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

28   to form a belief as to the truth of the allegations of paragraph 172.

1    173.  The allegations of paragraph 173 are not directed to iBAHN, and

2    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

3    to form a belief as to the truth of the allegations of paragraph 173.

4                    **CLAIM 20: CLAIM FOR INFRINGEMENT OF**

5                    **U.S. PATENT NO. 7,554,995 BY GUEST-TEK**

6    174.  iBAHN repeats and incorporates by reference its responses to the

7    allegations in paragraphs 1 through 23.

8    175.  iBAHN admits that Nomadix purports to bring this claim under the

9    patent laws of the United States.

10   176.  The allegations of paragraph 176 are not directed to iBAHN, and

11   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

12   to form a belief as to the truth of the allegations of paragraph 176.

13   177.  The allegations of paragraph 177 are not directed to iBAHN, and

14   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

15   to form a belief as to the truth of the allegations of paragraph 177.

16   178.  The allegations of paragraph 178 are not directed to iBAHN, and

17   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

18   to form a belief as to the truth of the allegations of paragraph 178.

19   179.  The allegations of paragraph 179 are not directed to iBAHN, and

20   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

21   to form a belief as to the truth of the allegations of paragraph 179.

22   180.  The allegations of paragraph 180 are not directed to iBAHN, and

23   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

24   to form a belief as to the truth of the allegations of paragraph 180.

25   181.  The allegations of paragraph 181 are not directed to iBAHN, and

26   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

27   to form a belief as to the truth of the allegations of paragraph 181.

28                   **CLAIM 21: CLAIM FOR INFRINGEMENT OF**

1    **U.S. PATENT NO. 6,636,894 BY GUEST-TEK**

2        182.  iBAHN repeats and incorporates by reference its responses to the

3    allegations in paragraphs 1 through 23.

4        183.  iBAHN admits that Nomadix purports to bring this claim under the

5    patent laws of the United States.

6        184.  The allegations of paragraph 184 are not directed to iBAHN, and

7    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8    to form a belief as to the truth of the allegations of paragraph 184.

9        185.  The allegations of paragraph 185 are not directed to iBAHN, and

10   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

11   to form a belief as to the truth of the allegations of paragraph 185.

12       186.  The allegations of paragraph 186 are not directed to iBAHN, and

13   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

14   to form a belief as to the truth of the allegations of paragraph 186.

15       187.  The allegations of paragraph 187 are not directed to iBAHN, and

16   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

17   to form a belief as to the truth of the allegations of paragraph 187.

18       188.  The allegations of paragraph 188 are not directed to iBAHN, and

19   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

20   to form a belief as to the truth of the allegations of paragraph 188.

21       189.  The allegations of paragraph 189 are not directed to iBAHN, and

22   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

23   to form a belief as to the truth of the allegations of paragraph 189.

24   **CLAIM 22: CLAIM FOR INFRINGEMENT OF**

25   **U.S. PATENT NO. 6,868,399 BY GUEST-TEK**

26       190.  iBAHN repeats and incorporates by reference its responses to the

27   allegations in paragraphs 1 through 23.

28       191.  iBAHN admits that Nomadix purports to bring this claim under the

1 | patent laws of the United States.

2 |     192.  The allegations of paragraph 192 are not directed to iBAHN, and

3 | therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4 | to form a belief as to the truth of the allegations of paragraph 192.

5 |     193.  The allegations of paragraph 193 are not directed to iBAHN, and

6 | therefore no answer is required.  iBAHN lacks knowledge or information sufficient

7 | to form a belief as to the truth of the allegations of paragraph 193.

8 |     194.  The allegations of paragraph 194 are not directed to iBAHN, and

9 | therefore no answer is required.  iBAHN lacks knowledge or information sufficient

10 | to form a belief as to the truth of the allegations of paragraph 194.

11 |     195.  The allegations of paragraph 195 are not directed to iBAHN, and

12 | therefore no answer is required.  iBAHN lacks knowledge or information sufficient

13 | to form a belief as to the truth of the allegations of paragraph 195.

14 |     196.  The allegations of paragraph 196 are not directed to iBAHN, and

15 | therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16 | to form a belief as to the truth of the allegations of paragraph 196.

