John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Civil Action No. |
| Plaintiff, | CV09-08441 DDP (VBKx) |
| v. | **JOINT CLAIM CONSTRUCTION STATEMENT** |
| HEWLETT-PACKARD COMPANY et al., | |
| Defendants. | Honorable Dean D. Pregerson |
| AND RELATED COUNTERCLAIMS | |

In compliance with the Court's May 19, 2010 Scheduling Order (Docket No. 140) and the parties' joint Rule 26(f) report (Docket No. 130), the parties hereby submit their joint claim construction statement ("JCCS"). The Scheduling Order and Rule 26(f) report together specify that a modified version of Northern District of California Patent Local Rule 4-3 governs the content of the JCCS.

Plaintiff Nomadix, Inc. has asserted the following patents: U.S. Patent Nos. 6,130,892 ("the '892 patent"), 7,088,727 ("the '727 patent"), 7,554,995 ("the '995 patent"), 6,636,894 ("the '894 patent"), 7,194,554 ("the '554 patent"), 6,868,399 ("the '399 patent"), 6,789,110 ("the '110 patent") and 7,689,716 ("the '716 patent"). Defendant iBAHN Corporation has asserted the following patents: U.S. Patent Nos. 6,934,754 ("the '754 patent"), 6,996,073 ("the '073 patent") and 7,580,376 ("the '376 patent").

A. **Overview Of The JCCS (Patent L.R. 4-3(a)–(b))**[1]

The JCCS is structured as follows:

- Part A: Patents Asserted By Nomadix
    - o Exhibit 1: The '892 Patent
    - o Exhibit 2: The '727 Patent
    - o Exhibit 3: The '995 Patent
    - o Exhibit 4: The '894 Patent
    - o Exhibit 5: The '554 Patent
    - o Exhibit 6: The '399 Patent
    - o Exhibit 7: The '110 Patent
    - o Exhibit 8: The '716 Patent
- Part B: Patents Asserted By iBAHN

---

[1] For each Defendant, its proposed constructions are for the terms in claims asserted against that Defendant. Each Defendant reserves the right to propose different constructions than those contained here should Nomadix assert additional claims against that Defendant.

- o  Exhibit 9: The '754 Patent
- o  Exhibit 10: The '073 Patent
- o  Exhibit 11: The '376 Patent

Each exhibit has the following structure:

- Terms whose constructions the parties agree on (N.D. Cal. Patent L.R. 4-3(a))
- Terms whose constructions the parties dispute (N.D. Cal. Patent L.R. 4-3(b))
- Identification of evidence supporting proposed constructions of disputed terms (N.D. Cal. Patent L.R. 4-3(b))

**B.    Identification Of Significant Terms (Patent Local Rule 4-3(c))**

Northern District of California Patent Local Rule 4-3(c) requires "an identification of the terms whose construction will be most significant to the resolution of the case up to a maximum of 10."  However, the parties' Rule 26(f) report modified Patent L.R. 4-3(c) to require the "identification of up to a maximum of 10 terms *per asserted patent* whose construction will be most significant to the resolution of the case."

The parties agree that construction of the following terms will be significant to resolution of the case:

Patents Asserted By Nomadix

'892 patent:

(1)    "home network"

(2)    "foreign network"

(3)    "intercepting packets" / "intercepting packets transmitted from the user device which would otherwise be dropped by devices on the foreign network"

'727 patent: the parties do not agree on which terms' construction will be most significant.

'995 patent

    (1)    "a foreign gateway"

'894 patent: the parties do not agree on which terms' construction will be most significant.

'554 patent: the parties do not agree on which terms' construction will be most significant.

'399 patent:

    (1)    "absent additional agents implemented by the computer" / "absent additional agents implemented by a user's computer"

    (2)    "call accounting record format"

    (3)    "a call accounting record"

'110 patent: the parties do not agree on which terms' construction will be most significant.

'716 patent:  the parties do not agree on which terms' construction will be most significant.


Patents Asserted By iBAHN

'754 patent:

    (1)    "network access node"

    (2)    "associating a first one of the globally unique IP addresses with the first network address for conducting an Internet transaction"

    (3)    "an Internet transaction"

'073 patent:

    (1)    "network access node"

    (2)    "restricting access to the conference services to the selected users"

'376 patent:

    (1)    "network access node"

    (2)    "restricting access to the content to the selected users" / "restrict

1    access to the content to the selected users"

2    Nomadix additionally believes that construction of the following terms

3    will be significant to resolution of the case:

4    Patents Asserted By Nomadix

5    '727 patent:

6    (1)    "intercepting data"

7    (2)    "intercepting an Address Resolution Protocol (ARP) message"

8    (3)    "intercepting user device messages"

9    '894 patent:

10    (1)    "browser redirect message"

11    (2)    "intercepting, at the gateway device, the browser redirect message"

12    / "intercepts the browser redirect message"

13    '554 patent:

14    (1)    "packet translation learned during a self configuration"

15    '399 patent:

16    (1)    "agent"

17    '716 patent:

18    (1)    "network-location-specific information"

19

20    Patents Asserted By iBAHN

21    '754 patent:

22    (1)    "associated therewith"

23    '073 patent:

24    (1)    "associated therewith"

25    '376 patent:

26    (1)    "associated therewith"

