John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. <br><br> CV09-08441 DDP (VBKx) <br><br> **ORDER RE: DECEMBER 6, 2010 STATUS CONFERENCE** <br><br> Honorable Dean D. Pregerson |

The Court sets dates for the following items discussed at the December 6, 2010 status conference:

- The parties shall reduce the number of disputed claim terms they have identified for initial construction.  Plaintiff Nomadix, Inc. may identify up to seven disputed claim terms from the patents it has asserted and up to five disputed claim terms from the patents that defendant-counterclaimant iBAHN Corporation has asserted.  The eight groups of defendants (including SolutionInc Technologies Ltd.) may each identify up to two disputed claim terms from the patents Nomadix has asserted, for a total of sixteen disputed claim terms.  In addition, iBAHN may identify up to three disputed claim terms from the patents it has asserted.
- Nomadix and iBAHN shall make a good faith effort to reduce the number of patent claims they have each asserted by April 6, 2010.
- The parties will conduct a technology tutorial for the Court on May 12, 2011 at 9:00 a.m., with plaintiff being allocated up to 3 hours and the defendants also being allocated up to 3 hours.  In presenting their respective portions of the tutorial, the parties shall be objective and neutral and shall refrain from advocacy.  In particular, the parties shall refrain from advocating their claim construction positions.
- The Court will hold a claim construction hearing on May 19, 2011 at 9:00 a.m.
- A complete proposed schedule will be submitted by the parties no later than January 14, 2011.

In addition, the two matters *Nomadix, Inc. v. Hewlett-Packard Co. et al.*, No. CV09-08441 DDP (VBKx) and *Nomadix, Inc. v. SolutionInc Technologies Limited*, No. CV10-00381 DDP (VBKx) are consolidated for all purposes

-1-

1  through trial.  The present order is without prejudice to the parties' ability to
2  request separate trials.

**IT IS SO ORDERED.**

Dated: December 14, 2010

Honorable Dean D. Pregerson