John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

[FOR A COMPLETE LISTING OF DEFENDANTS' COUNSEL REFER TO SIGNATURE PAGE]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. <br><br> CV09-08441 DDP (VBKx) <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** <br><br> Honorable Dean D. Pregerson |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Nomadix, Inc. ("Nomadix") and defendants LodgeNet Interactive Corporation ("LodgeNet"), LodgeNet StayOnline, Inc. ("StayOnline") and On Command Corporation ("On Command") hereby stipulate to the immediate dismissal, with prejudice, of

(1) all of Nomadix's claims against LodgeNet,

(2) all of Nomadix's claims against StayOnline and

(3) all of Nomadix's claims against On Command,

with each party to bear its own costs. LodgeNet, StayOnline and On Command have not filed any claims against Nomadix in this action.

The parties respectfully request entry of the proposed order they have submitted.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 13, 2011         By: /s/ *Douglas G. Muehlhauser*
    John B. Sganga, Jr.
    Douglas G. Muehlhauser
    Perry D. Oldham
    Mark Lezama
    Alan G. Laquer

    Attorneys for Plaintiff
    NOMADIX, INC.

LEONARD, STREET AND DEINARD, PROFESSIONAL ASSOCIATION

Dated: January 13, 2011         By: /s/ *Erik M. Drange* (with permission)
    Michael G. Taylor
    Kevin D. Conneely
    Gabriel K. Holloway
    Erik M. Drange

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Defendants
LODGENET INTERACTIVE CORPORATION,
LODGENET STAYONLINE, INC., and
ON COMMAND CORPORATION

10252043

-2-