John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. <br><br> CV09-08441 DDP (VBKx) <br><br> **[PROPOSED] AMENDED SCHEDULING ORDER** <br><br> Honorable Dean D. Pregerson |

The parties have largely agreed on a proposed schedule except for discovery cut-off dates. The parties' alternate proposals are highlighted in yellow in the table below.

A. **Nomadix's Proposal**

The parties both propose that expert reports be disclosed in September 2011 and that other discovery such as expert depositions extend until November 10, 2011. Nomadix thus proposes a November 10, 2011 discovery cut-off date for all discovery, including both fact and expert discovery, in accordance with the Court's instructions in the first scheduling order:

> [A]ll discovery, including expert depositions, must be completed prior to the discovery cut-off date. All discovery motions must be heard prior to the discovery cut-off date.

Docket No. 140.

B. **The Defendants' Proposal**

Defendants propose that August 18, 2011 (but no less than 60 days after entry of a claim construction order) be the cut-off date for fact discovery. Defendants further propose that the cut-off date for completing expert discovery be November 10, 2011 (but no less than 35 days after rebuttal expert reports).

The complete instruction from the Court's first scheduling order states as follows:

> Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, must be completed prior to the discovery cut-off date. All discovery motions must be heard prior to the discovery cut-off date. Counsel are ordered to abide by the dates as set forth in

the Rule 26 (f) Report.

Docket No. 140. When read in context of the full order, Defendants believe that the Court's instruction in the first scheduling order cited to in Nomadix's proposal above referred to an expert discovery cut-off date and did not refer to the close of all discovery. The defendants believe that separate discovery cut-off dates will streamline the expert discovery process.

\* \* \*

## ORDER

The Court hereby resets certain dates set forth in its first scheduling order (Docket No. 140), confirms dates in its December 14, 2010 order (Docket No. 218), and sets certain new deadlines. The parties shall abide by the following dates:

| No. | Matter | Nomadix's Proposal | Defendants' Proposal |
|---|---|---|---|
| 1. | Deadline for identifying reduced set of disputed claim terms | February 15, 2011 Agreed | |
| 2. | Revised joint claim construction statement with reduced set of disputed claim terms | February 18, 2011 Agreed | |
| 3. | Close of claim construction discovery; by this date, any party intending to rely upon a witness or declarant during the claim construction hearing or briefing must make such witness or declarant available for deposition | February 25, 2011 Agreed | |
| 4. | Opening claim construction briefs by any party asserting a patent | March 4, 2011 Agreed | |

| No. | Matter | Nomadix's Proposal | Defendants' Proposal |
|-----|--------|--------------------|-----------------------|
| 5. | Deadline for good faith effort to reduce number of asserted claims | April 6, 2011 Agreed | |
| 6. | Responsive claim construction briefs by any party defending a patent infringement claim (such parties each permitted a separate responsive brief for each opening brief to which they are responding) | April 8, 2011 Agreed | |
| 7. | Reply claim construction briefs by any party asserting a patent | April 29, 2011 Agreed | |
| 8. | Technology tutorial | May 12, 2011 at 9:00 a.m. Agreed | |
| 9. | Claim construction hearing | May 19, 2011 at 9:00 a.m. Agreed | |
| 10. | Non-judicial dispute resolution proceeding to be conducted | 28 to 35 days after claim construction order Agreed | |
| 11. | Deadline for parties to disclose whether they are relying on advice of counsel as part of a claim or defense, and, if so, to produce all documents and materials constituting or embodying such advice, to produce a written summary of any such oral advice, and to produce any additional documents and materials whose privilege and/or immunity protection is thereby waived | 30 days after claim construction order Agreed | |

-3-

| No. | Matter | Nomadix's Proposal | Defendants' Proposal |
|---|---|---|---|
| 12. | Identification of any experts expected to offer any opinion in a written expert report | June 24, 2011 Agreed ||
| 13. | [Defendants' proposal] Close of fact discovery | Nomadix disagrees | August 18, 2011 (but no less than 60 days after entry of a claim construction order) |
| 14. | Exchange of opening expert witness reports for those parties with the burden of proof | September 8, 2011 | September 8, 2011 (but no less than 21 days after close of fact discovery |
| 15. | Exchange of rebuttal expert witness reports | September 29, 2011 | September 29, 2011 (but no less than 21 days after opening expert reports) |
| 16. | [Nomadix's proposal] Close of fact discovery | November 10, 2011 | Defendants disagree |
| 17. | Close of expert discovery | November 10, 2011 | November 10, 2011 (but no less than 35 days after rebuttal expert reports) |
| 18. | Deadline for dispositive or partially dispositive motions (not including motions *in limine*) | December 1, 2011 Agreed ||
| 19. | Deadline for motions *in limine* | January 6, 2012 Agreed ||
| 20. | File memorandum of contentions of fact and law; joint exhibit list; witness list | February 23, 2012 Agreed ||

| No. | Matter | Nomadix's Proposal | Defendants' Proposal |
|---|---|---|---|
| 21. | Lodge final pretrial conference order | March 8, 2012 Agreed | |
| 22. | Proposed jury instructions; joint statement of the case | March 12, 2012 Agreed | |
| 23. | Final pretrial conference | March 19, 2012 Agreed | |
| 24. | Start of trial | April 3, 2012 Agreed | |

**IT IS SO ORDERED.**

Dated: _____          _____
                                Honorable Dean D. Pregerson