1  John B. Sganga, Jr. (SBN 116,211)
   john.sganga@kmob.com
2  Douglas G. Muehlhauser (SBN 179,495)
   doug.muehlhauser@kmob.com
3  Perry D. Oldham (SBN 216,016)
   perry.oldham@kmob.com
4  Mark Lezama (SBN 253,479)
   mark.lezama@kmob.com
5  Alan G. Laquer (SBN 259,257)
   alan.laquer@kmob.com
6  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
7  Fourteenth Floor
   Irvine, CA  92614
8  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
9
   Attorneys for Plaintiff
10 NOMADIX, INC.

11 Dale M. Heist (*pro hac vice*)
   heist@woodcock.com
12 Henrik D. Parker (SBN 117,119)          Michael J. Swope (*pro hac vice*)
   parker@woodcock.com                     swope@woodcock.com
13 WOODCOCK WASHBURN LLP                   WOODCOCK WASHBURN LLP
   2929 Arch Street, Twelfth Floor         999 Third Avenue, Suite 3600
14 Philadelphia, PA 19104-2891             Seattle, WA 98104-4023
   Phone: (215) 568-3100                   Phone: (206) 332-1380
15 Facsimile: (215) 568-3439               Facsimile: (206) 624-7317

16 Attorneys for Defendants
   GUEST-TEK INTERACTIVE ENTERTAINMENT LTD. AND
17 GUEST-TEK INTERACTIVE ENTERTAINMENT INC.

18
                IN THE UNITED STATES DISTRICT COURT
19
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
20
                         WESTERN DIVISION
21

22 NOMADIX, INC.,                    )  Civil Action No.
                                     )  CV09-08441 DDP (VBKx)
           Plaintiff,                )
23                                   )  **[PROPOSED] ORDER ON
      v.                             )  STIPULATION OF
24                                   )  DISMISSAL**
   HEWLETT-PACKARD COMPANY et        )
25 al.,                              )  Honorable Dean D. Pregerson
                                     )
26         Defendants.               )
                                     )
27                                   )
   AND RELATED COUNTERCLAIMS         )
28                                   )

1 In view of the stipulation submitted by plaintiff Nomadix, Inc.
2 ("Nomadix") and defendants Guest-Tek Interactive Entertainment Ltd. ("Guest-
3 Tek Ltd.") and Guest-Tek Interactive Entertainment Inc. ("Guest-Tek Inc."), the
4 following claims are hereby dismissed with prejudice:
5     (1) all of Nomadix's claims against Guest-Tek Ltd.;
6     (2) all of Nomadix's claims against Guest-Tek Inc.;
7     (3) all of Guest-Tek Ltd.'s claims against Nomadix; and
8     (4) all of Guest-Tek Inc.'s claims against Nomadix.
9 Each party shall bear its own costs.

12 **IT IS SO ORDERED.**

14 Dated: _____   _____
15                          Honorable Dean D. Pregerson

17 10056162