John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. CV09-08441 DDP (VBKx)<br><br>**NOTICE OF NOMADIX'S MOTION TO DISMISS IBAHN CORPORATION'S PATENT INFRINGEMENT COUNTERCLAIMS FOR LACK OF STANDING**<br><br>**HEARING:**<br>Date:　April 18, 2011<br>Time:　10:00 a.m.<br>Crtrm:　3 – 2nd Floor<br><br>Honorable Dean D. Pregerson |

PLEASE TAKE NOTICE that plaintiff Nomadix, Inc. hereby moves to dismiss iBAHN Corporation's patent infringement counterclaims for lack of standing. Subject to the Court's availability, the motion will be heard on April 18, 2011, at 10:00 a.m., in Courtroom 3, before the Honorable Dean D. Pregerson.

The parties conducted a Local Rule 7-3 conference of counsel on March 9, 2011 but could not reach agreement.

Nomadix bases the motion on this notice; the concurrently filed opening brief; the declaration of Mr. Mark Lezama, including the exhibits attached thereto; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 21, 2011          By: /s/ *Douglas G. Muehlhauser*
                                    John B. Sganga, Jr.
                                    Douglas G. Muehlhauser
                                    Perry D. Oldham
                                    Mark Lezama
                                    Alan G. Laquer

                                    Attorneys for Plaintiff
                                    NOMADIX, INC.

10914449

-1-