John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. CV09-08441 DDP (VBKx)<br><br>**[PROPOSED] ORDER GRANTING NOMADIX'S MOTION TO DISMISS IBAHN CORPORATION'S PATENT INFRINGEMENT COUNTERCLAIMS FOR LACK OF STANDING**<br><br>Honorable Dean D. Pregerson |

| | |
|---|---|
| 1 | Having considered the arguments and evidence that plaintiff-counterdefendant Nomadix, Inc. and defendant-counterclaimant iBAHN Corporation have submitted through briefing, oral argument or otherwise, the Court finds that iBAHN lacks standing to pursue its counterclaims against Nomadix for infringement of U.S. Patent Nos. 6,934,754, 6,996,073 and 7,580,376. *See* Docket No. 163 (Counts 3–5). Accordingly, the Court grants Nomadix's motion to dismiss for lack of standing. iBAHN's counterclaims against Nomadix for infringement of U.S. Patent Nos. 6,934,754, 6,996,073 and 7,580,376 are dismissed. |

**IT IS SO ORDERED.**

Dated: _____
Honorable Dean D. Pregerson

10917224