| | |
|---|---|
| 1 | I. Neel Chatterjee (SBN 173985) |
| | nchatterjee@orrick.com |
| 2 | Fabio E. Marino (SBN 183825) |
| | fmarino@orrick.com |
| 3 | Qudus B. Olaniran (SBN 267838) |
| | qolaniran@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 5 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 6 | Facsimile: 650-614-7401 |
| 7 | Benjamin J. Hofileña (SBN 227117) |
| | bhofilena@orrick.com |
| 8 | Alyssa M. Caridis (SBN 260103) |
| | acaridis@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017 |
| | Telephone: 213-629-2020 |
| 11 | Facsimile: 213-612-2499 |
| 12 | Attorneys for Intervenor |
| | iBAHN General Holdings Corporation |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No. CV-09-08441-DDP (VBKx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IBAHN GENERAL HOLDING CORPORATION'S MOTION TO INTERVENE AS A PARTY PURSUANT TO FED. R. CIV. P. 24** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al. | |
| Defendants. | Date: May 2, 2011 |
| | Time: 10:00 a.m. |
| | Courtroom: 3 |
| | Judge: Hon. Dean D. Pregerson |
| AND RELATED COUNTERCLAIMS | |

PROPOSED ORDER
CV09-8441-DDP-VBK

OHS WEST:261123578.1

The Court, having read and considered the arguments and evidence that iBAHN General Holdings Corporation ("IGH") and plaintiff Nomadix, Inc. have submitted through briefing, oral argument or otherwise, finds that IGH has a right to intervene in the current action as a party defendant, a counter-claim plaintiff and a counter-claim defendant. Accordingly, the Court grants IGH's motion to intervene as a party defendant, a counter-claim plaintiff, and a counter-claim defendant pursuant to Federal Rules of Civil Procedure 24.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Dean D. Pregerson