John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>HEWLETT-PACKARD COMPANY et al.,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>CV09-08441 DDP (VBKx)<br><br>**NOTICE OF NOMADIX'S MOTION TO DISMISS ITS DECLARATORY JUDGMENT CLAIMS AGAINST IBAHN CORP.**<br><br>**HEARING:**<br>Date:   May 9, 2011<br>Time:   10:00 a.m.<br>Crtrm:  3 – 2nd Floor<br><br>Honorable Dean D. Pregerson |

1  PLEASE TAKE NOTICE that plaintiff Nomadix, Inc. hereby moves to dismiss its claims against iBAHN Corporation for declaratory judgment of noninfringement and invalidity of U.S. Patent Nos. 6,934,754, 6,996,073 and 7,580,376. Subject to the Court's availability, the motion will be heard on May 9, 2011, at 10:00 a.m., in Courtroom 3, before the Honorable Dean D. Pregerson.

Nomadix asked iBAHN to stipulate to dismissal or participate in a telephonic conference of counsel on at least March 29, April 1, April 4 and April 11, 2011 but could not obtain iBAHN's agreement to do either.

Nomadix bases the motion on this notice; the concurrently filed opening brief; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 11, 2011     By: /s/ *Douglas G. Muehlhauser*
John B. Sganga, Jr.
Douglas G. Muehlhauser
Perry D. Oldham
Mark Lezama
Alan G. Laquer

Attorneys for Plaintiff
NOMADIX, INC.

11045001