UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV 09-08441 DDP (VBKx)                                         Dated: April 14, 2011

Title:    NOMADIX, INC. -v- HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., a Canadian corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT, INC.; a California corporation; LODGENET INTERACTIVE CORPORATION, a Delaware corporation; LODGENET STAYONLINE, INC., a Delaware corporation; ARUBA NETWORKS, INC.; a Delaware corporation; SUPERCLICK, INC., A Washington corporation; SUPERCLICK NETWORKS, INC., a Canadian corporation

================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

            John A. Chambers                                    None Present
            Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                              None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

   **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS FOR LACK OF JURISDICTION REGARDING IBAHN CORPORATION'S PATENT INFRINGEMENT COUNTERCLAIMS FILED BY PLAINTIFF NOMADIX, INC. (FILED ON 03-21-11 / DOCKET NUMBER 267) is **GRANTED** with the hearing date vacated.