I. Neel Chatterjee (SBN 173985)
nchatterjee@orrick.com
Fabio E. Marino (SBN 183825)
fmarino@orrick.com
Qudus B. Olaniran (SBN 267838)
qolaniran@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Benjamin J. Hofileña (SBN 227117)
bhofilena@orrick.com
Alyssa M. Caridis (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   213-629-2020
Facsimile:   213-612-2499

Attorneys for Defendant and Counterclaimant
iBAHN Corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br>              Plaintiff, <br><br>     v. <br><br> HEWLETT-PACKARD COMPANY, et al. <br><br>              Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.  CV-09-08441-DDP (VBKx) <br><br> **IBAHN'S STATEMENT OF NONOPPOSITION TO NOMADIX'S MOTION TO DISMISS ITS DECLARATORY JUDGMENT CLAIMS AGAINST IBAHN CORP.** <br><br> **Hearing Date:**   May 9, 2011 <br> **Time:**                  10:00 a.m. <br> **Courtroom:**         3 <br><br> **Honorable Dean D. Pregerson** |

1   iBAHN Corporation ("iBAHN") hereby submits this statement with respect to *Nomadix's Motion to Dismiss its Declaratory Judgment Claims Against iBAHN Corporation* (Docket No. 29) ("*Motion*").[1]

Currently pending before this Court is iBAHN General Holding Corporation's ("IGH") Motion to Intervene (Docket No. 278), which is set to be heard on May 2, 2011. Additionally, *IGH v. Nomadix, Inc.*, Case No, 11-02604 (the "IGH Action"), was transferred to this Court on April 1, 2011. In the IGH Action, IGH asserted three patents against Nomadix (the **exact same patents** for which iBAHN has already filed a claim construction brief (Docket No. 257), for which Nomadix has filed a responsive claim construction brief for (Docket No. 291), and for which iBAHN has been preparing a reply claim construction brief to be filed on April 29) and requested a declaratory judgment order for non-infringement and invalidity of the **exact same patents** that Nomadix asserted against iBAHN in this case.[2] iBAHN respectfully submits that IGH's Motion to Intervene and IGH's forthcoming motion to consolidate the IGH Action and this case are intimately related with this *Motion*.

As such, while iBAHN does not oppose Nomadix's *Motion*, iBAHN respectfully requests that before ruling on the *Motion*, that this Court consider ordering *sua sponte* the consolidation (for purposes of Markman and/or summary judgment motions) of the IGH Action with this case and/or consider delaying ruling on this *Motion* until IGH's Motion to Intervene is resolved.[3] iBAHN submits that

---

[1] As a preliminary matter, iBAHN objects to Nomadix's characterization of the meet-and-confers in its notice of motion. iBAHN repeatedly requested that Nomadix agree to a stipulation that would have prevented virtually all of the recent motion practices – remedying the situation for both parties. However, Nomadix has continually refused to, in good faith, try to reach an amicable solution.

[2] Nomadix filed its opening claim construction brief (Docket No. 255), iBAHN and the other defendants in this case filed their responsive claim construction brief (Docket No. 292), and Nomadix is due to file its reply claim construction brief on April 29th.

[3] The Court may, on its own, consolidate the two actions, much as it chose to do with the separately-filed Solution Inc. case. *See*, Dkt. 218. If the Court does not consolidate the cases on its own, IGH will file a motion to consolidate on April 25 (the soonest it can do so under L.R. 7-3).

its proposal would be more efficient and would avoid having to unnecessarily conduct a separate Markman hearing. The parties are already two-thirds complete with Markman briefing (iBAHN will file its reply claim construction brief by April 29), and will be ready for the Technology Tutorial on May 12 and the Markman hearing on May 19.

Dated:  April 18, 2011         Orrick, Herrington & Sutcliffe LLP

                               /s/ Benjamin J. Hofileña
                               Benjamin J. Hofileña

                               I. Neel Chatterjee (SBN 173985)
                               Fabio Marino (SBN 183825)
                               ORRICK, HERRINGTON & SUTCLIFFE LLP
                               1000 Marsh Road
                               Menlo Park, CA  94025
                               Telephone:  650-614-7400
                               Facsimile:   650-614-7401

                               Benjamin J. Hofileña (SBN 227117)
                               Alyssa M. Caridis (SBN 260103)
                               ORRICK, HERRINGTON & SUTCLIFFE LLP
                               777 South Figueroa Street, Suite 3200
                               Los Angeles, CA  90017
                               Telephone:  213-629-2020
                               Facsimile:   213-612-2499

                               Attorneys for iBAHN Corporation

OHS WEST:261132908.1