# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.     CV 09-08441 DDP (VBKx)            Date     May 19, 2011

Title     NOMADIX, INC. -V- HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., a Canadian corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT, INC.; a California corporation; LODGENET INTERACTIVE CORPORATION, a Delaware corporation; LODGENET STAYONLINE, INC., a Delaware corporation; ARUBA NETWORKS, INC.; a Delaware corporation; SUPERCLICK, INC., A Washington corporation; SUPERCLICK NETWORKS, INC., a Canadian corporation

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Douglas G. Muehlhauser<br>Perry D. Oldman<br>Mark Lezama<br>Alan G. Laquer<br>Christina Jordan McCullough | Michael K. Plimack<br>Michael P. Wickey<br>Christopher J. Cox<br>Paul D. Tripodi<br>David T. Pritikin<br>Lisa A. Schneider<br>Michael J. Sacksteder<br>Fabio E. Marino<br>Indra Neel Chatterjee |

Proceedings:

     CLAIMS CONSTRICTION HEARING (COURT ORDERED 12-06-10)

Court conducts the Claims Construction Hearing.

           3 hours    :    no mins

Initials of Preparer     JAC