O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., a Canadian corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT, INC.; a California corporation; LODGENET INTERACTIVE CORPORATION, a Delaware corporation; LODGENET STAYONLINE, INC., a Delaware corporation; ARUBA NETWORKS, INC.; a Delaware corporation; SUPERCLICK, INC., A Washington corporation; SUPERCLICK NETWORKS, INC., a Canadian corporation, <br><br> Defendants. | Case No. CV 09-08441 DDP (VBKx) <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE'S ORDER & DENYING DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE'S ORDER** <br><br> [Motions filed on May 6, 2011 and May 9, 2011] |

///

1   Presently before the court is Nomadix's Motion for Review of
2 the Magistrate's Order and Wayport, Inc., Hewlett-Packard Company,
3 iBAHN Corporation, Aruba Networks, Inc., and Solution Technologies
4 Ltd. (collectively "Defendants") Motion for Review of Magistrate
5 Order.
6   The Magistrate Judge's April 22, 2011, Order Re: Defendants'
7 Motion to Compel Settlement-Related Discovery (Dkt. No. 315) is not
8 clearly erroneous.  The court adopts the order.

10 IT IS SO ORDERED.

Dated: June 13, 2011

                                 DEAN D. PREGERSON
                                 United States District Judge