John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>HEWLETT-PACKARD COMPANY et al., <br><br>　　　　Defendants. <br><br>AND RELATED COUNTERCLAIMS | Civil Action No. <br><br>CV09-08441 DDP (VBKx) <br><br>**AMENDED SCHEDULING ORDER** <br><br>Honorable Dean D. Pregerson |

**ORDER**

The Court hereby sets the following deadlines.  The parties shall abide by the following dates:

-1-

| No. | Matter | | |
|---|---|---|---|
| 1. | Deadline for parties to disclose whether they are relying on advice of counsel as part of a claim or defense, and, if so, to produce all documents and materials constituting or embodying such advice, to produce a written summary of any such oral advice, and to produce any additional documents and materials whose privilege and/or immunity protection is thereby waived | | 30 days after the last claim construction order |
| 2. | Identification of any experts expected to offer any opinion in a written expert report for issues on which a party bears the burden of proof | October 28, 2011 | |
| 3. | Identification of any experts expected to offer any opinion in a written expert report for rebuttal issues | November 18, 2011 | |
| 4. | Close of fact discovery | December 2, 2011 | |
| 5. | Exchange of opening expert witness reports for those parties with the burden of proof | January 27, 2012 | |

| | | | |
|---|---|---|---|
| 6. | Exchange of rebuttal expert witness reports | February 24, 2012 | |
| 7. | Close of expert discovery | March 23, 2012 | |
| 8. | Deadline for dispositive or partially dispositive motions (not including motions *in limine*) | March 30, 2012 | |
| 9. | Deadline for motions *in limine* | April 20, 2012 | |
| 10. | File memorandum of contentions of fact and law; joint exhibit list; witness list | May 28, 2012 | |
| 11. | Lodge final pretrial conference order | June 8, 2012 | |
| 12. | Proposed jury instructions; joint statement of the case | June 15, 2012 | |
| 13 | Final pretrial conference | June 25, 2012 at 11:00 p.m. | |
| 14. | 8 day jury trial | July 10, 2012 at 9:00 p.m. | |

**IT IS SO ORDERED.**

Dated: September 12, 2011

Honorable Dean D. Pregerson