UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-08441 DDP (VBKx) | Date | October 3, 2011 |

Title   NOMADIX, INC. -V- HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., a Canadian corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT, INC.; a California corporation; LODGENET INTERACTIVE CORPORATION, a Delaware corporation; LODGENET STAYONLINE, INC., a Delaware corporation; ARUBA NETWORKS, INC.; a Delaware corporation; SUPERCLICK, INC., A Washington corporation; SUPERCLICK NETWORKS, INC., a Canadian corporation

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian Horne<br>Mark Lezama | Benjamin J. Hofilena, Jr.<br>Alyssa M. Caridis |

Proceedings:

> MOTION FOR ORDER FOR MORE DEFINITE INFRINGEMENT CONTENTIONS FILED BY DEFENDANT AND INTERVENOR IBAHN CORPORATION, iBAHN GENERAL HOLDINGS CORPORATION (FILED ON 08-15-11 / DOCKET NUMBER 433)
> MOTION FOR REVIEW OF MAGISTRATE KENTON'S AUGUST 23, 2011 DISCOVERY ORDER PURSUANT TO LOCAL RULE 72-2.1 RE 446  ORDER ON MOTION TO COMPEL DEPOSITION, FILED BY INTERVENOR AND DEFENDANT IBAHN CORPORATION, IBAHN GENERAL HOLDINGS CORPORATION
> (FILED ON 08-30-11 / DOCKET NUMBER 455)

Court hears oral argument and takes the matters under submission.

| | 0 0 | : | 51 |
|---|---|---|---|
| | Initials of Preparer | | JAC |