O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., ) | Case No. CV 09-08441 DDP (VBKx) |
| ) | |
| Plaintiff, ) | **ORDER DENYING DEFENDANT'S MOTION** |
| ) | **FOR RECONSIDERATION OF CLAIM** |
| v. ) | **CONSTRUCTION** |
| ) | |
| HEWLETT-PACKARD COMPANY, a ) | [Docket No. 472] |
| Delaware corporation; ) | |
| WAYPORT, INC., a Delaware ) | |
| corporation; IBAHN ) | |
| CORPORATION, a Delaware ) | |
| corporation; GUEST-TEK ) | |
| INTERACTIVE ENTERTAINMENT ) | |
| LTD., a Canadian ) | |
| corporation; GUEST-TEK ) | |
| INTERACTIVE ENTERTAINMENT, ) | |
| INC.; a California ) | |
| corporation; LODGENET ) | |
| INTERACTIVE CORPORATION, a ) | |
| Delaware corporation; ) | |
| LODGENET STAYONLINE, INC., a ) | |
| Delaware corporation; ARUBA ) | |
| NETWORKS, INC.; a Delaware ) | |
| corporation; SUPERCLICK, ) | |
| INC., A Washington ) | |
| corporation; SUPERCLICK ) | |
| NETWORKS, INC., a Canadian ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Presently before the court is Defendant Hewlett Packard Company's Motion for Reconsideration of Claim Construction.  There

is no need to reach Plaintiff Nomadix, Inc.'s contention that Defendant's Motion is procedurally improper under Local Rule 7-18. The court concludes that its August 31, 2011 Claim Construction Order was correct on the merits.  The court therefore DENIES Defendant's Motion for Reconsideration.

IT IS SO ORDERED.

Dated: October 27, 2011

DEAN D. PREGERSON
United States District Judge