John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> HEWLETT-PACKARD COMPANY et al., <br><br>          Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. CV09-08441 DDP (VBKx) <br><br> **DECLARATION OF MARK LEZAMA IN SUPPORT OF NOMADIX, INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NOS. 6,996,073 AND 7,580,376** <br><br> Honorable Dean D. Pregerson |

I, Mark Lezama, hereby declare as follows:

1. I am an associate in the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for plaintiff Nomadix, Inc. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently to them.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,996,073 ("the '073 patent").

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,580,376 ("the '376 patent").

4. Attached as Exhibit 3 is a true and correct copy of the claim charts for the '073 patent from iBAHN's October 24, 2011 infringement contentions. [FILED UNDER SEAL]

5. Attached as Exhibit 4 is a true and correct copy of the claim charts for the '376 patent from iBAHN's October 24, 2011 infringement contentions. [FILED UNDER SEAL]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 7, 2011, in Irvine, California.

/s/ Mark Lezama
Mark Lezama

12138476

-1-