David T. Pritikin (*Admitted Pro Hac Vice*)
dpritikin@sidley.com
Hugh A. Abrams (*Admitted Pro Hac Vice*)
habrams@sidley.com
Lisa A. Schneider (*Admitted Pro Hac Vice*)
lschneider@sidley.com
Benedict F. Frey (*Admitted Pro Hac Vice*)
bfrey@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Paul D. Tripodi II (SBN 162380)
ptripodi@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile: (213) 896-6600

**Attorneys for Defendant Wayport, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV09-8441-DDP (VBKx)<br><br>**DECLARATION OF BENEDICT F. FREY IN SUPPORT OF DEFENDANT WAYPORT'S *EX PARTE* MOTION FOR ORDER ISSUING A COMMISSION FOR TAKING A DEPOSITION IN GREECE**<br><br>**DISCOVERY MATTER**<br><br>Honorable Victor B. Kenton |

I, Benedict F. Frey, hereby declare as follows:

1. I am an associate at the law firm Sidley Austin LLP and am counsel of record for Defendant Wayport, Inc. ("Wayport"). I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently hereto.

2. Counsel for Wayport spoke with John Holcomb, counsel for Nomadix, on November 15, 2011, and informed Nomadix's counsel of the date and substance of the proposed ex parte application.

3. Attached hereto as Exhibit A is a true and correct copy of a letter sent on November 3, 2011 from Hugh A. Abrams to Douglas G. Muehlhauser.

4. Attached hereto as Exhibit B is a true and correct copy of a letter sent on November 3, 2011 from John W. Holcomb to Hugh A. Abrams.

5. Attached hereto as Exhibit C is a true and correct copy of an e-mail chain between Wayport and Nomadix from November 3, 2011 to November 13, 2011.

6. Attached hereto as Exhibit D is true and correct copy of Dr. Roussopoulos's CV, WAYPT-NDX01368523-33, produced November 5, 2010.

7. On November 5, 2010, Wayport produced Dr. Roussopoulos's CV, WAYPT-NDX01368523-33; and Correspondence between Dr. Roussopoulos and Wayport, WAYPT-NDX01368517-22, WAYPT-NDX01368534-39, and WAYPT-NDX03398072-77.

8. Attached hereto as Exhibit E is a true and correct copy of Nomadix's November 11, 2011 30b6 notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of November, 2011, in Chicago, Illinois.

/s/ Benedict F. Frey
Benedict F. Frey

| | |
|---|---|
| 1 | One of the Attorneys for |
| 2 | Defendant Wayport. |