David T. Pritikin (*Admitted Pro Hac Vice*)
dpritikin@sidley.com
Hugh A. Abrams (*Admitted Pro Hac Vice*)
habrams@sidley.com
Lisa A. Schneider (*Admitted Pro Hac Vice*)
lschneider@sidley.com
Benedict F. Frey (*Admitted Pro Hac Vice*)
bfrey@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Paul D. Tripodi II (SBN 162380)
ptripodi@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**Attorneys for Defendant Wayport, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV09-8441-DDP (VBKx)<br><br>**STIPULATION TO PERMIT DEPOSITION OF DR. MEMA ROUSSOPOULOS AFTER CLOSE OF FACT DISCOVERY**<br><br>DISCOVERY MATTER<br><br>Honorable Victor B. Kenton |

Plaintiff Nomadix, Inc. ("Nomadix") and defendant Wayport, Inc. ("Wayport") stipulate, subject to the Court's approval, that Nomadix, or Wayport, or both of them, may take the deposition of Dr. Mema Roussopoulos after the close of fact discovery on December 2, 2011.

The parties further stipulate that Nomadix may serve a document subpoena on Dr. Roussopoulos, who resides in Greece. The law firm of Sidley Austin, LLP will accept service of that subpoena and forward it to Dr. Roussopoulos.

The parties will endeavor to complete the deposition of Dr. Roussopoulos prior to February 29, 2012. Any such deposition will occur near Athens, Greece, at a location convenient for Dr. Roussopoulos. The parties will cooperate to identify a mutually convenient time and date for any such deposition, and the parties will stipulate under Fed.R.Civ.P 29 that the court reporter may administer the oath to Dr. Roussopoulos.

Because Dr. Roussopoulos is expecting the birth of her second child in December 2011, Dr. Roussopoulos has indicated that she is not certain whether she will be in a position to provide a deposition prior to February 29, 2012. In the event the parties are not able to complete the deposition of Dr. Roussopoulos prior to February 29, 2012, the parties, or either of them, may contact the Court to request a further extension of time to complete the deposition.

Dated: November 23, 2011       By:  /s/ Lisa A. Schneider

SIDLEY AUSTIN LLP
David T. Pritikin
dpritikin@sidley.com
Hugh A. Abrams
habrams@sidley.com
Lisa A. Schneider
lschneider@sidley.com
Benedict F. Frey
bfrey@sidley.com
One South Dearborn

Chicago, Illinois 60603
Telephone: 312-853-700
Facsimile: 312-853-7036

Paul D. Tripodi II (SBN 162380)
ptripodi@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendant Wayport, Inc.

Dated: November 23, 2011    By: /s/ J. B. Hill

KNOBBE, MARTENS, OLSON & BEAR, LLP

John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
John W. Holcomb (SBN 172121)
john.holcomb@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff Nomadix, Inc.