1 David T. Pritikin (*Admitted Pro Hac Vice*)
dpritikin@sidley.com
2 Hugh A. Abrams (*Admitted Pro Hac Vice*)
habrams@sidley.com
3 Lisa A. Schneider (*Admitted Pro Hac Vice*)
lschneider@sidley.com
4 Benedict F. Frey (*Admitted Pro Hac Vice*)
bfrey@sidley.com
5 **SIDLEY AUSTIN LLP**
One South Dearborn
6 Chicago, Illinois 60603
Telephone: (312) 853-7000
7 Facsimile: (312) 853-7036

8 Paul D. Tripodi II (SBN 162380)
ptripodi@sidley.com
9 **SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
10 Los Angeles, California 90013
Telephone:  (213) 896-6000
11 Facsimile: (213) 896-6600

12 **Attorneys for Defendant Wayport, Inc.**

13

14 IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 NOMADIX, INC.,                              )   Case No. CV09-8441-DDP (VBKx)
a Delaware corporation,                    )
16                                          )
       Plaintiff,                          )   **ORDER APPROVING**
17                                          )   **STIPULATION TO PERMIT**
v.                                         )   **DEPOSITION OF DR. MEMA**
18                                          )   **ROUSSOPOULOS AFTER CLOSE**
HEWLETT-PACKARD COMPANY et                 )   **OF FACT DISCOVERY**
19 al.,                                     )
                                           )
20      Defendants.                         )   DISCOVERY MATTER
                                           )
21                                          )   Honorable Victor B. Kenton
                                           )
22 AND RELATED COUNTERCLAIMS                )
                                           )
23                                          )
                                           )
24

25

26

27

28

1    Whereas the Court has considered Defendant Wayport Inc.'s *Ex Parte* Motion

2    for Order Issuing a Commission for Taking a Deposition in Greece (Dkt. No. 601),

3    and the *Ex Parte* application of Plaintiff Nomadix, Inc. to Quash Defendant

4    Wayport's Extraterritorial Deposition of Mema Roussopoulos (Dkt. No. 603); and

5    the Court having heard oral argument on the issue;

6    IT IS HEREBY ORDERED:

7        1.    Nomadix may serve a document subpoena on Dr. Roussopoulos, who

8    resides in Greece.  The law firm of Sidley Austin, LLP shall accept service of that

9    subpoena and forward it to Dr. Roussopoulos.

10        2.    If Nomadix, or Wayport, or both of them desire to depose Dr.

11   Roussopoulos, then the parties shall endeavor to complete her deposition prior to

12   February 29, 2012.  Any such deposition shall occur near Athens, at a location

13   convenient for Dr. Roussopoulos.  The parties shall cooperate to identify a mutually

14   convenient time and date for any such deposition.  The court reporter may administer

15   the oath to Dr. Roussopoulos.

16        3.    Because Dr. Roussopoulos is expecting the birth of her second child in

17   December 2011, in the event Dr. Roussopoulos is not in a position to provide a

18   deposition prior to February 29, 2012, the parties, or either of them, may contact the

19   Court to request a further extension of time to complete her deposition.

20

21   Dated:  November 30, 2011        _____/s/_____
                                      Honorable Victor B. Kenton
22                                    United States Magistrate Judge

23

24

25

26

27

28