O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOMADIX, INC., | ) | Case No. CV 09-08441 DDP (VBKx) |
| | ) | |
| Plaintiff, | ) | **ORDER RE: EX PARTE APPLICATION** |
| | ) | **FOR LEAVE TO FILE A SUR-REPLY** |
| v. | ) | |
| | ) | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., a Canadian corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT, INC.; a California corporation; LODGENET INTERACTIVE CORPORATION, a Delaware corporation; LODGENET STAYONLINE, INC., a Delaware corporation; ARUBA NETWORKS, INC.; a Delaware corporation; SUPERCLICK, INC., A Washington corporation; SUPERCLICK NETWORKS, INC., a Canadian corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | [Docket No. 665] |
| Defendants. | ) | |
| _____ | ) | |

///

///

Presently before the court is Intervenor iBAHN General Holdings Corporation and Defendant iBAHN Corporation's Ex Parte Application for Leave to File a Sur-Reply in Opposition to Nomadix, Inc.'s Motion for Summary Judgment of Noninfringement of U.S. Patent Nos. 6,996,073 and 7,580,376, or in the Alternative, to Strike ("Ex Parte Application").

The court takes the Ex Parte Application under submission. The court will evaluate whether the additional briefing is appropriate following review of the parties' moving papers and after hearing oral argument on the underlying Motion for Summary Judgment, scheduled for hearing on December 5, 2011.

IT IS SO ORDERED.

Dated: December 1, 2011

DEAN D. PREGERSON
United States District Judge