# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-08441 DDP (VBKx) | Date | December 5, 2011 |

Title    NOMADIX, INC. -V- HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., a Canadian corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT, INC.; a California corporation; LODGENET INTERACTIVE CORPORATION, a Delaware corporation; LODGENET STAYONLINE, INC., a Delaware corporation; ARUBA NETWORKS, INC.; a Delaware corporation; SUPERCLICK, INC., A Washington corporation; SUPERCLICK NETWORKS, INC., a Canadian corporation

---

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Douglas G. Muehlhauser<br>Mark Lezama | Fabio E. Marino<br>Benjamin J. Hofilena, Jr. |

Proceedings:

> MOTION FOR SUMMARY JUDGMENT AS TO NONINFRINGEMENT OF U.S. PATENT NOS. 6,996,073 AND 7,580,376 FILED BY PLAINTIFF NOMADIX, INC.
> (DOCKET NUMBER 566)

Court hears oral argument and takes the matter under submission.

| | | |
|---|---|---|
| | 0 0 | : 36 |
| | Initials of Preparer | JAC |