O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., | Case No. CV 09-08441 DDP (VBKx) |
| Plaintiff, | **MEET & CONFER ORDER** |
| v. | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., a Canadian corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT, INC.; a California corporation; LODGENET INTERACTIVE CORPORATION, a Delaware corporation; LODGENET STAYONLINE, INC., a Delaware corporation; ARUBA NETWORKS, INC.; a Delaware corporation; SUPERCLICK, INC., A Washington corporation; SUPERCLICK NETWORKS, INC., a Canadian corporation, | |
| Defendants. | |

1    There are over 700 docket entries in this case.  The court
2 believes that many of the matters before it could have been
3 resolved between the parties.
4    Prior to filing any regularly noticed motion, lead trial
5 counsel shall meet and confer in person.  The meet and confer shall
6 take place at the office of counsel for the nonmoving party.
7 Counsel shall seek to reach agreement to the greatest extent
8 possible, on each and every dispute that is the subject of the
9 contemplated motion.  "Dispute" means any contested matter, major
10 or minor.
11   Prior to filing any ex parte application or request, lead
12 trial counsel shall meet and confer as indicated above, but may do
13 so telephonically.
14   The moving party shall attach to any motion, application, or
15 request a Notice of Compliance with this Meet and Confer Order,
16 setting forth the date, time, and location of the meeting, and the
17 names of all those participating.
18   Failure to comply with this order may result in sanctions.
19 Additionally, the court may order that future conferences take
20 place in the presence of a court reporter.
21
22 IT IS SO ORDERED.
23
24
25 Dated: January 18, 2012
26                                      DEAN D. PREGERSON
                                        United States District Judge
27
28

2