David T. Pritikin (*Admitted Pro Hac Vice*)
dpritikin@sidley.com
Hugh A. Abrams (*Admitted Pro Hac Vice*)
habrams@sidley.com
Lisa A. Schneider (*Admitted Pro Hac Vice*)
lschneider@sidley.com
Benedict F. Frey (*Admitted Pro Hac Vice*)
bfrey@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Paul D. Tripodi II (SBN 162380)
ptripodi@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**Attorneys for Defendant Wayport, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV09-8441-DDP (VBKx)<br><br>**EXHIBITS TO THE DECLARATION OF HUGH ABRAMS IN SUPPORT OF DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Hearing:<br>Date: February 6, 2012<br>Time: 10 a.m.<br>Crtrm: 3 – 2nd Floor<br>Honorable Dean D. Pregerson |