# EXHIBIT 2

**(Exhibit Filed Under Seal)**