O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOMADIX, INC., | ) | Case No. CV 09-08441 DDP (VBKx) |
| | ) | |
| Plaintiff, | ) | **Order Re: Infringement** |
| | ) | **Contentions and Deposition** |
| v. | ) | |
| | ) | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., a Canadian corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT, INC.; a California corporation; LODGENET INTERACTIVE CORPORATION, a Delaware corporation; LODGENET STAYONLINE, INC., a Delaware corporation; ARUBA NETWORKS, INC.; a Delaware corporation; SUPERCLICK, INC., A Washington corporation; SUPERCLICK NETWORKS, INC., a Canadian corporation, | ) | [Docket Nos. 433, 455] |
| Defendants. | ) | |

Presently before the court are iBAHN Corporation's Motions for More Definite Infringement Contentions and Review of the Magistrate Judge's August 23, 2011 Discovery Order.

1) Nomadix, Inc. and iBAHN Corporation will exchange final infringement contentions on or before October 24, 2011. The infringement contentions shall be as specific as possible and the parties may not supplement or otherwise modify these contentions thereafter, except for good cause shown as determined by the court. Failure to comply in good faith with these requirements may result in sanctions, including dismissal of a party's complaint or counterclaims.

2) iBAHN Corporation will make Darrell Burns available to Nomadix, Inc. for deposition during the first week of November 2011. The parties will meet and confer to select the date.

IT IS SO ORDERED.

Dated: October 4, 2011

DEAN D. PREGERSON
United States District Judge