O

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | NOMADIX, INC.,              )  Case No. CV 09-08441 DDP (VBKx)
                                 )
12 |          Plaintiff,         )  **ORDER GRANTING DEFENDANT WAYPORT,**
                                 )  **INC.'S MOTION FOR LEAVE TO REFILE**
13 |      v.                     )
                                 )
14 | HEWLETT-PACKARD COMPANY, a  )  [Docket No. 880]
      Delaware corporation;      )
15 | WAYPORT, INC., a Delaware   )
      corporation; IBAHN         )
16 | CORPORATION, a Delaware     )
      corporation; GUEST-TEK     )
17 | INTERACTIVE ENTERTAINMENT   )
      LTD., a Canadian           )
18 | corporation; GUEST-TEK      )
      INTERACTIVE ENTERTAINMENT, )
19 | INC.; a California          )
      corporation; LODGENET      )
20 | INTERACTIVE CORPORATION, a  )
      Delaware corporation;      )
21 | LODGENET STAYONLINE, INC., a )
      Delaware corporation; ARUBA )
22 | NETWORKS, INC.; a Delaware  )
      corporation; SUPERCLICK,   )
23 | INC., A Washington          )
      corporation; SUPERCLICK    )
24 | NETWORKS, INC., a Canadian  )
      corporation,               )
25 |                             )
               Defendants.       )
26 | _____ )

27

28        Presently before the court is Defendant Wayport, Inc.'s Motion

   for Leave to Refile Defendant Wayport, Inc.'s Motion for Review of

Magistrate Judge Kenton's Order Denying Wayport's Request for Extension of Date for Deposition of Dr. Mema Roussopoulos after Close of Discovery ("Motion for Leave to Refile").  The court finds additional briefing on Defendant's Motion for Leave to Refile unnecessary.  The court hereby GRANTS Defendant's Motion for Leave to Refile.  Defendant may refile the relevant Motion for Review of Magistrate Judge Kenton's discovery order.

IT IS SO ORDERED.


Dated: April 30, 2012

DEAN D. PREGERSON
United States District Judge