O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOMADIX, INC., | ) | Case No. CV 09-08441 DDP (VBKx) |
| Plaintiff, | ) ) | **ORDER DENYING DEFENDANTS' EX PARTE APPLICATION RE: SUMMARY JUDGMENT MOTIONS** |
| v. | ) ) | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation; WAYPORT, INC., a Delaware corporation; IBAHN CORPORATION, a Delaware corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., a Canadian corporation; GUEST-TEK INTERACTIVE ENTERTAINMENT, INC.; a California corporation; LODGENET INTERACTIVE CORPORATION, a Delaware corporation; LODGENET STAYONLINE, INC., a Delaware corporation; ARUBA NETWORKS, INC.; a Delaware corporation; SUPERCLICK, INC., A Washington corporation; SUPERCLICK NETWORKS, INC., a Canadian corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | [Docket No. 1195] |
| Defendants. | ) ) ) | |
| _____ | ) | |

Presently before the court is Defendants iBAHN General Holdings Corporation and iBAHN Corporation's Ex Parte Application for a Stay of All Summary Judgment Motions, or in the Alternative, Seeking Permission to Move for Summary Judgment against Nomadix ("Application").

Having reviewed the parties' submission, the court does not find good cause to modify its April 10, 2012 Minute Order setting a July 9, 2012 hearing date for Nomadix's pending Motion for Summary Judgment of Noninfringement of U.S. Patent No. 6,934,754, and staying "any other motions for summary judgment relating to [Nomadix] and the iBAHN Defendants." (Docket No. 857.) The court therefore DENIES Defendants' Application.

IT IS SO ORDERED.

Dated: June 11, 2012

DEAN D. PREGERSON
United States District Judge