John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. CV09-08441 DDP (VBKx) <br><br> [~~PROPOSED~~] ORDER AMENDING PROTECTIVE ORDERS CONCERNING NOMADIX AND HEWLETT-PACKARD <br><br> Honorable Victor B. Kenton |

# ORDER

Defendant Hewlett-Packard Company has produced documents in this case to plaintiff Nomadix, Inc. HP produced the vast majority of these documents pursuant to the protective orders that the Court entered at Docket Nos. 205 and 209, which dictate when Nomadix must return or destroy such documents. HP and Nomadix have agreed to extend these deadlines.

Accordingly, based upon the agreement of HP and Nomadix, and for good cause, the protective orders entered at Docket Nos. 205 and 209 are amended as follows for situations in which HP is the Producing Party and Nomadix is the Receiving Party:

1. The ninety-day deadline of paragraph 30 of Docket No. 205 is reset to ninety (90) calendar days after both this action (case no. CV09-08441 DDP (VBKx)) and the *SolutionInc* action (case no. CV10-00381 DDP (VBKx)) have been fully resolved with respect to all defendants through settlement or exhaustion of all appeals from orders and final judgments.

2. The 120-day deadline of paragraph 30 of Docket No. 205 is reset to thirty (30) calendar days after the revised ninety-day deadline set forth in paragraph 1 of this order.

3. Paragraph 22 of Docket No. 209 is amended such that HP may give notice pursuant to that paragraph only after both this action (case no. CV09-08441 DDP (VBKx)) and the *SolutionInc* action (case no. CV10-00381 DDP (VBKx)) have been fully resolved with respect to all defendants through settlement or exhaustion of all appeals from orders and final judgments.

IT IS SO ORDERED.

Dated: 1-2-2012

Honorable Victor B. Kenton

14404468