17 |     197.  The allegations of paragraph 197 are not directed to iBAHN, and

18 | therefore no answer is required.  iBAHN lacks knowledge or information sufficient

19 | to form a belief as to the truth of the allegations of paragraph 197.

20 | **CLAIM 23: CLAIM FOR INFRINGEMENT OF**

21 | **U.S. PATENT NO. 6,789,110 BY GUEST-TEK**

22 |     198.  iBAHN repeats and incorporates by reference its responses to the

23 | allegations in paragraphs 1 through 23.

24 |     199.  iBAHN admits that Nomadix purports to bring this claim under the

25 | patent laws of the United States.

26 |     200.  The allegations of paragraph 200 are not directed to iBAHN, and

27 | therefore no answer is required.  iBAHN lacks knowledge or information sufficient

28 | to form a belief as to the truth of the allegations of paragraph 200.

201.  The allegations of paragraph 201 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 201.

202.  The allegations of paragraph 202 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 202.

203.  The allegations of paragraph 203 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 203.

## V. CLAIMS AGAINST LODGENET

## CLAIM 24: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,130,892 BY LODGENET

204.  iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

205.  iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

206.  The allegations of paragraph 206 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 206.

207.  The allegations of paragraph 207 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 207.

208.  The allegations of paragraph 208 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 208.

209.  The allegations of paragraph 209 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 209.

## CLAIM 25: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,088,727 BY LODGENET

210.  iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

211.  iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

212.  The allegations of paragraph 212 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 212.

213.  The allegations of paragraph 213 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 213.

214.  The allegations of paragraph 214 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 214.

215.  The allegations of paragraph 215 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 215.

## CLAIM 26: CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 7,554,995 BY LODGENET

216.  iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

217.  iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

218.  The allegations of paragraph 218 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 218.

219.  The allegations of paragraph 219 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 219.

220.  The allegations of paragraph 220 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 220.

221.  The allegations of paragraph 221 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 221.

## CLAIM 27 CLAIM FOR INFRINGEMENT OF
## U.S. PATENT NO. 6,636,894 BY LODGENET

222.  iBAHN repeats and incorporates by reference its responses to the allegations in paragraphs 1 through 23.

223.  iBAHN admits that Nomadix purports to bring this claim under the patent laws of the United States.

224.  The allegations of paragraph 224 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 224.

225.  The allegations of paragraph 225 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 225.

226.  The allegations of paragraph 226 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 226.

227.  The allegations of paragraph 227 are not directed to iBAHN, and therefore no answer is required.  iBAHN lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 227.

## CLAIM 28 CLAIM FOR INFRINGEMENT OF

1

## U.S. PATENT NO. 6,868,399 BY LODGENET

2    228.  iBAHN repeats and incorporates by reference its responses to the

3  allegations in paragraphs 1 through 23.

4    229.  iBAHN admits that Nomadix purports to bring this claim under the

5  patent laws of the United States.

6    230.  The allegations of paragraph 230 are not directed to iBAHN, and

7  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8  to form a belief as to the truth of the allegations of paragraph 230.

9    231.  The allegations of paragraph 231 are not directed to iBAHN, and

10  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

11  to form a belief as to the truth of the allegations of paragraph 231.

12    232.  The allegations of paragraph 232 are not directed to iBAHN, and

13  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

14  to form a belief as to the truth of the allegations of paragraph 232.

15    233.  The allegations of paragraph 233 are not directed to iBAHN, and

16  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

17  to form a belief as to the truth of the allegations of paragraph 233.

18

## VI. CLAIM AGAINST ARUBA

19

### CLAIM 29 CLAIM FOR INFRINGEMENT OF

20

### U.S. PATENT NO. 6,636,894 BY ARUBA

21    234.  iBAHN repeats and incorporates by reference its responses to the

22  allegations in paragraphs 1 through 23.

23    235.  iBAHN admits that Nomadix purports to bring this claim under the

24  patent laws of the United States.

25    236.  The allegations of paragraph 236 are not directed to iBAHN, and

26  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

27  to form a belief as to the truth of the allegations of paragraph 236.

28    237.  The allegations of paragraph 237 are not directed to iBAHN, and

1   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
2   to form a belief as to the truth of the allegations of paragraph 237.