27    / / /

28    / / /

-4-

1    The defendants additionally believe that construction of the following
2    disputed terms will be significant to resolution of the case:
3    Patents Asserted By Nomadix
4    '727 patent:
5        (1)   Utilizing private IP addresses for a user device having an
6              incompatible private IP address
7        (2)   user device having an incompatible private IP address
8        (3)   Connecting a translator to the network to perform the steps of
9              intercepting the data transmitted
10       (4)   First network
11       (5)   Incorrectly configured messages
12   '995 patent:
13       (1)   user host device is configured to communicate through a home
14             gateway by using an IP address of the home gateway
15       (2)   home gateway
16   '894 patent:
17       (1)   modified browser redirect message
18       (2)   user profile database
19       (3)   administrator
20       (4)   The method of claim 2, wherein the step of directing the computer
21             to the stored original destination address occurs after a
22             predetermined length of time.
23   '554 patent:
24       (1)   determines the access rights of the source, wherein access rights
25             define the rights of the source to access destination sites via the
26             network / determining the access rights of the source based upon
27             the identification of the source, wherein the access rights define the
28             rights of the source to access destination sites via the network

(2)      access information

(3)      a source profile database in communication with the gateway device and located external to the gateway device / a source profile located external to the gateway device

(4)      directing the source to a redirection site when the source profile is not located within the source profile database

(5)      updating the source profile database when a new source accesses the network

'399 patent:

(1)      a management system connected to said network gateway device

(2)      data representative of the user's access to the computer network

(3)      physical location

(4)      collecting data corresponding to the user's access to said computer network, including a physical location of the user and the user's network usage, in said network gateway device

(5)      usage of the computer network / user's network usage

(6)      predetermined protocol

(7)      predetermined data formats

'110 patent:

(1)      repeatedly

(2)      periodically

'716 patent:

(1)      external network location

(2)      network location of the user host device

(3)      network-packet-translation module

/ / /

/ / /

/ / /

1        iBAHN additionally believes that construction of the following disputed

2   terms will be significant to resolution of the case:

3   Patents Asserted By iBAHN

4   '754 patent

5        (1)    provide[-ing]

6   '073 patent

7        (1)    provide[-ing]

8        (2)    conference

9   '376 patent

10       (1)    provide[-ing]

11       (2)    conference

12  **C.**    **<u>Claim Construction Hearing (Patent L.R. 4-3(d)–(e))</u>**

13       Nomadix anticipates that the parties will need approximately 1–2 hours

14  for the claim construction hearing.

15       The defendants anticipate that the parties will need approximately 6 hours

16  for the claim construction hearing.

17       The parties do not propose to call any witnesses at the claim construction

18  hearing.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**D.    Preamble Terms**

Notwithstanding their respective proposed constructions, the parties reserve all rights to argue that any preamble terms are not limiting.


                                    Respectfully submitted,

                                    KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated: September 13, 2010    By: /s/ Douglas G. Muehlhauser
                                    John B. Sganga, Jr.
                                    Douglas G. Muehlhauser
                                    Perry D. Oldham
                                    Mark Lezama
                                    Alan G. Laquer

                                    Attorneys for Plaintiff
                                    NOMADIX, INC.


                                    COVINGTON & BURLING LLP


Dated: September 13, 2010    By: /s/ Michael Plimack (with permission)
                                    Michael K. Plimack
                                    Robert T. Haslam
                                    Michael P. Wickey

                                    Attorneys for Defendant
                                    HEWLETT-PACKARD COMPANY

/ / /

/ / /

/ / /

/ / /

/ / /

-8-

1

SIDLEY AUSTIN LLP

2

3    Dated: September 13, 2010      By: /s/ Benedict F. Frey (with permission)

4                                         David T. Pritikin
                                          Hugh A. Abrams
5                                         Lisa A. Schneider
                                          Benedict F. Frey
6                                         Paul D. Tripodi II
                                          Olivia M. Kim
7

8
                                          Attorneys for Defendant
9                                         WAYPORT, INC.

10

11
                                   ORRICK, HERRINGTON & SUTCLIFFE LLP
12

13
     Dated: September 13, 2010      By: /s/ Fabio Marino (with permission)
14                                        I. Neel Chatterjee
                                          Fabio Marino
15                                        Qudus Olaniran
                                          Robert W. Dickerson
16                                        Benjamin J. Hofileña
                                          Alyssa M. Caridis
17

18
                                          Attorneys for Defendant
19                                        iBAHN CORPORATION

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

-9-

WOODCOCK WASHBURN LLP

Dated: September 13, 2010  By: /s/ Henrik D. Parker (with permission)
Dale M. Heist
Henrik D. Parker
Michael Swope

Attorneys for Defendants
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.,
GUEST-TEK INTERACTIVE
ENTERTAINMENT, INC. and
ON COMMAND CORPORATION

LEONARD, STREET AND DEINARD, PROFESSIONAL ASSOCIATION

Dated: September 13, 2010  By: /s/ Erik Drange (with permission)
Michael G. Taylor
Kevin D. Conneely
Gabriel K. Holloway
Erik M. Drange

Attorneys for Defendants
LODGENET INTERACTIVE
CORPORATION,
LODGENET STAYONLINE, INC., and
ON COMMAND CORPORATION

WEIL, GOTSHAL & MANGES LLP

Dated: September 13, 2010  By: /s/ Paul E. Torchia (with permission)
Nicholas Groombridge
Paul E. Torchia
Etai Lahav

Attorneys for Defendant
ARUBA NETWORKS, INC.

-10-

1

FENWICK & WEST LLP

2

3   Dated: September 13, 2010      By: /s/ Michael J. Sacksteder (with permission)

4                                      Michael J. Sacksteder
                                       Darryl M. Woo
5                                      David M. Lacy Kusters

6                                      Attorneys for Defendants
7                                      SUPERCLICK, INC. and
                                       SUPERCLICK NETWORKS, INC.
8

9
    9649865
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28