3       238.  The allegations of paragraph 238 are not directed to iBAHN, and
4   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
5   to form a belief as to the truth of the allegations of paragraph 238.

6       239.  The allegations of paragraph 239 are not directed to iBAHN, and
7   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
8   to form a belief as to the truth of the allegations of paragraph 239.

9       **VII. CLAIMS AGAINST SUPERCLICK**
10      **CLAIM 30 CLAIM FOR INFRINGEMENT OF**
11      **U.S. PATENT NO. 6,130,891 BY SUPERCLICK**

12      240.  iBAHN repeats and incorporates by reference its responses to the
13   allegations in paragraphs 1 through 23.

14      241.  iBAHN admits that Nomadix purports to bring this claim under the
15   patent laws of the United States.

16      242.  The allegations of paragraph 242 are not directed to iBAHN, and
17   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
18   to form a belief as to the truth of the allegations of paragraph 242.

19      243.  The allegations of paragraph 243 are not directed to iBAHN, and
20   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
21   to form a belief as to the truth of the allegations of paragraph 243.

22      244.  The allegations of paragraph 244 are not directed to iBAHN, and
23   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
24   to form a belief as to the truth of the allegations of paragraph 244.

25      245.  The allegations of paragraph 245 are not directed to iBAHN, and
26   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
27   to form a belief as to the truth of the allegations of paragraph 245.

28      246.  The allegations of paragraph 246 are not directed to iBAHN, and

1  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
2  to form a belief as to the truth of the allegations of paragraph 246.

3      247.  The allegations of paragraph 247 are not directed to iBAHN, and
4  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
5  to form a belief as to the truth of the allegations of paragraph 247.

6      **CLAIM 31 CLAIM FOR INFRINGEMENT OF**
7      **U.S. PATENT NO. 7,088,727 BY SUPERCLICK**

8      248.  iBAHN repeats and incorporates by reference its responses to the
9  allegations in paragraphs 1 through 23.

10      249.  iBAHN admits that Nomadix purports to bring this claim under the
11  patent laws of the United States.

12      250.  The allegations of paragraph 250 are not directed to iBAHN, and
13  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
14  to form a belief as to the truth of the allegations of paragraph 250.

15      251.  The allegations of paragraph 251 are not directed to iBAHN, and
16  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
17  to form a belief as to the truth of the allegations of paragraph 251.

18      252.  The allegations of paragraph 252 are not directed to iBAHN, and
19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
20  to form a belief as to the truth of the allegations of paragraph 252.

21      253.  The allegations of paragraph 253 are not directed to iBAHN, and
22  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
23  to form a belief as to the truth of the allegations of paragraph 253.

24      254.  The allegations of paragraph 254 are not directed to iBAHN, and
25  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
26  to form a belief as to the truth of the allegations of paragraph 254.

27      255.  The allegations of paragraph 255 are not directed to iBAHN, and
28  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

IBAHN CORPORATION'S ANSWER AND DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT
CV-09-08441-DDP (VBKx)

1    to form a belief as to the truth of the allegations of paragraph 255.

2                    **CLAIM 32 CLAIM FOR INFRINGEMENT OF**

3                    **U.S. PATENT NO. 7,554,995 BY SUPERCLICK**

4            256.  iBAHN repeats and incorporates by reference its responses to the

5    allegations in paragraphs 1 through 23.

6            257.  iBAHN admits that Nomadix purports to bring this claim under the

7    patent laws of the United States.

8            258.  The allegations of paragraph 258 are not directed to iBAHN, and

9    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

10   to form a belief as to the truth of the allegations of paragraph 258.

11           259.  The allegations of paragraph 259 are not directed to iBAHN, and

12   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

13   to form a belief as to the truth of the allegations of paragraph 259.

14           260.  The allegations of paragraph 260 are not directed to iBAHN, and

15   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

16   to form a belief as to the truth of the allegations of paragraph 260.

17           261.  The allegations of paragraph 261 are not directed to iBAHN, and

18   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

19   to form a belief as to the truth of the allegations of paragraph 261.

20           262.  The allegations of paragraph 262 are not directed to iBAHN, and

21   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

22   to form a belief as to the truth of the allegations of paragraph 262.

23           263.  The allegations of paragraph 263 are not directed to iBAHN, and

24   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

25   to form a belief as to the truth of the allegations of paragraph 263.

26                    **CLAIM 33: CLAIM FOR INFRINGEMENT OF**

27                    **U.S. PATENT NO. 6,636,894 BY SUPERCLICK**

28           264.  iBAHN repeats and incorporates by reference its responses to the

1    allegations in paragraphs 1 through 23.

2        265.  iBAHN admits that Nomadix purports to bring this claim under the

3    patent laws of the United States.

4        266.  The allegations of paragraph 266 are not directed to iBAHN, and

5    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

6    to form a belief as to the truth of the allegations of paragraph 266.

7        267.  The allegations of paragraph 267 are not directed to iBAHN, and

8    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

9    to form a belief as to the truth of the allegations of paragraph 267.

10       268.  The allegations of paragraph 268 are not directed to iBAHN, and

11   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

12   to form a belief as to the truth of the allegations of paragraph 268.

13       269.  The allegations of paragraph 269 are not directed to iBAHN, and

14   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

15   to form a belief as to the truth of the allegations of paragraph 269.

16       270.  The allegations of paragraph 270 are not directed to iBAHN, and

17   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

18   to form a belief as to the truth of the allegations of paragraph 270.

19       271.  The allegations of paragraph 271 are not directed to iBAHN, and

20   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

21   to form a belief as to the truth of the allegations of paragraph 271.

22           **CLAIM 34: CLAIM FOR INFRINGEMENT OF**

23           **U.S. PATENT NO. 7,194,554 BY SUPERCLICK**

24       272.  iBAHN repeats and incorporates by reference its responses to the

25   allegations in paragraphs 1 through 23.

26       273.  iBAHN admits that Nomadix purports to bring this claim under the

27   patent laws of the United States.

28       274.  The allegations of paragraph 274 are not directed to iBAHN, and

- 30 -

1   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
2   to form a belief as to the truth of the allegations of paragraph 274.

3        275.  The allegations of paragraph 275 are not directed to iBAHN, and
4   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
5   to form a belief as to the truth of the allegations of paragraph 275.

6        276.  The allegations of paragraph 276 are not directed to iBAHN, and
7   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
8   to form a belief as to the truth of the allegations of paragraph 276.

9        277.  The allegations of paragraph 277 are not directed to iBAHN, and
10  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
11  to form a belief as to the truth of the allegations of paragraph 277.

12               **CLAIM 35: CLAIM FOR INFRINGEMENT OF**
13              **U.S. PATENT NO. 6,868,399 BY SUPERCLICK**

14       278.  iBAHN repeats and incorporates by reference its responses to the
15  allegations in paragraphs 1 through 23.

16       279.  iBAHN admits that Nomadix purports to bring this claim under the
17  patent laws of the United States.

18       280.  The allegations of paragraph 280 are not directed to iBAHN, and
19  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
20  to form a belief as to the truth of the allegations of paragraph 280.

21       281.  The allegations of paragraph 281 are not directed to iBAHN, and
22  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
23  to form a belief as to the truth of the allegations of paragraph 281.

24       282.  The allegations of paragraph 282 are not directed to iBAHN, and
25  therefore no answer is required.  iBAHN lacks knowledge or information sufficient
26  to form a belief as to the truth of the allegations of paragraph 282.

27       283.  The allegations of paragraph 283 are not directed to iBAHN, and
28  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

1    to form a belief as to the truth of the allegations of paragraph 283.

2          284.  The allegations of paragraph 284 are not directed to iBAHN, and

3    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4    to form a belief as to the truth of the allegations of paragraph 284.

5          285.  The allegations of paragraph 285 are not directed to iBAHN, and

6    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

7    to form a belief as to the truth of the allegations of paragraph 285.

8              **VIII. INFRINGEMENT OF U.S. PATENT NO. 7,689,716**

9                  **ALLEGATIONS COMMON TO CLAIMS**

10         286.  iBAHN admits that on its face the United States Patent No. 7,689,716

11   ("the '716 patent") states that it issued on March 30, 2010, and that it is entitled

12   "Systems and Methods for Providing Dynamic Network Authorization,

13   Authentication and Accounting." iBAHN further admits that what appears to be a

14   copy of the '716 patent is attached to the Amended Complaint as Exhibit 10.

15   iBAHN lacks knowledge or information sufficient to form a belief about the truth

16   of the remaining allegations of paragraph 286.

17         287.  iBAHN lacks knowledge or information sufficient to form a belief

18   about the truth of allegations of paragraph 287.

19              **CLAIM 36: CLAIM FOR INFRINGEMENT OF**

20              **U.S. PATENT NO. 7,689,716 BY WAYPORT**

21         288.  iBAHN repeats and incorporates by reference its responses to the

22   allegations in paragraphs 1 through 23, 286, and 287.

23         289.  iBAHN admits that Nomadix purports to bring this claim under the

24   patent laws of the United States.

25         290.  The allegations of paragraph 290 are not directed to iBAHN, and

26   therefore no answer is required.  iBAHN lacks knowledge or information sufficient

27   to form a belief as to the truth of the allegations of paragraph 290.

28         291.  The allegations of paragraph 291 are not directed to iBAHN, and

1  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

2  to form a belief as to the truth of the allegations of paragraph 291.

3  292.  The allegations of paragraph 292 are not directed to iBAHN, and

4  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

5  to form a belief as to the truth of the allegations of paragraph 292.

6  293.  The allegations of paragraph 293 are not directed to iBAHN, and

7  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

8  to form a belief as to the truth of the allegations of paragraph 293.

9  **CLAIM 37: CLAIM FOR INFRINGEMENT OF**

10  **U.S. PATENT NO. 7,689,716 BY IBAHN**

11  294.  iBAHN repeats and incorporates by reference its responses to the

12  allegations in paragraphs 1 through 23, 286, and 287.

13  295.  iBAHN admits that Nomadix purports to bring this claim under the

14  patent laws of the United States.

15  296.  iBAHN denies all of the allegations of paragraph 296 of the complaint.

16  297.  iBAHN denies all of the allegations of paragraph 297 of the complaint.

17  298.  iBAHN denies all of the allegations of paragraph 298 of the complaint.

18  299.  iBAHN denies all of the allegations of paragraph 299 of the complaint.

19  **CLAIM 38: CLAIM FOR INFRINGEMENT OF**

20  **U.S. PATENT NO. 7,689,716 BY GUEST-TEK**

21  300.  iBAHN repeats and incorporates by reference its responses to the

22  allegations in paragraphs 1 through 23, 286, and 287.

23  301.  iBAHN admits that Nomadix purports to bring this claim under the

24  patent laws of the United States.

25  302.  The allegations of paragraph 302 are not directed to iBAHN, and

26  therefore no answer is required.  iBAHN lacks knowledge or information sufficient

27  to form a belief as to the truth of the allegations of paragraph 302.

28  303.  The allegations of paragraph 303 are not directed to iBAHN, and

1    therefore no answer is required.  iBAHN lacks knowledge or information sufficient
2    to form a belief as to the truth of the allegations of paragraph 303.

3        304.  The allegations of paragraph 304 are not directed to iBAHN, and
4    therefore no answer is required.  iBAHN lacks knowledge or information sufficient
5    to form a belief as to the truth of the allegations of paragraph 304.

6        305.  The allegations of paragraph 305 are not directed to iBAHN, and
7    therefore no answer is required.  iBAHN lacks knowledge or information sufficient
8    to form a belief as to the truth of the allegations of paragraph 305.

9    **CLAIM 39: CLAIM FOR INFRINGEMENT OF**
10   **U.S. PATENT NO. 7,689,716 BY LODGENET INTERACTIVE**
11   **CORPORATION**

12       306.  iBAHN repeats and incorporates by reference its responses to the
13   allegations in paragraphs 1 through 23, 286, and 287.

14       307.  iBAHN admits that Nomadix purports to bring this claim under the
15   patent laws of the United States.

16       308.  The allegations of paragraph 308 are not directed to iBAHN, and
17   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
18   to form a belief as to the truth of the allegations of paragraph 308.

19       309.  The allegations of paragraph 309 are not directed to iBAHN, and
20   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
21   to form a belief as to the truth of the allegations of paragraph 309.

22       310.  The allegations of paragraph 310 are not directed to iBAHN, and
23   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
24   to form a belief as to the truth of the allegations of paragraph 310.

25       311.  The allegations of paragraph 311 are not directed to iBAHN, and
26   therefore no answer is required.  iBAHN lacks knowledge or information sufficient
27   to form a belief as to the truth of the allegations of paragraph 311.

28   **CLAIM 40: CLAIM FOR INFRINGEMENT OF**

1

### U.S. PATENT NO. 7,689,716 BY ON COMMAND CORPORATION

2
3

312.  iBAHN repeats and incorporates by reference its responses to the
allegations in paragraphs 1 through 23, 286, and 287.

4
5

313.  iBAHN admits that Nomadix purports to bring this claim under the
patent laws of the United States.

6
7
8

314.  The allegations of paragraph 314 are not directed to iBAHN, and
therefore no answer is required.  iBAHN lacks knowledge or information sufficient
to form a belief as to the truth of the allegations of paragraph 314.

9
10
11

315.  The allegations of paragraph 315 are not directed to iBAHN, and
therefore no answer is required.  iBAHN lacks knowledge or information sufficient
to form a belief as to the truth of the allegations of paragraph 315.

12
13
14

316.  The allegations of paragraph 316 are not directed to iBAHN, and
therefore no answer is required.  iBAHN lacks knowledge or information sufficient
to form a belief as to the truth of the allegations of paragraph 316.

15
16
17

317.  The allegations of paragraph 317 are not directed to iBAHN, and
therefore no answer is required.  iBAHN lacks knowledge or information sufficient
to form a belief as to the truth of the allegations of paragraph 317.

18
19

### CLAIM 41: CLAIM FOR INFRINGEMENT OF
### U.S. PATENT NO. 7,689,716 BY SUPERCLICK

20
21

318.  iBAHN repeats and incorporates by reference its responses to the
allegations in paragraphs 1 through 23, 286, and 287.

22
23

319.  iBAHN admits that Nomadix purports to bring this claim under the
patent laws of the United States.

24
25
26

320.  The allegations of paragraph 320 are not directed to iBAHN, and
therefore no answer is required.  iBAHN lacks knowledge or information sufficient
to form a belief as to the truth of the allegations of paragraph 320.

27
28

321.  The allegations of paragraph 321 are not directed to iBAHN, and
therefore no answer is required.  iBAHN lacks knowledge or information sufficient

1    to form a belief as to the truth of the allegations of paragraph 321.

2            322.  The allegations of paragraph 322 are not directed to iBAHN, and

3    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

4    to form a belief as to the truth of the allegations of paragraph 322.

5            323.  The allegations of paragraph 323 are not directed to iBAHN, and

6    therefore no answer is required.  iBAHN lacks knowledge or information sufficient

7    to form a belief as to the truth of the allegations of paragraph 323.

8                          **PRAYER FOR RELIEF**

9            These paragraphs set forth the statement of relief requested by the

10   Plaintiff to which no response is required.  To the extent the statement is directed to

11   iBAHN, iBAHN denies that it has infringed and/or induced or contributed to the

12   infringement of any claims of the '892, '727, '995, '894, '399, or '716 patents.

13   iBAHN further denies that Plaintiff is entitled to any of the relief it requests against

14   iBAHN.

15                          **EXCEPTIONAL CASE**

16           To the extent this is an exceptional case under 35 U.S.C. § 285,

17   iBAHN is entitled to recover from Plaintiff iBAHN's attorneys' fees and costs

18   incurred in connection with this action.

19               **AFFIRMATIVE AND OTHER DEFENSES**

20           Subject to the responses above, iBAHN alleges and asserts the following

21   defenses in response to the allegations, undertaking the burden of proof only as to

22   those defenses deemed affirmative defenses by law, regardless of how such

23   defenses are denominated herein.  In addition to the defenses described below,

24   subject to its responses above, iBAHN reserves the right to modify, amend, and/or

25   expand upon these defenses as discovery proceeds, and to allege additional

26   defenses that become known through the course of discovery.

27                   **First Defense: Noninfringement**

28           1.    iBAHN has not and does not willfully or otherwise infringe, contribute

IBAHN CORPORATION'S ANSWER AND DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT
CV-09-08441-DDP (VBKx)

1   to the infringement of, or actively induce others to infringe, any claim of the '892,

2   '727, '995, '894, '399, or '716 patents.

3                           **Second Defense: Invalidity**

4          2.      The '892, '727, '995, '894, '399, or '716 patents are invalid for failing

5   to comply with one or more requirements of the patent laws of the United States,

6   including, but not limited to, the conditions for patentability set forth in 35 U.S.C.

7   §§ 101, 102, 103 and 112.

8                             **Defense: Estoppel**

9          3.      On information and belief, Plaintiff is estopped by representations or

10  actions taken during the prosecution of the '892, '727, '995, '894, '399, or '716

11  patents, which limits the literal and equivalent scope of the claims of those patents

12  under the doctrines of prosecution disclaimer and prosecution history estoppel.

13                            **Defense: Laches**

14         4.      On information and belief, Plaintiff's claims are barred in whole or in

15  part from asserting the '892, '727, '995, '894, '399, or '716 patents against iBAHN

16  by the doctrine of laches, or waiver, or both.

17                          **Defense: Unclean Hands**

18         5.      On information and belief, the claims of the '892, '727, '995, '894,

19  '399, or '716 patents are unenforceable due to unclean hands.

20                      **Defense: Limitation on Damages**

21         6.      On information and belief, Plaintiff's alleged damages are limited

22  and/or barred under 35 U.S.C. §§ 286 and/or 287.

23                        **Defense: 28 U.S.C. 1498**

24         7.      To the extent that certain products accused of infringing the '892,

25  '727, '995, '894, '399, or '716 patents are used by and/or manufactured for the

26  United States Government, Plaintiff's claims against iBAHN with respect to such

27  products may not be pursued and are subject to other limitations pursuant to 28

28  U.S.C. § 1498.

1

2
Dated:      June 7, 2010                       Respectfully submitted,

3                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

4

5                                                      /s/ *Qudus B. Olaniran*
                                                      Qudus B. Olaniran

6

7                                              I. Neel Chatterjee (SBN 173985)
                                               Fabio E. Marino (SBN 183825)
8                                              Qudus B. Olaniran (SBN 267838)
                                               1000 Marsh Road
9                                              Menlo Park, CA  94025
                                               Telephone:   (650) 614-7400
10                                             Facsimile:    (650) 614-7401

11                                             Robert W. Dickerson (SBN 89367)
                                               Benjamin J. Hofileña (SBN 227117)
12                                             Alyssa M. Caridis (SBN 260103)
                                               777 South Figueroa Street, Suite 3200
13                                             Los Angeles, CA  90017
                                               Telephone:  213-629-2020
14                                             Facsimile:   213-612-2499

15                                             Attorneys for Defendant and Counterclaimant
                                                    IBAHN CORPORATION

16

17

18

19

20

21

22

23

24

25

26

27

28

IBAHN CORPORATION'S ANSWER AND DEFENSES
                                               TO PLAINTIFF'S AMENDED COMPLAINT
                                               CV-09-08441-DDP (VBKx)

1

## **DEMAND FOR JURY TRIAL**

2          Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant

3   and Counterclaimant iBAHN Corporation hereby demands a trial by jury on all

4   issues so triable.

Dated:     June 7, 2010                    Respectfully submitted,

5
                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
6

7
                                                 /s/ *Qudus B. Olaniran*
8                                                Qudus B. Olaniran

9
                                           I. Neel Chatterjee (SBN 173985)
10                                          Fabio E. Marino (SBN 183825)
                                           Qudus B. Olaniran (SBN 267838)
11                                          1000 Marsh Road
                                           Menlo Park, CA  94025
12                                          Telephone:   (650) 614-7400
                                           Facsimile:    (650) 614-7401
13
                                           Robert W. Dickerson (SBN 89367)
14                                          Benjamin J. Hofileña (SBN 227117)
                                           Alyssa M. Caridis (SBN 260103)
15                                          777 South Figueroa Street, Suite 3200
                                           Los Angeles, CA  90017
16                                          Telephone:   213-629-2020
                                           Facsimile:    213-612-2499
17
                                           Attorneys for Defendant and Counterclaimant
18                                             IBAHN CORPORATION

19

20

21

22

23

24

25

26

27

28